ROBBINS ARROYO LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
STEVEN M. MCKANY (271405)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: gaguilar@robbinsarroyo.com
　　　　gdelgaizo@robbinsarroyo.com
　　　　smckany@robbinsarroyo.com

[Additional Counsel on Signature Page]

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | Case No: 3:17-cv-1340-BEN-JLB<br><br>CLASS ACTION<br><br>PLAINTIFF'S NOTICE OF RELATED CASE<br><br><br>Judge: Hon. Roger T. Benitez<br>Magistrate Judge: Hon. Jill L. Burkhardt |

Case No. 3:17-cv-1340-BEN-JLB
PLAINTIFF'S NOTICE OF RELATED CASE

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Rule 40.1(e) and (f) of the Local Civil Rules of Practice for the United States District Court for the Southern District of California (the "Court"), Plaintiff Bryon Stafford ("Plaintiff"), hereby files this Notice of Related Case to alert the Court of a related case currently pending in this District before the Honorable Anthony J. Battaglia. *Cobbs v. Walgreen Co., et al* ("*Cobbs*"), identified below, involves substantially the same facts, calls for the determination of identical questions of law, and asserts the same claims for relief as those in *Stafford v. Rite Aid Corporation* ("*Stafford*"):

| CASE | CIVIL NO. | DATE FILED |
|---|---|---|
| *Cobbs v. Walgreen Co.* and Walgreens Boots Alliance, Inc. | 3:17-cv-1089-AJB-JLB | 05/26/2017 |

Specifically, *Stafford*, like the lower-numbered *Cobbs*, is a putative class action concerning the defendant pharmacy's alleged illegal practice of overcharging customers with third-party health care plans for generic prescription drugs by submitting to third-party payors claims for payment at prices that the defendant has knowingly and intentionally inflated above its "usual and customary" prices—the prices it is required by law to report to third-party payors. The lynchpin of both defendants' alleged schemes is their prescription savings program ("PSP") that allows cash-paying customers—those who pay for drugs without using insurance—to purchase certain prescription generic drugs at discounted prices. The material aspects of each defendant's PSP, and the alleged misconduct engaged in by each defendant through the use of its PSP, are substantially identical. The plaintiffs in both actions assert the same theory of liability—namely, that the PSP prices are the defendant pharmacies' "usual and customary" prices for the drugs, but that defendants allegedly disregard these prices when they are sold to customers using insurance for their purchase, and instead, submit falsely inflated "usual and customary" prices for the

drugs to third-party payors, and in the process, overcharge customers paying for the drugs with insurance by collecting falsely inflated copayments.

Accordingly, both actions share substantially the same facts and questions of law relating to the alleged use of their respective PSP to avoid reporting their actual "usual and customary" prices to each putative class of consumers using insurance to make their drug purchases. CivLR 40.1(g)(3). Assignment to a single judge and magistrate is, therefore, certain to effect a savings of judicial effort and result in greater efficiencies for the Court and parties alike.

THEREFORE, plaintiffs request the following:

(1) That pursuant to CivLR 40.1(e), the Court determines that the *Stafford* and *Cobbs* actions are Related Actions;

(2) That pursuant to CivLR 40.1(i), the Court assigns *Stafford* to the Honorable Anthony J. Battaglia, the Judge assigned to the lower-numbered action, *Cobbs v. Walgreen Co. and Walgreens Boots Alliance, Inc.*; and

(3) That the Court assigns all subsequent related actions filed in this District to the Honorable Anthony J. Battaglia.

Dated: July 5, 2017

ROBBINS ARROYO LLP
GEORGE C. AGUILAR
GREGORY E. DEL GAIZO
STEVEN M. MCKANY

/s/*George C. Aguilar*
GEORGE C. AGUILAR

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: gaguilar@robbinsarroyo.com
          gdelgaizo@robbinsarroyo.com
          smckany@robbinsarroyo.com

- 2 -     Case No. 3:17-cv-1340-BEN-JLB
PLAINTIFF'S NOTICE OF RELATED CASE

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| 2 |   & DOWD LLP<br>DAVID W. MITCHELL |
| 3 | BRIAN O'MARA<br>ARTHUR L. SHINGLER III |
| 4 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 5 | Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423 |
| 6 | E-mail: davidm@rgrdlaw.com<br>       bomara@rgrdlaw.com |
| 7 |        ashingler@rgrdlaw.com |
| 8 | ROBBINS GELLER RUDMAN |
| 9 |   & DOWD LLP<br>MARK J. DEARMAN |
| 10 | STUART A. DAVIDSON<br>JASON H. ALPERSTEIN |
| 11 | 120 East Palmetto Park Road, Suite 500 |
| 12 | Boca Raton, FL 33432<br>Telephone: (561) 750-3000 |
| 13 | Facsimile: (561) 750-3364<br>E-mail: mdearman@rgrdlaw.com |
| 14 |        sdavidson@rgrdlaw.com |
| 15 |        jalperstein@rgrdlaw.com |
| 16 | HOFFMAN & FORDE |
| 17 | SCHUYLER V.V. HOFFMAN, V<br>3033 Fifth Avenue, Suite 225 |
| 18 | San Diego, CA 92103<br>Telephone:  (619) 546-7880 |
| 19 | Facsimile:  (619) 546-7881<br>E-mail: shoffman@hoffmanforde.com |
| 20 | Attorneys for Plaintiff |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | 1190895 |
| 28 | |