ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
BRIAN O. O'MARA (229737)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>JOINT STATUS REPORT AND [PROPOSED] SCHEDULING ORDER<br><br>Judge: Hon. Todd W. Robinson<br>Magistrate Judge: Hon. Allison H. Goddard |

4856-8310-8144.v3

Pursuant to this Court's July 26, 2022 Order [ECF 225], Plaintiffs Bryon Stafford ("Stafford") and Robert Josten (collectively, "Plaintiffs") and Defendants Rite Aid Corporation ("Rite Aid Corp.") and Rite Aid Hdqtrs. Corp. ("Rite Aid HQ") (collectively, "Rite Aid"), through their counsel, respectfully submit this Joint Status Report and [Proposed] Scheduling Order.  Herein, the parties provide a status report concerning the mediation and attendant settlement discussions, and propose a schedule of remaining dates and deadlines as discussed in the parties' August 3, 2021 Joint Status Report (ECF 210).  Additionally, Rite Aid intends to file a motion to stay this action based on the pending Ninth Circuit decision in *Washington v. CVS Pharmacy, Inc.*, No. 21-16162 (9th Cir., filed July 9, 2021) regarding a U&C consumer class action against a pharmacy.[1]

1. On August 3, 2021, the parties filed a Joint Motion to Stay Proceedings Pending Mediation to explore potential resolution of this case through mediation. ECF 211.  The Court stayed the case on August 4, 2021.  ECF 212.  Since the stay was granted, the parties periodically advised the Court of the status of those discussions and the progress made.  The Court extended the stay to facilitate settlement discussions.  The parties, however, have reached impasse with respect to settling this matter.  Plaintiffs request that the stay be lifted for all purposes now.  As noted above, Rite Aid believes that a stay remains appropriate in light of the pending Ninth Circuit decision in *Washington*, and requests that the Court instead lift the stay for the limited purpose of briefing on Rite Aid's prospective stay motion and order that the motion be filed within 14 days.

2. Section II.B of the parties' August 3, 2021 Joint Status Report (ECF 210) identified remaining actions to be taken in the case as contemplated by the parties at that time ("Remaining Actions").  The proposed schedule below is based

---

[1] The *Washington* case was formerly known as *Corcoran v. CVS Health Corporation.*

on what the parties previously identified as the Remaining Actions in the case, as contemplated by the Court's August 4, 2021 Order originally staying the case, any subsequently identified issues, and without conceding the appropriateness of any contemplated event, certain additional deadlines that they believe are appropriate to include at this time.

3. The parties identified several areas of outstanding disagreement in the August 3, 2021 Joint Status Report. Those discussions were not ripe for motion practice at the time the stay was issued. The parties are evaluating their positions on those disagreements and will meet-and-confer as appropriate and work expeditiously to either resolve the issues or bring them before the Court or as appropriate following lifting of the stay. The parties propose the following schedule to allow for sufficient time to work through that process, as well as any additional disputes that may arise, without further extending the deadlines.

| Event | [Proposed] Deadline |
| --- | --- |
| Stay is Lifted (Rite Aid requests that the stay order be lifted solely for briefing of the *Washington* stay motion, while Plaintiffs request that the stay be lifted for all purposes) | Upon entry of the Court's Order |
| Motion to Stay Based on Ninth Circuit's Pending Decision in *Washington* | 14 days from issuance of order lifting stay |
| Motion for Judgment on the Pleadings | 60 days from issuance of Court's decision on *Washington* stay motion, if denied |
| Complete Production of Rite Aid Transactional Data | No later than 120 days before completion of fact discovery |
| Party Fact Discovery Deadline (subject to additional discovery by | 12 months from issuance of order lifting stay |

| | |
|---|---|
| Rite Aid, following Plaintiffs' Motion for Class Certification)[2] | |
| Third-party Fact Discovery Deadline In Support of Class Certification[3] | 12 months from issuance of order lifting stay |
| Motion for Class Certification and Expert Reports in Support of Class Certification | 60 days after the close of party fact discovery and third-party fact discovery in support of class certification |
| Opposition to Motion for Class Certification and Expert Reports in Opposition to Class Certification | 90 days after the deadline for Plaintiffs' Motion for Class Certification[4] |
| Reply in Support of Motion for Class Certification and Rebuttal Expert Reports in Support of Class Certification | 75 days after the deadline for Rite Aid's Opposition to Plaintiffs' Motion for Class Certification[5] |
| Motion for Summary Judgment | No later than 60 days after Court issues order on Plaintiffs' Motion for Class Certification (Rite Aid may elect to file a summary judgment motion at an earlier time) |

4. The parties believe they can agree on a briefing schedule for a motion for summary judgment at a later date and will do so no later than 10 days after the filing of such motion.

---

[2] To the extent Plaintiffs identify new plaintiffs, changed class definitions, or new issues for the first time in their Motion for Class Certification, Rite Aid may seek to take additional discovery limited to such new or changed matters.

[3] Excluding discovery of classwide data sought from third-parties, which may be pursued before or after the Court issues its order on Plaintiffs' Motion for Class Certification.

[4] Plaintiffs anticipate filing expert reports in support of their Motion for Class Certification. Rite Aid needs sufficient time to evaluate those reports, take depositions of Plaintiffs' experts, retain Rite Aid's own expert(s) and respond with their report(s).

[5] Rite Aid anticipates filing expert reports in opposition to Plaintiffs' Motion for Class Certification. Plaintiffs need sufficient time to evaluate those reports, take depositions of Defendants' experts, and respond as appropriate.

4856-8310-8144.v3

1    5.   The parties believe that a schedule for any Remaining Actions not addressed above, including motions *in limine* and motions seeking to exclude testimony, as well as any other pre-trial motions, is presently premature and can be discussed and set at a future date after the Court issues a ruling on any motion(s) for summary judgment, or otherwise when such matters are at issue in the case.

WHEREFORE, for the above-stated reasons, the parties respectfully request that the Court enter an order setting the deadlines proposed in the Proposed Schedule above.

DATED: August 31, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
BRIAN O'MARA
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III


            s/ David W. Mitchell
         DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
MARK J. DEARMAN (*pro hac vice*)
ERIC S. DWOSKIN (*pro hac vice*)
Florida Bar No. 112459
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS LLP
GEORGE C. AGUILAR
GREGORY E. DEL GAIZO
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)

```
 1                                    HOFFMAN & FORDE
                                      SCHUYLER V.V. HOFFMAN, V
 2                                    3033 Fifth Avenue, Suite 225
                                      San Diego, CA 92103
 3                                    Telephone: 619/546-7880
                                      619/546-7881 (fax)
 4
 5                                    Attorneys for Plaintiff Byron Stafford

 6                                    SCOTT+SCOTT ATTORNEYS
                                         AT LAW LLP
 7                                    JOSEPH P. GUGLIELMO (pro hac vice)
                                      ERIN GREEN COMITE (pro hac vice)
 8                                    CAREY ALEXANDER (pro hac vice)
                                      The Helmsley Building
 9                                    230 Park Avenue, 17th Floor
                                      New York, NY 10169
10                                    Telephone: 212/233-6444
                                      212/233-6334 (fax)
11
12                                    SCOTT+SCOTT ATTORNEYS
                                         AT LAW LLP
13                                    WALTER W. NOSS
                                      HAL D. CUNNINGHAM
14
                                      600 West Broadway, Suite 3300
15                                    San Diego, CA 92101
                                      Telephone: 619/233-4565
16                                    619/233-0508 (fax)

17                                    LAW OFFICE OF ALFRED G.
                                         YATES, JR., P.C.
18                                    ALFRED G. YATES, JR. (PA 17419)
                                      1575 McFarland Road, Suite 305
19                                    Pittsburgh, PA 15216
                                      Telephone: 412/391-5164
20                                    412/471-1033 (fax)

21
                                      Attorneys for Plaintiff Robert Josten
22
23   DATED: August 31, 2022           MORGAN, LEWIS & BOCKIUS LLP
                                      J. WARREN RISSIER
24                                    JOSEPH BIAS
                                      ALYSSA D. O'DONNELL
25
                                              s/ J. Warren Rissier
26                                    _____
                                              J. WARREN RISSIER
27
                                      300 South Grand Avenue
28                                    Twenty-Second Floor

                                   - 5 -                    3:17-cv-01340-TWR-AHG
     4856-8310-8144.v3
```

| | |
|---|---|
| 1 | Los Angeles, CA  90071-3132<br>Telephone:  213/612-2500 |
| 2 | 213/612-2501 (fax)<br>warren.rissier@morganlewis.com |
| 3 | joseph.bias@morganlewis.com<br>alyssa.odonnell@morganlewis.com |
| 4 | |
| 5 | Attorneys for Defendants Rite Aid<br>Corporation and Rite Aid Hdqtrs. Corp. |

4856-8310-8144.v3

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above signatories, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signatures to this document.

DATED: August 31, 2022

s/ David W. Mitchell<br>
DAVID W. MITCHELL

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 31, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  davidm@rgrdlaw.com

3:17-cv-01340-TWR-AHG

4856-8310-8144.v3

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael James Ableson**
  michael.ableson@morganlewis.com

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Joseph H. Bias**
  joseph.bias@morganlewis.com,vivian.dohi@morganlewis.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Margret Lavin Flodeen**
  mflodeen@millerbarondess.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brittany M. Johnson**
  brittany.johnson@morganlewis.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,efile@scott-scott.com

- **Alyssa D. O'Donnell**
  alyssa.odonnell@morganlewis.com,jasmin.estrada@morganlewis.com

- **John Warren Rissier**
  warren.rissier@morganlewis.com,bernice.worley@morganlewis.com

- **Sean C. Russell**
  sean.russell@wilsonelser.com

- **Charles E. Schaffer**
  Cschaffer@lfsblaw.com,dguardiani@lfsblaw.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Julie              A. Kearns
Scott Scott Attorneys at Law LLP
600 W. Broadway
Suite 3300
San Diego, CA 92101
```