UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | Lead Case No.: 17-CV-1340 TWR (AHG)<br>(consolidated with No. 18-CV-152 TWR (AHG))<br><br>**ORDER LIFTING STAY**<br><br>(ECF No. 226) |

　　　Presently before the Court is Plaintiffs Bryon Stafford and Robert Josten and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp's Joint Status Report and Proposed Scheduling Order (ECF No. 226), in which the Parties report that they have reached an impasse regarding settlement negotiations and propose a schedule of remaining dates and deadlines.  Upon consideration of the Joint Status Report, the Court **LIFTS** the stay in these consolidated actions for all purposes.  Defendants **MAY FILE** a motion to stay these consolidated actions pending the Ninth Circuit's decision in *Washington v. CVS Pharmacy, Inc.*, No. 21-16162 (9th Cir. filed July 9, 2021), within fourteen (14) days of

/ / /

/ / /

/ / /

/ / /

the electronic docketing of this Order. Further dates and deadlines will be set as appropriate following resolution of Defendants' anticipated motion to stay.

**IT IS SO ORDERED.**

Dated: September 1, 2022

_____
Honorable Todd W. Robinson
United States District Judge