1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

SOUTHERN DISTRICT OF CALIFORNIA

11

12    BRYON STAFFORD, individually and on          Lead Case No.:  3:17-cv-1340-TWR-AHG
      behalf of all others similarly situated,       Consolidated with: 3:18-cv-152-TWR-AHG
13
                                      Plaintiff,
14                                                   **ORDER SETTING ATTORNEYS-**
      v.                                             **ONLY STATUS CONFERENCE**
15
      RITE AID CORPORATION,
16
                                     Defendant.
17
18
19
20

21        This matter comes before the Court upon review of the record. On

22   September 1, 2022, the Court lifted the stay in this matter, after the parties reported that

23   they had reached an impasse in the settlement negotiations that were ongoing for more than

24   a year. ECF No. 227. Further, the Court set a deadline for Defendant to file a motion to

25   stay these consolidated actions once more, pending the Ninth Circuit's decision in

26   *Washington v. CVS Pharmacy, Inc.*, No. 21-16162 (9th Cir. filed July 9, 2021). *Id.*

27        Notwithstanding the anticipated motion to stay, the Court finds it appropriate to set

28   an attorneys-only Status Conference for **September 9, 2022** at **11:00 a.m.** before

Magistrate Judge Allison H. Goddard, for the purpose of determining the nature of the parties' settlement negotiation impasse and whether a Court-facilitated settlement conference may be fruitful. The Court anticipates that the conference will last no longer than one hour.

The Status Conference shall take place via videoconference using the Court's official ZoomGov account. No later than **September 7, 2022**, counsel for each side must provide the Court with a list of the expected attorney participants for that side, including a name and an email address for each attorney to receive the Zoom invitation. The list should be lodged with the Court via email at efile_Goddard@casd.uscourts.gov. Chambers staff will circulate the Zoom invitation to all identified participants on the day before the conference.

Although the Status Conference is taking place via Zoom, participants shall display the same level of professionalism and be prepared to devote their full attention to the conference as if they were attending in person (e.g., participants should not be driving or eating while speaking to the Court). Counsel must dress in appropriate courtroom attire.

Questions regarding this Order should be directed to Judge Goddard's law clerks at the email address listed above or at 619-557-6162.

**IT IS SO ORDERED.**

Dated: September 1, 2022

Honorable Allison H. Goddard
United States Magistrate Judge