**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
Walter W. Noss (CA 277580)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
wnoss@scott-scott.com

– and –

Joseph P. Guglielmo
Erin Green Comite
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.:   (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Civ. No. 3:17-cv-01340-TWR-AHG<br><br>**MOTION TO WITHDRAW JULIE A. KEARNS AS ASSOCIATED ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF ELECTRONIC SERVICE LIST**<br><br>Judge: Todd W. Robinson<br>Magistrate Judge: Allison H. Goddard |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD AND THEIR ATTORNEYS OR RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Rule 83.3(f)(3) of the Local Rules of the United States District Court for the Southern District of California, and relying upon the attached Declaration, Joseph P. Guglielmo, an attorney for Plaintiff Robert Josten ("Plaintiff"), in the above-captioned matter, hereby moves for an order granting the withdrawal of Julie A. Kearns, as associated counsel in this matter. The Plaintiff will continue to be represented by counsel who have already appeared in this matter.

Respectfully Submitted,

Dated: September 23, 2022

*s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo
Erin Green Comite
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.:   (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Walter W. Noss (CA 277580)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
wnoss@scott-scott.com

*Attorneys for Plaintiffs*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Joseph P. Guglielmo*
Joseph P. Guglielmo

**MOTION TO WITHDRAW**
Case No. 3:17-cv-01340-TWR-AHG