**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Walter W. Noss (CA 277580)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
wnoss@scott-scott.com

– and –

Joseph P. Guglielmo
Erin Green Comite
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JOSTEN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Civ. No. 3:17-cv-01340-TWR-AHG<br><br>**DECLARATION OF JOSEPH P. GUGLIELMO IN SUPPORT OF MOTION TO WITHDRAW FOR ATTORNEY JULIE A. KEARNS AND REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC SERVICE LIST**<br><br>Judge: Todd W. Robinson<br>Magistrate Judge: Allison H. Goddard |

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW**
3:17-cv-01340-TWR-AHG

1  I, Joseph P. Guglielmo, an attorney duly admitted to practice law in the State of California, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I am associated with the firm Scott+Scott Attorneys at Law LLP ("Scott+Scott") and am one of the attorneys representing Robert Josten ("Plaintiff") in the above-captioned matter. I submit this declaration in support of the motion to withdraw Sean Russell as counsel for Plaintiff.

2. On September 1, 2021, Attorney Julie A. Kearns ended her employment with Scott+Scott. At the time of her transition, no actions were taken to remove her from the instant case.

3. The Plaintiffs will continued to be represented by the remaining attorneys of Scott+Scott, who have already appeared on behalf of Plaintiff in the above-captioned matter.

4. Julie A. Kearns's withdrawal from this matter will not interfere or require the extension of any deadlines set by the Court.

Dated: September 23, 2022

*s/ Joseph P. Guglielmo*<br>Joseph P. Guglielmo

1
**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW**
3:17-cv-01340-TWR-AHG

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Joseph P. Guglielmo*
Joseph P. Guglielmo