| | |
|---|---|
| 1 | **SCOTT+SCOTT** |
| 2 | **ATTORNEYS AT LAW LLP** |
|   | Walter W. Noss (CA 277580) |
| 3 | 600 W. Broadway, Suite 3300 |
| 4 | San Diego, CA 92101 |
|   | Tel.: (619) 233-4565 |
| 5 | Fax: (619) 233-0508 |
| 6 | wnoss@scott-scott.com |
| 7 |    – and – |
| 8 |   |
|   | Joseph P. Guglielmo |
| 9 | Erin Green Comite |
| 10 | The Helmsley Building |
|    | 230 Park Avenue, 17th Floor |
| 11 | New York, NY 10169 |
| 12 | Tel.:   (212) 223-6444 |
|    | Fax: (212) 223-6334 |
| 13 | jguglielmo@scott-scott.com |
| 14 | ecomite@scott-scott.com |
| 15 | *Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Civ. No. 3:17-cv-01340-TWR-AHG<br><br>**[Proposed] ORDER RE MOTION TO WITHDRAW JULIE A. KEARNS AS ASSOCIATED ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF ELECTRONIC SERVICE LIST**<br><br>Judge: Todd W. Robinson<br>Magistrate Judge: Allison H. Goddard |

**[PROPOSED] ORDER RE MOTION TO WITHDRAW**
Case No. 3:17-cv-01340-TWR-AHG

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiffs County of Monmouth and Diane Scavello's ("Plaintiffs") Motion to Withdraw Attorney Julie A. Kearns as Counsel of Record for Plaintiffs and Removal from Court's ECF Notification System ("Motion"), and good cause appearing therefor, it is hereby ORDERED as follows:

1. Plaintiffs' Motion is **GRANTED**.

2. Julie A. Kearns is permitted to withdraw as counsel of record for Plaintiffs in this matter.

3. The clerk shall update the docket and electronic service list for this matter to reflect the withdrawal of Julie A. Kearns.

**IT IS SO ORDERED.**

Dated: _____

                                                              _____
                                                              HONORABLE TODD W. ROBINSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[PROPOSED] ORDER RE MOTION TO WITHDRAW**
Case No. 3:17-cv-01340-TWR-AHG