UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER GRANTING PLAINTIFF ROBERT JOSTEN'S MOTION TO WITHDRAW JULIE A. KEARNS AS ATTORNEY OF RECORD**<br><br>(ECF No. 231) |

Presently before the Court is Plaintiff Robert Josten's Motion to Withdraw Julie A. Kearns as Associated Attorney of Record and Request for Removal from CM/ECF Electronic Service List ("Mot.," ECF No. 231), with co-counsel to continue to represent Plaintiff Robert Josten. (*Id.* at 1.) Good cause appearing, the Court **GRANTS** the Motion. The Clerk of Court **SHALL UPDATE** the docket to reflect Ms. Kearn's withdrawal.

**IT IS SO ORDERED.**

Dated: September 23, 2022

_(signature)_
Honorable Todd W. Robinson
United States District Judge