ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
BRIAN O'MARA (229737)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiff
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY RELATED TO DEFENDANTS RITE AID CORPORATION'S AND RITE AID HDQTRS. CORP.'S MOTION TO STAY PENDING RESOLUTION OF NINTH CIRCUIT APPEAL IN *WASHINGTON V. CVS PHARMACY, INC.*<br><br>DATE:   *Ex Parte*<br>TIME:   *Ex Parte*<br>CTRM:   3A/Third Floor<br>JUDGE:  Hon. Todd W. Robinson |

4858-0871-6090.v1

Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs"), pursuant to Your Honor's Standing Order for Civil Cases §III.C.3., will and hereby do, unopposed apply to this Court *ex parte* for an order for leave to supplement the record with a new order involving substantially similar facts and issues as presented in Defendants Rite Aid Corporation's and Rite Aid Hdqtrs. Corp.'s (collectively, "Defendants") Motion to Stay Pending Resolution of Ninth Circuit Appeal in *Washington v. CVS Pharmacy, Inc*. (ECF 230) ("Motion"). Good cause exists for granting this application for the following reasons:

1. On September 15, 2022, Defendants filed their Motion. ECF 230.

2. On October 13, 2022, Plaintiffs filed their Response in Opposition to Defendants Rite Aid Corporation's and Rite Aid Hdqtrs. Corp.'s Motion to Stay Pending Resolution of Ninth Circuit Appeal in *Washington v. CVS Pharmacy, Inc*. ("Opposition"). ECF 233. In their Opposition, Plaintiffs noted: "Rite Aid has indicated that it intends to file a motion to stay based on *Washington* in [*Cnty. of Monmouth v. Rite Aid Corp.*, No. 2:20-cv-02024-MSG (E.D. Pa.) (herein, "*Monmouth*")] too." *Id*. at 6-7 n.7.

3. On October 19, 2022, United States District Court Judge Mitchell S. Goldberg in *Monmouth* found, in pertinent part: "***I will not stay discovery during the pendency of the Washington appeal. A review of the appellate filings shows that the issues on appeal are mostly evidentiary, and there is therefore no reason to stay discovery while that appeal proceeds***."[1] *See* Ex. B (*Monmouth* ECF 96) at 2 (emphasis added).

4. On October 27, 2022, Defendants' reply memorandum in support of their Motion is due.

5. On November 10, 2022, the Court has set a hearing date on Defendants' Motion.

---

[1] All references to "Ex. __" are to the exhibits attached to the Declaration of Eric S. Dwoskin. filed concurrently herewith.

6. Accordingly, Plaintiffs' respectfully request leave of Court to supplement the record with Judge Goldberg's October 19, 2022 Order. *See* Ex. B.

7. Plaintiffs' request is made in good faith and for good cause.

8. In accordance with Your Honor's Standing Order for Civil Cases §III.C.3. and Local Rule 83.3(g), on October 21, 2022, Counsel for Plaintiffs emailed Counsel for Defendants to meet-and-confer about the application and attached a draft of the application. Defense counsel stated their intent not to oppose the application. *See* Ex. A.

WHEREFORE, Plaintiffs respectfully seek leave to supplement the record with Judge Goldberg's October 19, 2022 Order. *See* Ex. B.

DATED: October 25, 2022        Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
BRIAN O'MARA
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III

     s/ David W. Mitchell
    DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
MARK J. DEARMAN (*pro hac vice*)
ERIC S. DWOSKIN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

|   |   |
|---|---|
| 1 |   |
| 2 | ROBBINS LLP<br>GEORGE C. AGUILAR<br>GREGORY E. DEL GAIZO |
| 3 | 5040 Shoreham Place<br>San Diego, CA 92122 |
| 4 | Telephone: 619/525-3990<br>619/525-3991 (fax) |
| 5 |   |
| 6 | HOFFMAN & FORDE<br>SCHUYLER V.V. HOFFMAN |
| 7 | 3033 Fifth Avenue, Suite 400<br>San Diego, CA 92103 |
| 8 | Telephone: 619/546-7880<br>619/546-7881 (fax) |
| 9 | Attorneys for Plaintiff Byron Stafford |
| 10 |   |
| 11 | SCOTT+SCOTT ATTORNEYS<br>  AT LAW LLP<br>JOSEPH P. GUGLIELMO (*pro hac vice*) |
| 12 | ERIN GREEN COMITE (*pro hac vice*)<br>CAREY ALEXANDER (*pro hac vice*) |
| 13 | The Helmsley Building<br>230 Park Avenue, 17th Floor |
| 14 | New York, NY 10169<br>Telephone: 212/233-6444 |
| 15 | 212/233-6334 (fax) |
| 16 | SCOTT+SCOTT ATTORNEYS<br>  AT LAW LLP |
| 17 | WALTER W. NOSS<br>HAL D. CUNNINGHAM |
| 18 | 600 West Broadway, Suite 3300<br>San Diego, CA 92101 |
| 19 | Telephone: 619/233-4565<br>619/233-0508 (fax) |
| 20 |   |
| 21 | LAW OFFICE OF ALFRED G.<br>  YATES, JR., P.C. |
| 22 | ALFRED G. YATES, JR.<br>1575 McFarland Road, Suite 305 |
| 23 | Pittsburgh, PA 15216<br>Telephone: 412/391-5164 |
| 24 | 412/471-1033 (fax) |
| 25 | Attorneys for Plaintiff Robert Josten |
| 26 |   |
| 27 |   |
| 28 |   |

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 25, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

3:17-cv-01340-TWR-AHG

4858-0871-6090.v1

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael James Ableson**
  michael.ableson@morganlewis.com

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Joseph H. Bias**
  joseph.bias@morganlewis.com,vivian.dohi@morganlewis.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Margret Lavin Flodeen**
  mflodeen@millerbarondess.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brittany M. Johnson**
  brittany.johnson@morganlewis.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,efile@scott-scott.com

- **Alyssa D. O'Donnell**
  alyssa.odonnell@morganlewis.com,jasmin.estrada@morganlewis.com

- **John Warren Rissier**
  warren.rissier@morganlewis.com,bernice.worley@morganlewis.com

- **Sean C. Russell**
  sean.russell@wilsonelser.com

- **Charles E. Schaffer**
  Cschaffer@lfsblaw.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`