ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
BRIAN O'MARA (229737)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5040 Shoreham Place
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　　Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>DECLARATION OF ERIC S. DWOSKIN IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY RELATED TO DEFENDANTS RITE AID CORPORATION'S AND RITE AID HDQTRS. CORP.'S MOTION TO STAY PENDING RESOLUTION OF NINTH CIRCUIT APPEAL IN *WASHINGTON V. CVS PHARMACY, INC.*<br><br>DATE:　　*Ex Parte*<br>TIME:　　*Ex Parte*<br>CTRM:　　3A/Third Floor<br>JUDGE:　　Hon. Todd W. Robinson |

4883-5111-2507.v1

I, ERIC S. DWOSKIN, hereby declare as follows:

1. I am an attorney admitted to practice before all courts in the State of Florida and am admitted *pro hac vice* before this Court. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, one of counsel of record for Plaintiff Bryon Stafford in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this Declaration in Support of Plaintiffs' Unopposed *Ex Parte* Application for Leave to File Supplemental Authority Related to Defendants Rite Aid Corporation's and Rite Aid Hdqtrs. Corp.'s Motion to Stay Pending Resolution of Ninth Circuit Appeal in *Washington v. CVS Pharmacy, Inc.*

2. Counsel for Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs") and Defendants Rite Aid Corporation's and Rite Aid Hdqtrs. Corp.'s (collectively, "Defendants") have met and conferred as required pursuant to Local Rule 83.3(g), in that a motion for an order must not be made *ex parte* unless it appears by affidavit or declaration that within a reasonable time before the motion the party informed the opposing party or the opposing party's attorney when and where the motion would be made.

3. A copy of email correspondence, dated October 24, 2022, between Plaintiffs and Defendants, regarding the filing of supplemental authority, including the Order, *Monmouth v. Rite Aid Corp.*, No. 2:20-cv-02024-MSG, ECF 96 (E.D. Pa. Oct. 19, 2022), are attached as exhibits A and B.

4. Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description | Page Nos. |
|---|---|---|
| A | October 24, 2022 email correspondence between Counsel for Plaintiffs and Counsel for Defendants; and | 1-3 |
| B | *Monmouth v. Rite Aid Corp.*, No. 2:20-cv-02024-MSG, ECF 96 (E.D. Pa. Oct. 19, 2022). | 4-6 |

1      5.    Counsel for Defendants do not oppose this *ex parte* application, and therefore, Plaintiffs proceeded with filing the instant *ex parte* application.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 25th day of October, 2022, in Boca Raton, Florida.

                                                             ERIC S. DWOSKIN

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 25, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: davidm@rgrdlaw.com

3:17-cv-01340-TWR-AHG

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael James Ableson**
  michael.ableson@morganlewis.com

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Joseph H. Bias**
  joseph.bias@morganlewis.com,vivian.dohi@morganlewis.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Margret Lavin Flodeen**
  mflodeen@millerbarondess.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brittany M. Johnson**
  brittany.johnson@morganlewis.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,efile@scott-scott.com

- **Alyssa D. O'Donnell**
  alyssa.odonnell@morganlewis.com,jasmin.estrada@morganlewis.com

- **John Warren Rissier**
  warren.rissier@morganlewis.com,bernice.worley@morganlewis.com

- **Sean C. Russell**
  sean.russell@wilsonelser.com

- **Charles E. Schaffer**
  Cschaffer@lfsblaw.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`