# EXHIBIT A

| | |
|---|---|
| **From:** | Bias, Joseph |
| **To:** | Rissier, J. Warren; Eric Dwoskin; Corrado, Franco A. |
| **Cc:** | David Mitchell; Brian O"Mara; Art Shingler; jguglielmo@scott-scott.com; Erin Green Comite; Carey Alexander; George Aguilar; Charlie Schaffer |
| **Subject:** | RE: Rite Aid RSP |
| **Date:** | Monday, October 24, 2022 8:35:05 AM |

EXTERNAL SENDER

Eric,

Rite Aid will not oppose the motion for leave referenced in your below email. Please let me know when you would like to call the court.

**Joseph Bias**
**Morgan, Lewis & Bockius LLP**
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7397 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
joseph.bias@morganlewis.com | www.morganlewis.com
Assistant: Vivian F. Dohi | +1.213.612.7384 | vivian.dohi@morganlewis.com

---

**From:** Rissier, J. Warren <warren.rissier@morganlewis.com>
**Sent:** Friday, October 21, 2022 5:46 PM
**To:** Eric Dwoskin <EDwoskin@rgrdlaw.com>; Bias, Joseph <joseph.bias@morganlewis.com>; Corrado, Franco A. <franco.corrado@morganlewis.com>
**Cc:** davidm@rgrdlaw.com; BOMara@rgrdlaw.com; Art Shingler <AShingler@rgrdlaw.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Carey Alexander <calexander@scott-scott.com>; George Aguilar <gaguilar@robbinsarroyo.com>; Charlie Schaffer <CSchaffer@lfsblaw.com>
**Subject:** RE: Rite Aid RSP

Hi Eric,

I write to confirm receipt of your message below. We'll confer internally and reach out to our client. Once we get our client's views, we'll be back in touch with you about scheduling a time to call the court. It's presently after business hours for our client located on the East Coast.

I'm out of the office on Monday but Joe is available if we get an answer by then.

Thanks,
Warren

**J. Warren Rissier**
**Morgan, Lewis & Bockius LLP**
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA90071-3132
Mobile +1.323.333.2957 | Direct: +1.213.680.6860 | Main:+1.213.612.2500 | Fax: +1.213.612.2501
warren.rissier@morganlewis.com | www.morganlewis.com
Assistant: Bernice E. Worley | +1.213.680.6567 | bernice.worley@morganlewis.com

Pronouns:He/Him/His

**From:** Eric Dwoskin <EDwoskin@rgrdlaw.com>
**Sent:** Friday, October 21, 2022 2:19 PM
**To:** Rissier, J. Warren <warren.rissier@morganlewis.com>; Bias, Joseph <joseph.bias@morganlewis.com>; Corrado, Franco A. <franco.corrado@morganlewis.com>
**Cc:** davidm@rgrdlaw.com; BOMara@rgrdlaw.com; Art Shingler <AShingler@rgrdlaw.com>; jguglielmo@scott-scott.com; Erin Green Comite <ecomite@scott-scott.com>; Carey Alexander <calexander@scott-scott.com>; George Aguilar <gaguilar@robbinsarroyo.com>; Charlie Schaffer <CSchaffer@lfsblaw.com>
**Subject:** Rite Aid RSP

[EXTERNAL EMAIL]
Warren:

As you know, Judge Goldberg recently issued an order that included a finding that he would not entertain a Rite Aid motion to stay based on *Washington*. That finding is directly relevant to Rite Aid's motion to stay based on *Washington* in *Stafford/Josten*. Plaintiffs intend to file a motion for leave to supplement the record with Judge Goldberg's Order. The parties are required to meet-and-confer. Attached is a draft of the motion. Please advise whether Rite Aid opposes the motion for leave and, if so, the basis for such opposition.

Please let me know when you are available on Monday to call chambers to obtain a hearing date. While we are not requesting oral argument on the motion, Judge Robinson's rules require us to obtain a date that he may vacate.

Thanks.

```
NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.
```

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.