| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | ROBBINS LLP<br>GEORGE C. AGUILAR (126535)<br>GREGORY E. DEL GAIZO (247319)<br>5040 Shoreham Place<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>E-mail: gaguilar@robbinsllp.com<br>         gdelgaizo@robbinsllp.com<br><br>Attorneys for Plaintiff Bryon Stafford<br><br>[Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>        v.<br><br>RITE AID CORPORATION.<br><br>                        Defendant. | Lead Case No. 3:17-cv-1340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF CHANGE OF ADDRESS<br><br>Judge: Hon. Todd W. Robinson<br>Mag. Judge: Hon. Allison H. Goddard |

Lead Case No.: 3:17-cv-01340-TWR-AHG

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective November 1, 2022, the law firm of Robbins LLP will change its address from 5040 Shoreham Place, San Diego, CA 92122 to:

> 5060 Shoreham Place,
> Suite 300
> San Diego CA 92122

The telephone and facsimile numbers and email and website addresses will remain the same. Please revise your records accordingly.

Dated: October 28, 2022

ROBBINS LLP
GEORGE C. AGUILAR
GREGORY E. DEL GAIZO

*s/ George C. Aguilar*
GEORGE C. AGUILAR

5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
BRIAN O. O'MARA (229737)
ROBERT R. HENSSLER, JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
E-mail: davidm@rgrdlaw.com
bomara@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| 2 | MARK J. DEARMAN |
| | STUART A. DAVIDSON |
| 3 | ERIC S. DWOSKIN |
| | 120 East Palmetto Park Road, Suite 500 |
| 4 | Boca Raton, FL  33432 |
| | Telephone: (561) 750-3000 |
| 5 | Facsimile: (561) 750-3364 |
| | E-mail: mdearman@rgrdlaw.com |
| 6 |        sdavidson@rgrdlaw.com |
| |        jalperstein@rgrdlaw.com |
| 7 |        edwoskin@rgrdlaw.com |
| 8 | |
| | HOFFMAN & FORDE |
| 9 | SCHUYLER V.V. HOFFMAN, V |
| | 3033 Fifth Avenue, Suite 225 |
| 10 | San Diego, CA 92103 |
| | Telephone: (619) 546-7880 |
| 11 | Facsimile: (619) 546-7881 |
| 12 | |
| 13 | Attorneys for Plaintiff Bryon Stafford |

1590559