UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                            Defendant. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>(ECF No. 234) |

Presently before the Court is Plaintiffs Bryon Stafford and Robert Josten's Unopposed *Ex Parte* Application for Leave to File Supplemental Authority Related to Defendants Rite Aid Corporation's and Rite Aid Hdqtrs. Corp.'s Motion to Stay Pending Resolution of Ninth Circuit Appeal in *Washington v. CVS Pharmacy, Inc.* ("*Ex Parte* App.," ECF No. 234). Good cause appearing, the Court **GRANTS** the *Ex Parte* Application. Pursuant to the undersigned's Standing Order for Civil Cases, *see id.* § III.B.5, Plaintiffs **MAY FILE** their notice of supplemental authority from *County of Monmouth et al. v. Ride Aid Corporation et al.*, No. 20-cv-2024 (E.D. Pa. filed Oct. 19,

/ / /

/ / /

2022), without legal argument within three (3) days of the electronic docketing of this Order.

**IT IS SO ORDERED.**

Dated:  October 31, 2022

_____
Honorable Todd W. Robinson
United States District Judge