ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
BRIAN O'MARA (229737)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  vs.<br><br>RITE AID CORPORATION,<br><br>    Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY |

4884-9892-8701.v1

Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs"), pursuant to this Court's October 31, 2022 Order granting Plaintiffs' *Ex Parte* Motion for Leave to File Supplemental Authority (ECF 236), submit this Notice of Supplemental Authority in support of their Opposition to Defendants Rite Aid Corporation's and Rite Aid Hdqtrs. Corp's Motion to Stay Pending Resolution of Ninth Circuit Appeal in *Washington V. CVS Pharmacy, Inc*. ECF 233. Specifically, Plaintiffs respectfully request that this Court take notice of the Order issued by Judge Mitchell S. Goldberg in *County of Monmouth v. Rite Aid Corp.*, No. 2:20-cv-02024-MSG, ECF 96 (E.D. Pa. Oct. 19, 2022), attached hereto as Exhibit A, which is relevant to the issues pending before the Court in the current action. Judge Goldberg stated: "I will not stay discovery during the pendency of the *Washington* appeal. A review of the appellate filings shows that the issues on appeal are mostly evidentiary, and there is therefore no reason to stay discovery while that appeal proceeds." Ex. A at 2.

DATED: November 1, 2022

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
BRIAN O'MARA
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III

      s/ David W. Mitchell
    DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
MARK J. DEARMAN (*pro hac vice*)
ERIC S. DWOSKIN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

4884-9892-8701.v1

| | |
|---|---|
| 1 | |
| 2 | ROBBINS LLP<br>GEORGE C. AGUILAR |
| 3 | GREGORY E. DEL GAIZO<br>5060 Shoreham Place, Suite 300 |
| 4 | San Diego, CA  92122<br>Telephone:  619/525-3990 |
| 5 | 619/525-3991 (fax) |
| 6 | HOFFMAN & FORDE<br>SCHUYLER V.V. HOFFMAN |
| 7 | 3033 Fifth Avenue, Suite 400<br>San Diego, CA  92103 |
| 8 | Telephone:  619/546-7880<br>619/546-7881 (fax) |
| 9 | Attorneys for Plaintiff Byron Stafford |
| 10 | |
| 11 | SCOTT+SCOTT ATTORNEYS<br>   AT LAW LLP |
| 12 | JOSEPH P. GUGLIELMO (*pro hac vice*)<br>ERIN GREEN COMITE (*pro hac vice*) |
| 13 | CAREY ALEXANDER (*pro hac vice*)<br>The Helmsley Building |
| 14 | 230 Park Avenue, 17th Floor<br>New York, NY  10169 |
| 15 | Telephone:  212/233-6444<br>212/233-6334 (fax) |
| 16 | SCOTT+SCOTT ATTORNEYS |
| 17 |    AT LAW LLP<br>WALTER W. NOSS |
| 18 | HAL D. CUNNINGHAM<br>600 West Broadway, Suite 3300 |
| 19 | San Diego, CA 92101<br>Telephone:  619/233-4565 |
| 20 | 619/233-0508 (fax) |
| 21 | LAW OFFICE OF ALFRED G.<br>   YATES, JR., P.C. |
| 22 | ALFRED G. YATES, JR.<br>1575 McFarland Road, Suite 305 |
| 23 | Pittsburgh, PA 15216<br>Telephone:  412/391-5164 |
| 24 | 412/471-1033 (fax) |
| 25 | Attorneys for Plaintiff Robert Josten |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

4884-9892-8701.v1

3:17-cv-01340-TWR-AHG

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael James Ableson**
  michael.ableson@morganlewis.com

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Joseph H. Bias**
  joseph.bias@morganlewis.com,vivian.dohi@morganlewis.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Margret Lavin Flodeen**
  mflodeen@millerbarondess.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brittany M. Johnson**
  brittany.johnson@morganlewis.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,efile@scott-scott.com

- **Alyssa D. O'Donnell**
  alyssa.odonnell@morganlewis.com,jasmin.estrada@morganlewis.com

- **John Warren Rissier**
  warren.rissier@morganlewis.com,bernice.worley@morganlewis.com

- **Sean C. Russell**
  sean.russell@wilsonelser.com

- **Charles E. Schaffer**
  Cschaffer@lfsblaw.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`