# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COUNTY OF MONMOUTH** *et al.*, <br><br> *Plaintiffs,* <br><br> *v.* <br><br> **RITE AID CORPORATION** *et al.*, <br><br> *Defendants.* | Civil Action <br><br> No. 20-cv-2024 |

### ORDER

**AND NOW**, this 19th day of October, 2022, upon consideration of the parties' Proposed Case Management Plan (ECF No. 95), I find as follows:

1. The parties agree that Defendants' motions to dismiss and to compel discovery should be deemed reinstated.

2. The parties disagree as to the timing of discovery. Plaintiffs ask that discovery commence immediately. Defendants ask that discovery be stayed pending resolution of an appeal in a different case, Washington v. CVS Pharmacy, Inc., No. 21-16162 (9th Cir. filed July 9, 2021).

3. "[M]otions to dismiss … should typically be resolved before discovery begins." Levey v. Brownstone Inv. Grp., LLC, 590 F. App'x 132, 137 (3d Cir. 2014). But a district court has discretion to permit discovery while a motion to dismiss is pending. See Vanderwerff v. Quincy Bioscience Holding Co., Inc., No. 17-cv-784, 2018 WL 6243040, at *4 (D.N.J. Nov. 28, 2018). I determine there is no reason in this case to deviate from the usual practice. A discovery schedule will be issued when the pleadings are closed.

1

4.  In addition, I will not stay discovery during the pendency of the <u>Washington</u> appeal. A review of the appellate filings shows that the issues on appeal are mostly evidentiary, and there is therefore no reason to stay discovery while that appeal proceeds.

**WHEREFORE**, it is hereby **ORDERED** that:

- The Clerk of Court shall mark the following motions as reinstated: Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 43); Defendants' Motion to Compel Arbitration of Plaintiff Scavello's Claims (ECF No. 37).

- A discovery schedule will not be issued at this time but will be issued after the pleadings are closed.

**BY THE COURT:**

 */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

2