ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
BRIAN O'MARA (229737)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>RITE AID CORPORATION,<br><br>  Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>NOTICE OF FILING OF UPDATED JOINT [PROPOSED] SCHEDULING ORDER PURSUANT TO ECF 240 |

4865-5584-8766.v4

Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (collectively, "Rite Aid"), through their counsel, respectfully submit this Notice of Filing of Updated Joint [Proposed] Scheduling Order Pursuant to ECF 240.

1. The parties' August 3, 2021 Joint Status Report identified remaining actions to be taken in the case as contemplated by the parties at that time ("Remaining Actions"). Joint Status Report, ECF 210, §II.B. The proposed schedule below is based on what the parties previously identified as the Remaining Actions in the case, as contemplated by the Court's August 4, 2021 Order (ECF 212) originally staying the case, any subsequently identified issues, and without conceding the appropriateness of any contemplated event, certain additional deadlines that they believe are appropriate to include at this time.

2. The parties identified several areas of outstanding disagreement in the August 3, 2021 Joint Status Report. Those discussions were not ripe for motion practice at the time the stay was issued. The parties are evaluating their positions on those disagreements and will meet-and-confer as appropriate and work expeditiously to either resolve the issues or bring them before the Court or as appropriate following lifting of the stay. The parties propose the following schedule to allow for sufficient time to work through that process, as well as any additional disputes that may arise, without further extending the deadlines.

| Event | [Proposed] Deadline |
|---|---|
| Motion for Judgment on the Pleadings | February 1, 2023 |
| Complete Production of Rite Aid Transactional Data | August 4, 2023 (no later than 120 days before completion of fact discovery) |
| Parties Fact Discovery Deadline (subject to additional discovery by Rite Aid, following Plaintiffs' Motion for Class Certification)[1] | December 4, 2023 (13 months from issuance of order to set schedule) |

---

[1] To the extent Plaintiffs identify new plaintiffs, changed class definitions, or new issues for the first time in their Motion for Class Certification, Rite Aid may seek to take additional discovery limited to such new or changed matters.

| Event | [Proposed] Deadline |
|---|---|
| Third-Party Fact Discovery Deadline in Support of Motion for Class Certification[2] | December 4, 2023 (13 months from issuance of order to set schedule) |
| Motion for Class Certification and Expert Reports in Support of Motion for Class Certification | February 2, 2024 (60 days after the close of the Parties fact discovery and third-party fact discovery in support of Motion for Class Certification) |
| Opposition to Motion for Class Certification and Expert Reports in Support of Opposition to Motion for Class Certification | May 2, 2024 (90 days after the deadline for Plaintiffs' Motion for Class Certification)[3] |
| Reply in Support of Motion for Class Certification and Rebuttal Expert Reports in Support of Motion for Class Certification | July 16, 2024 (75 days after the deadline for Rite Aid's Opposition to Plaintiffs' Motion for Class Certification)[4] |
| Motion for Summary Judgment | No later than 60 days after Court issues order on Plaintiffs' Motion for Class Certification (Rite Aid may elect to file a summary judgment motion at an earlier time) |

3. The parties believe they can agree on a briefing schedule for a motion for summary judgment at a later date and will do so no later than 10 days after the filing of such motion.

4. The parties believe that a schedule for any Remaining Actions not addressed above, including motions *in limine* and motions seeking to exclude testimony, as well as any other pre-trial motions, is presently premature and can be discussed and set at a future date after the Court issues a ruling on any motion(s) for summary judgment, or otherwise when such matters are at issue in the case.

---

[2] Excluding discovery of classwide data sought from third-parties, which may be pursued before or after the Court issues its order on Plaintiffs' Motion for Class Certification.

[3] Plaintiffs anticipate filing expert reports in support of their Motion for Class Certification. Rite Aid needs sufficient time to evaluate those reports, take depositions of Plaintiffs' experts, retain Rite Aid's own expert(s) and respond with their report(s).

[4] Rite Aid anticipates filing expert reports in support of its opposition to Plaintiffs' Motion for Class Certification. Plaintiffs need sufficient time to evaluate those reports, take depositions of Rite Aid's experts, and respond as appropriate.

|   |   |   |
|---|---|---|
| 1 | WHEREFORE, for the above-stated reasons, the parties respectfully request that the Court enter an order setting the deadlines proposed in the Proposed Schedule above. | |
| 2 | | |
| 3 | | |
| 4 | DATED: November 10, 2022 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> DAVID W. MITCHELL <br> BRIAN O'MARA <br> ARTHUR L. SHINGLER III |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | s/ *David W. Mitchell* <br> DAVID W. MITCHELL |
| 9 | | |
| 10 | | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) |
| 11 | | |
| 12 | | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> STUART A. DAVIDSON (*pro hac vice*) <br> MARK J. DEARMAN (*pro hac vice*) <br> ERIC S. DWOSKIN (*pro hac vice*) <br> 120 East Palmetto Park Road, Suite 500 <br> Boca Raton, FL  33432 <br> Telephone:  561/750-3000 <br> 561/750-3364 (fax) |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | ROBBINS LLP <br> GEORGE C. AGUILAR <br> GREGORY E. DEL GAIZO <br> 5060 Shoreham Place, Suite 300 <br> San Diego, CA  92122 <br> Telephone:  619/525-3990 <br> 619/525-3991 (fax) |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | HOFFMAN & FORDE <br> SCHUYLER V.V. HOFFMAN <br> 3033 Fifth Avenue, Suite 400 <br> San Diego, CA  92103 <br> Telephone:  619/546-7880 <br> 619/546-7881 (fax) |
| 22 | | |
| 23 | | |
| 24 | | Attorneys for Plaintiff Byron Stafford |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

4865-5584-8766.v4

```
                                    SCOTT+SCOTT ATTORNEYS
                                       AT LAW LLP
                                    JOSEPH P. GUGLIELMO (pro hac vice)
                                    ERIN GREEN COMITE (pro hac vice)
                                    CAREY ALEXANDER (pro hac vice)
                                    The Helmsley Building
                                    230 Park Avenue, 17th Floor
                                    New York, NY 10169
                                    Telephone: 212/233-6444
                                    212/233-6334 (fax)

                                    SCOTT+SCOTT ATTORNEYS
                                       AT LAW LLP
                                    WALTER W. NOSS
                                    HAL D. CUNNINGHAM
                                    600 West Broadway, Suite 3300
                                    San Diego, CA 92101
                                    Telephone: 619/233-4565
                                    619/233-0508 (fax)

                                    LAW OFFICE OF ALFRED G.
                                       YATES, JR., P.C.
                                    ALFRED G. YATES, JR.
                                    1575 McFarland Road, Suite 305
                                    Pittsburgh, PA 15216
                                    Telephone: 412/391-5164
                                    412/471-1033 (fax)

                                    Attorneys for Plaintiff Robert Josten

DATED: November 10, 2022            MORGAN, LEWIS & BOCKIUS LLP
                                    J. WARREN RISSIER
                                    JOSEPH BIAS
                                    ALYSSA D. O'DONNELL


                                           s/ J. Warren Rissier
                                    ─────────────────────────────
                                           J. WARREN RISSIER

                                    300 South Grand Avenue
                                    Twenty-Second Floor
                                    Los Angeles, CA 90071-3132
                                    Telephone: 213/612-2500
                                    213/612-2501 (fax)
                                    warren.rissier@morganlewis.com
                                    joseph.bias@morganlewis.com
                                    alyssa.odonnell@morganlewis.com
```

Attorneys for Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above signatories, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signatures to this document.

DATED:  November 10, 2022

                                                    s/ DAVID W. MITCHELL
                                                    DAVID W. MITCHELL

4865-5584-8766.v4

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 10, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ DAVID W. MITCHELL
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
&amp; DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email: davidm@rgrdlaw.com

3:17-cv-01340-TWR-AHG

4865-5584-8766.v4

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael James Ableson**
  michael.ableson@morganlewis.com

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Joseph H. Bias**
  joseph.bias@morganlewis.com,vivian.dohi@morganlewis.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Margret Lavin Flodeen**
  mflodeen@millerbarondess.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brittany M. Johnson**
  brittany.johnson@morganlewis.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,efile@scott-scott.com

- **Alyssa D. O'Donnell**
  alyssa.odonnell@morganlewis.com,jasmin.estrada@morganlewis.com

- **John Warren Rissier**
  warren.rissier@morganlewis.com,bernice.worley@morganlewis.com

- **Sean C. Russell**
  sean.russell@wilsonelser.com

- **Charles E. Schaffer**
  Cschaffer@lfsblaw.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`