AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated, <br> *Plaintiff* <br> v. <br> RITE AID CORPORATION, <br> *Defendant* | ) ) ) ) ) ) | Lead Case No. 3:17-cv-01340-TWR-AHG <br> (Consolidated with Case No. 3:18-cv-00152-TWR-AHG) <br><br> Applicable to: 3:17-cv-01340-TWR-AHG; 3:18-cv-00152-TWR-AHG |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp.

Date: November 18, 2022

/s/ Ann Marie Mortimer
*Attorney's signature*

Ann Marie Mortimer (SBN 169077)
*Printed name and bar number*

Hunton Andrews Kurth LLP
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
*Address*

amortimer@HuntonAK.com
*E-mail address*

(213) 532-2000
*Telephone number*

(213) 532-2020
*FAX number*