1  Ann Marie Mortimer (State Bar No. 169077)
2  amortimer@HuntonAK.com
   Kirk A. Hornbeck (State Bar No. 241708)
3  khornbeck@HuntonAK.com
4  **HUNTON ANDREWS KURTH LLP**
   550 South Hope Street, Suite 2000
5  Los Angeles, California 90071-2627
   Telephone:  (213) 532-2000
6  Facsimile:  (213) 532-2020
7
8  Attorneys for Defendants
   RITE AID CORPORATION and
9  RITE AID HDQTRS. CORP.

10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with Case No. 3:18-cv-00152-TWR-AHG)<br><br>Applicable to: 3:17-cv-01340-TWR-AHG; 3:18-cv-00152-TWR-AHG<br><br>**MOTION TO WITHDRAW ALYSSA D. O'DONNELL, JOHN WARREN RISSIER, JOSEPH H. BIAS, MICHAEL JAMES ABLESON, BRITTANY M. JOHNSON, MARGRET LAVIN FLODEEN, AND TERA MARIE HEINTZ AS ATTORNEYS OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF ELECTRONIC SERVICE LIST** |

**TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Rule 83.3(f)(3) of the Local Rules of the United States District Court for the Southern District of California, and relying upon the attached declaration, Kirk A. Hornbeck, an attorney for Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (collectively, "Defendants") in the above-captioned matter, hereby moves for an order granting the withdrawal of Alyssa D. O'Donnell, John Warren Rissier, Joseph H. Bias, Michael James Ableson, Brittany M. Johnson, Margret Lavin Flodeen, and Tera Marie Heintz as associated counsel in this matter. Defendants will continued to be represented by the other counsel who have already appeared in this matter.

Dated:  November 18, 2022

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer
Kirk A. Hornbeck


By:  */s/ Kirk A. Hornbeck*
Kirk A. Hornbeck
Attorneys for Defendants
RITE AID CORPORATION and
RITE AID HDQTRS. CORP.

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

099999.0999990 DMS 300341383v1

1

MOTION TO WITHDRAW ALYSSA D. O'DONNELL, *ET AL.*, AS ATTORNEYS OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF ELECTRONIC SERVICE LIST