Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Defendants
RITE AID CORPORATION and
RITE AID HDQTRS. CORP.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with Case No. 3:18-cv-00152-TWR-AHG)<br><br>Applicable to: 3:17-cv-01340-TWR-AHG; 3:18-cv-00152-TWR-AHG<br><br>**DECLARATION OF KIRK A. HORNBECK IN SUPPORT OF MOTION TO WITHDRAW ALYSSA D. O'DONNELL, JOHN WARREN RISSIER, JOSEPH H. BIAS, MICHAEL JAMES ABLESON, BRITTANY M. JOHNSON, MARGRET LAVIN FLODEEN, AND TERA MARIE HEINTZ AS ATTORNEYS OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF ELECTRONIC SERVICE LIST** |

## DECLARATION OF KIRK A. HORNBECK

I, Kirk A. Hornbeck, declare as follows:

1. I am an attorney duly licensed to practice law before the courts of the State of California and am admitted to this Court. I am an attorney with the law firm Hunton Andrews Kurth LLP, which is counsel for Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (collectively, "Defendants") in the above-captioned, consolidated matter. I make this declaration in support of the Motion to Withdraw Alyssa D. O'Donnell, John Warren Rissier, Joseph H. Bias, Michael James Ableson, Brittany M. Johnson, Margret Lavin Flodeen, and Tera Marie Heintz as Attorneys of Record and Request for Removal from CM/ECF Electronic Service List (the "Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. The attorneys who are the subject of the Motion are all affiliated with the law firm of Morgan Lewis & Bockius LLP.

3. Going forward, Defendants will no longer be represented by Morgan Lewis & Bockius LLP and will be represented by Hunton Andrews Kurth LLP, the firm with which I am affiliated. At least one other member of Hunton Andrews Kurth LLP already has appeared in this matter and will continue to represent Defendants in this matter.

4. This Motion was filed at the direction of Defendants. Defendants were provided with a copy of the Motion and approved its filing. The Motion will be served on Plaintiffs and their counsel via the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of November, 2022, at Los Angeles, California.

_____
Kirk A. Hornbeck

1

DECLARATION OF KIRK A. HORNBECK IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF ELECTRONIC SERVICE LIST