UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW ALYSSA O'DONNELL, JOHN WARREN RISSIER, JOSEPH H. BIAS, MICHAEL JAMES ABELSON, BRITTANY M. JOHNSON, MARGRET LAVIN FLODEEN, AND TERA MARIE HEINTZ AS ATTORNEYS OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF ELECTRONIC SERVICE LIST**<br><br>(ECF No. 245) |

Presently before the Court is the Motion to Withdraw Alyssa O'Donnell, John Warren Rissier, Joseph H. Bias, Michael James Abelson, Brittany M. Johnson, Margret Lavin Flodeen, and Tera Marie Heintz of Morgan Lewis & Bockius LLP as Attorneys of Record and Request for Removal from CM/ECF Electronic Service List ("Mot.," ECF No. 245), filed by Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp., with

Defendants to continue to be represented by counsel from Hunton Andrews Kurth LLP. Good cause appearing, the Court **GRANTS** Defendants' Motion. The Clerk of the Court **SHALL UPDATE** the docket to reflect the withdrawal of the above-enumerated counsel from Morgan Lewis & Bockius LLP.

**IT IS SO ORDERED.**

Dated: November 18, 2022

_____
Honorable Todd W. Robinson
United States District Judge