

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BRYON STAFFORD, et al.
                            Plaintiff,

v.

RITE AID CORPORATION, et al.
                            Defendant.

Case No. 3:17-cv-01340

## PRO HAC VICE APPLICATION

Party Represented: Plaintiffs

I, **Ethan Binder** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Scott+Scott Attorneys at Law LLP
Street address: 230 Park Avenue, 17th Floor
City, State, ZIP: New York, NY 10169
Phone number: 646-650-3007
Email: ebinder@scott-scott.com

That on 02/03/2020 I was admitted to practice before the Supreme Court of New York
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [x] have [ ] have not concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case: ROBERT JOSTEN, et al. v. RITE AID CORPORATION
Case Number: 3:18-cv-00152
Date of Application: 11/28/2022
Application: [x] Granted [ ] Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Name: Hal D. Cunningham
Telephone: 619-798-5306
Firm: Scott+Scott Attorneys at Law LLP
Street: 600 W. Broadway, Suite 3300
City: San Diego
Zip code: 92101

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)