

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Byron Stafford, Individually and on Behalf of All Others
Similarly Situated,

**Plaintiff,** ⊞

V.

Rite Aid Corporation

**Defendant.**

**Case No.** 3:17-cv-01340-TWR-AHG

## PRO HAC VICE APPLICATION

Defendant Rite Aid Corporation

Party Represented

I, Kelsey Hope _____ hereby petition the above entitled court to permit me

(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Hunton Andrews Kurth LLP

Street address: 600 Travis Street, Suite 4200

City, State, ZIP: Houston, TX 77002

Phone number: (713) 220-4140

Email: kelseyhope@HuntonAK.com

That on November 6, 2014    I was admitted to practice before the Supreme Court of Texas

(Date)                                                            (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I   ☐ have)   ☒ have not)   concurrently or within the year preceding this application made

any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____ Date of Application _____

Application:   ☐ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_Kelsey Hope_

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Kirk Hornbeck

(Name)

(213) 532-2109

(Telephone)

Hunton Andrews Kurth LLP

(Firm)

550 South Hope Street, Suite 2000

(Street)

Los Angeles       90071

(City)                   (Zip code)

_Kelsey Hope_

(Signature of Applicant)

I hereby consent to the above designation.

_signature_

(Signature of Designee Attorney)