

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Byron Stafford, Individually and on Behalf of All Others Similarly Situated,

                                                  Plaintiff,

v.

Rite Aid Corporation

                                                  Defendant.

Case No. 3:17-cv-01340-TWR-AHG

## PRO HAC VICE APPLICATION

Defendant Rite Aid Corporation
Party Represented

I, Courtney Glaser (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

- **My firm name:** Hunton Andrews Kurth LLP
- **Street address:** 600 Travis Street, Suite 4200
- **City, State, ZIP:** Houston, TX 77002
- **Phone number:** (713) 220-4123
- **Email:** courtneyglaser@HuntonAK.com

That on November 6, 2008 (Date) I was admitted to practice before the Supreme Court of Texas (Name of Court)

and am currently in good standing and eligible to practice in said court, that I am not currently suspended or disbarred in any other court, and that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case Number _____ Date of Application _____

Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Courtney Glaser*
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Kirk Hornbeck (Name)           (213) 532-2109 (Telephone)

Hunton Andrews Kurth LLP (Firm)

550 South Hope Street, Suite 2000 (Street)     Los Angeles (City)     90071 (Zip code)

*/s/ Courtney Glaser*
(Signature of Applicant)

I hereby consent to the above designation.

*/s/ Kirk Hornbeck*
(Signature of Designee Attorney)