

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Byron Stafford, Individually and on Behalf of All Others Similarly Situated,

                                                      **Plaintiff,**

v.

Rite Aid Corporation

                                                      **Defendant.**

**Case No.** 3:17-cv-01340-TWR-AHG

# PRO HAC VICE APPLICATION

Defendant Rite Aid Corporation
Party Represented

I, Christopher J. Dufek (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Hunton Andrews Kurth LLP
Street address: 2200 Pennsylvania Avenue NW
City, State, ZIP: Washington, DC 20037
Phone number: (202) 419-2132
Email: cdufek@HuntonAK.com

That on June 9, 2014 (Date) I was admitted to practice before District of Columbia, Court of Appeals (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Kirk Hornbeck (Name)      (213) 532-2109 (Telephone)

Hunton Andrews Kurth LLP (Firm)

550 South Hope Street, Suite 2000 (Street)      Los Angeles (City)      90071 (Zip code)

_(Signature of Applicant)_

I hereby consent to the above designation.

_(Signature of Designee Attorney)_