| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Bree Anderson |
| **Subject:** | PACER Payment Confirmation |
| **Date:** | Wednesday, December 14, 2022 3:44:43 PM |

Caution: This email originated from outside of the firm.

Your payment has been successfully processed. The details are below.

   Account Number: 6093739
   Amount: $213.00
   Tracking Id: 6093739.221214D6kl
   Approval Code: 091561
   Masked Number: ************2880
   Date/Time: 12/14/2022 06:44:29 ET

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to pacer@psc.uscourts.gov or call the PACER Service Center at (800) 676-6856 between 8 AM and 6 PM CT Monday through Friday.