# O'Flaherty, Rita

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, December 13, 2022 4:52 PM |
| **To:** | O'Flaherty, Rita |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA SOUTHERN DISTRICT COURT |

Caution: This email originated from outside of the firm.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Case Services at (619) 557-5600.

```
Account Number: 5289742
Court: CALIFORNIA SOUTHERN DISTRICT COURT
Amount: $213.00
Tracking Id: ACASDC-17421954
Approval Code: 018712
Card Number: ************2880
Date/Time: 12/13/2022 07:51:33 ET
```

NOTE: This is an automated message. Please do not reply