| | |
|---|---|
| 1 | **HUNTON ANDREWS KURTH LLP** |
| 2 | Ann Marie Mortimer (Bar No. 169077) |
|   | amortimer@HuntonAK.com |
| 3 | Kirk A. Hornbeck (Bar No. 241708) |
|   | khornbeck@HuntonAK.com |
| 4 | 550 South Hope Street, Suite 2000 |
| 5 | Los Angeles, CA 90071 |
|   | Telephone: (213) 532-2000 |
| 6 | |
| 7 | Attorneys for Defendants |
|   | RITE AID CORPORATION and |
| 8 | RITE AID HDQTRS. CORP. |
| 9 | *[Additional Counsel Listed On Next Page]* |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>                    Defendants. | Lead Case No.: 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152- TWR-AHG)<br><br>Applicable to both *Stafford v. Rite Aid Corp.,* Case No. 3:17-cv-01340-TWR-AHG and *Josten v. Rite Aid Corp.*, Case No. 3:18-cv-00152- TWR-AHG.<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>Date:  March 23, 2023<br>Time: 3:00 p.m.<br>Judge: Hon. Todd W. Robinson<br><br>Stafford Third Amended Complaint and Josten Second Amended Complaint filed Mar. 6, 2020<br><br>Trial Dates:  None Set |

Neil K. Gilman (*pro hac vice*)
District of Columbia Bar No. 449226
ngilman@HuntonAK.com
Christopher J. Dufek (*pro hac vice*)
District of Columbia Bar No. 1020954
cdufek@HuntonAK.com
Brianne Reese (*pro hac vice*)
District of Columbia Bar No. 1672902
breese@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Telephone: (202) 955-1500

John B. Shely (*pro hac vice*)
jshely@HuntonAK.com
Texas Bar No. 18215300
Courtney B. Glaser (*pro hac vice*)
Texas Bar No. 24059824
cglaser@HuntonAK.com
Kelsey J. Hope (*pro hac vice*)
Texas Bar No. 24092538
khope@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
600 Travis Street
Houston, TX 77002
Telephone: (713) 220-4200

Attorneys for Defendants
RITE AID CORPORATION and
RITE AID HDQTRS. CORP.

DEFENDANTS' NOTICE OF MOTION AND MOTION
FOR PARTIAL JUDGMENT ON THE PLEADINGS
Lead Case No. 3:17-cv-01340-TWR-AHG

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 23, 2023, at 3:00 p.m., in the courtroom of the Honorable Todd W. Robinson, at the Edward J. Schwartz United States Courthouse, Courtroom 3A (Third Floor), 221 West Broadway, San Diego, California 92101, Defendants Rite Corporation and Rite Aid Hdqtrs. Corp. (collectively, "Rite Aid") will and hereby do move the Court pursuant to Federal Rule of Civil Procedure 12(c) for partial judgment on the pleadings on (1) three counts asserted in Plaintiff Byron Stafford's Corrected Third Amended Complaint ("Stafford Complaint"), ECF 145, for violation of California's Unfair Competition Law (Count I), violation of California's Consumer Legal Remedies Act (Count II), and for unjust enrichment (Count III), and (2) five counts in Plaintiff Robert Josten's Corrected Second Amended Complaint ("Josten Complaint"), ECF 146, for unjust enrichment (Count II), violation of California's Unfair Competition Law (Counts III and IV), violation of California's Consumer Legal Remedies Act (Count V), and declaratory and injunctive relief (Count VI).

In support of its Motion, Rite Aid states that each of Plaintiffs' claims seeking equitable relief fail because they cannot show the lack of an adequate legal remedy. Plaintiffs failed to allege that they lack an adequate remedy at law in the operative complaints and actually seek a legal remedy for money damages.

Rite Aid's Motion is based on this Motion, its accompanying Memorandum of Points and Authorities thereto, the Pleadings, and any oral argument that may be presented at the hearing on this matter.

/ / /
/ / /
/ / /
/ / /
/ / /

Pursuant to the Court's Standing Order, this Motion is made following the conference of counsel, which took place on January 9, 2023.

Dated:   January 9, 2023

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer
Kirk A. Hornbeck

By:   */s/ Kirk A. Hornbeck*
         Kirk A. Hornbeck

Neil K. Gilman (*pro hac vice*)
District of Columbia Bar No. 449226
ngilman@HuntonAK.com
Christopher J. Dufek (*pro hac vice*)
District of Columbia Bar No. 1020954
cdufek@HuntonAK.com
Brianne Reese (*pro hac vice*)
District of Columbia Bar No. 1672902
breese@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Telephone: (202) 955-1500

John B. Shely (*pro hac vice*)
jshely@HuntonAK.com
Texas Bar No. 18215300
Courtney B. Glaser (*pro hac vice*)
Texas Bar No. 24059824
cglaser@HuntonAK.com
Kelsey J. Hope (*pro hac vice*)
Texas Bar No. 24092538
khope@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
600 Travis Street
Houston, TX 77002
Telephone: (713) 220-42003

Attorneys for Defendants
RITE AID CORPORATION and
RITE AID HDQTRS. CORP.

---

DEFENDANTS' NOTICE OF MOTION AND MOTION
FOR PARTIAL JUDGMENT ON THE PLEADINGS
Lead Case No. 3:17-cv-01340-TWR-AHG

2

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on January 9, 2023, I caused the attached document to be |
| 3 | electronically transmitted the Clerk's office using the CM/ECF System for filing and |
| 4 | transmittal of a Note of Electronic Filing to the CM/ECF registrants on record. |

By:      */s/ Kirk A. Hornbeck*
                Kirk A. Hornbeck