UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                           Defendant. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER MOTION TO WITHDRAW ATTORNEY BRIAN O. O'MARA AS COUNSEL OF RECORD FOR PLAINTIFF BRYON STAFFORD**<br><br>(ECF No. 268) |

      Presently before the Court is the Motion to Withdraw Attorney Brian O. O'Mara as Counsel of Record for Plaintiff Bryon Stafford ("Mot.," ECF No. 268), with Plaintiff Stafford to continue to be represented by counsel from Robbins Geller Rudman & Dowd LLP. Good cause appearing, the Court **GRANTS** the Motion. Accordingly, the Clerk of the Court **SHALL UPDATE** the docket to reflect the withdrawal of Mr. O'Mara as counsel for Plaintiff Stafford.

      **IT IS SO ORDERED.**

Dated: January 18, 2023

                                                  Honorable Todd W. Robinson
                                                  United States District Judge