UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　　　　　　　Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

　　　This matter comes before the Court pursuant to an emailed request to chambers for Court intervention in a discovery dispute between the parties regarding the discoverability of documents and testimony regarding how Defendant sets and implements its retail prices. The Court will hold a Discovery Conference regarding the dispute on **January 30, 2023** at **1:00 p.m.** before Magistrate Judge Allison H. Goddard.

　　　The Status Conference shall take place via videoconference using the Court's official ZoomGov account. Chambers staff will send the Zoom invitation to all counsel on the existing email thread regarding the dispute.

Although the conference is taking place via Zoom, participants shall display the same level of professionalism and be prepared to devote their full attention to the conference as if they were attending in person (e.g., must not be eating, driving, or otherwise distracted). Participants must dress in appropriate courtroom attire and should be seated indoors and visible on camera.

**IT IS SO ORDERED.**

Dated: January 25, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge