UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | Lead Case No.: 3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　The Court held a Discovery Conference on January 30, 2023, to discuss the parties' dispute regarding the discoverability of documents and testimony regarding how Defendant sets and implements its retail prices. ECF No. 271. The Court finds it appropriate to issue a briefing schedule in this matter. Therefore, the Court orders the following:

/ /

1. The parties shall continue to meet and confer, in an attempt to resolve the remaining disputes or narrow the issues.
2. If any disputed issues remain:
   A. Plaintiffs must serve Defendant their proposed joint motion by **February 13, 2023**;
   B. Defendant must serve Plaintiffs its response by **February 21, 2023**;
   C. Plaintiffs and Defendant will have the opportunity to exchange minor changes on February 22, 2023;
   D. The final Joint Motion for Determination of Discovery Dispute must be filed by **February 22, 2023**;
   E. The parties are expected to fully articulate their positions in their initial draft of their portions of the joint motion. The purpose of the brief time between the exchange of drafts and the filing deadline is to allow the parties to review and understand each other's positions and make minor adjustments to their portions in response;
   F. The joint motion must be no longer than twenty (20) pages total, excluding exhibits, with no more than ten (10) pages from each side.

**IT IS SO ORDERED.**

Dated: January 30, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge