ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
BRIAN O'MARA (229737)
ROBERT R. HENSSLER, JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

Attorneys for Plaintiffs
[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　　　Defendant. | Lead Case No: 3:17-cv-1340-AJB-JLB<br>(Consolidated with No. 3:18-cv-00152-AJB-JLB)<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Judge:  Hon. Anthony J. Battaglia<br>Magistrate Judge:  Hon. Jill L. Burkhardt |

TO: THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective February 1, 2023, the law firm of Robbins Geller Rudman & Dowd LLP will change its address from 120 East Palmetto Park Road, Suite 500, Boca Raton, FL 33432 to:

> 225 NE Mizner Boulevard
> Suite 720
> Boca Raton, FL 33432

The telephone and facsimile numbers and e-mail and website addresses will remain the same. Please revise your records accordingly.

DATED: February 1, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON
MARK J. DEARMAN
ERIC S. DWOSKIN

*s/ Eric S. Dwoskin*
ERIC S. DWOSKIN

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com
sdavidson@rgrdlaw.com
edwoskin@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
BRIAN O. O'MARA
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlw.com
bomara@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

*Attorneys for Plaintiffs*

- 2 -   3:17-cv-01340-AJB-JLB
NOTICE OF CHANGE OF FIRM ADDRESS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I further certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July February 1, 2023.

                                                                              s/ Eric S. Dwoskin
                                                                              ERIC S. DWOSKIN

ROBBINS GELLER RUDMAN
  & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
Email:  edwoskin@rgrdlaw.com