AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated, *Plaintiff* | ) ) ) ) | Case No. Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with Case No. 3:18-cv-00152-TWR-AHG) |
| v. | ) ) | |
| RITE AID CORPORATION, *Defendant* | | Applicable to:  3:17-cv-01340-TWR-AHG; 3:18-cv-00152-TWR-AHG |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Rite Aid Corporation

Date: February 6, 2023

/s/ Destiny T. Stokes
*Attorney's signature*

Destiny T. Stokes (SBN 343002)
*Printed name and bar number*

Hunton Andrews Kurth LLP
2200 Pennsylvania Ave. N.W.
Washington, DC 20037
*Address*

DStokes@HuntonAK.com
*E-mail address*

202-955-1500
*Telephone number*

202-778-2201
*FAX number*