ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>RITE AID CORPORATION,<br><br>    Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>JOINT MOTION TO SUSPEND BRIEFING ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE |

4868-8814-0112.v1

1  Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (collectively, "Rite Aid") (together with Plaintiffs, the "Parties"), respectfully submit this joint motion requesting that the Court suspend the briefing schedule on the Parties' joint motion for determination of a discovery dispute concerning Rite Aid's objections to certain document requests, interrogatories, and witness testimony related to how Rite Aid sets and implements certain of its retail prices set forth in ECF 272.

The Parties attended a pre-motion conference on January 30, 2023. As ordered, since then, the Parties have continued to meet-and-confer to resolve the dispute. The Parties believe they may be able to resolve the dispute without further Court intervention. As such, the Parties request that the Court suspend the briefing schedule set forth in ECF 272 for two-weeks, at which time the Parties will report to the Court the status of their meet-and-confers and whether or not it would be appropriate to reinstate a briefing schedule for this dispute.

The Parties thank the Court for its attention to this discovery dispute.

DATED: February 10, 2023          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III


                    s/ David W. Mitchell
                    DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>STUART A. DAVIDSON (*pro hac vice*)<br>MARK J. DEARMAN (*pro hac vice*)<br>ERIC S. DWOSKIN (*pro hac vice*)<br>225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax) |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | ROBBINS LLP<br>GEORGE C. AGUILAR<br>GREGORY E. DEL GAIZO<br>5060 Shoreham Place, Suite 300<br>San Diego, CA  92122<br>Telephone:  619/525-3990<br>619/525-3991 (fax) |
| 8 | |
| 9 | |
| 10 | |
| 11 | HOFFMAN & FORDE<br>SCHUYLER V.V. HOFFMAN<br>3033 Fifth Avenue, Suite 400<br>San Diego, CA  92103<br>Telephone:  619/546-7880<br>619/546-7881 (fax) |
| 12 | |
| 13 | |
| 14 | Attorneys for Plaintiff Bryon Stafford |
| 15 | |
| 16 | SCOTT+SCOTT ATTORNEYS<br>  AT LAW LLP<br>JOSEPH P. GUGLIELMO (*pro hac vice*)<br>ERIN GREEN COMITE (*pro hac vice*)<br>CAREY ALEXANDER (*pro hac vice*)<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY  10169<br>Telephone:  212/233-6444<br>212/233-6334 (fax) |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | SCOTT+SCOTT ATTORNEYS<br>  AT LAW LLP<br>HAL D. CUNNINGHAM<br>600 West Broadway, Suite 3300<br>San Diego, CA 92101<br>Telephone:  619/233-4565<br>619/233-0508 (fax) |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| | LAW OFFICE OF ALFRED G. YATES, JR., P.C.<br>ALFRED G. YATES, JR.<br>1575 McFarland Road, Suite 305<br>Pittsburgh, PA 15216<br>Telephone: 412/391-5164<br>412/471-1033 (fax)<br><br>Attorneys for Plaintiff Robert Josten |
| DATED: February 10, 2023 | HUNTON ANDREWS KURTH LLP<br>NEIL K. GILMAN (*pro hac vice*)<br>CHRISTOPHER J. DUFEK (*pro hac vice*)<br>BRIANNE REESE (*pro hac vice*)<br><br>              s/ Neil K. Gilman<br>           NEIL K. GILMAN<br><br>2200 Pennsylvania Ave., N.W.<br>Washington, DC  20037<br>Telephone:  202/955-1500<br><br>HUNTON ANDREWS KURTH LLP<br>ANN MARIE MORTIMER<br>  (Bar No. 169077)<br>KIRK A. HORNBECK (Bar No. 241708)<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA  90071<br>Telephone: 213/532-2000<br><br>HUNTON ANDREWS KURTH LLP<br>JOHN B. SHELY (*pro hac vice*)<br>COURTNEY B. GLASER (*pro hac vice*)<br>KELSEY J. HOPE (*pro hac vice*)<br>600 Travis Street<br>Houston, TX  77002<br>Telephone:  713/220-4200<br><br>Attorneys for Rite Aid Corporation and Rite Aid HDQTRS. Corp. |

4868-8814-0112.v1

|   |   |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above signatories, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signatures to this document.

                                                                                       s/ David W. Mitchell
                                                                                      DAVID W. MITCHELL

4868-8814-0112.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on February 10, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

3:17-cv-01340-TWR-AHG

4868-8814-0112.v1

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Christopher Dufek**
  cdufek@huntonak.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Neil K Gilman**
  ngilman@huntonak.com

- **Courtney Glaser**
  courtneyglaser@huntonak.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kelsey Hope**
  kelseyhope@andrewskurth.com

- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com

- **Walter W. Noss**
  wnoss@koreintillery.com,efile@scott-scott.com

- **Brianne Michelle Reese**
  breese@huntonak.com

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com

- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,mgaston@huntonak.com

- **Destiny T. Stokes**
  dstokes@hunton.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`