UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.: 3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER GRANTING JOINT MOTION AND CONTINUING BRIEFING SCHEDULE ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br>**[ECF No. 275]** |

On January 30, 2023, the Court set a briefing schedule for the parties to file a Joint Motion for Determination of Discovery Dispute for the Court to determine the discoverability of documents and testimony regarding how Defendant sets and implements its retail prices. ECF No. 272. Pursuant to the briefing schedule, the parties' Joint Motion is due to be filed on February 22, 2023. *Id.*

On February 10, 2023, the parties filed a Joint Motion requesting that the Court

suspend the briefing schedule for two weeks, to allow them additional time to meet and confer to resolve the dispute without further Court intervention. ECF No. 275. Good cause appearing, the Court **GRANTS** the motion.

No later than **February 24, 2023**, the parties must lodge a joint status report with the Court via email at efile_Goddard@casd.uscourts.gov regarding the status of their meet-and-confer efforts and whether the parties have informally resolved the disputes or believe that resolution is forthcoming. However, rather than vacating the briefing schedule altogether, the Court finds it more appropriate to **CONTINUE** the briefing schedule as follows:

1. If the parties have not resolved the disputed by February 24, 2023, Plaintiffs must serve Defendant their portion of the joint motion by **March 1, 2023**;
2. Defendant must serve Plaintiffs its response portion of the Joint Motion by **March 8, 2023**;
3. Plaintiffs and Defendant will have the opportunity to exchange minor changes on March 9, 2023;
4. Plaintiffs must file the final Joint Motion for Determination of Discovery Dispute by **March 10, 2023**.
5. The joint motion must be no longer than twenty (20) pages total, excluding exhibits, with no more than ten (10) pages from each side.

As before, the parties are expected to fully articulate their positions in their initial drafts of their portions of the joint motion. The purpose of the brief time between the exchange of drafts and the filing deadline is to allow the parties to review and understand each other's positions and make minor adjustments to their portions in response.

If the parties resolve the dispute without Court intervention, the briefing schedule will be vacated.

**IT IS SO ORDERED.**

Dated: February 13, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge