UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>                               Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                               Defendant. | Lead Case No.: 3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER CONTINUING BRIEFING SCHEDULE ON JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE** |

      This matter comes before the Court pursuant to the parties' joint status report lodged with the Court via email on February 24, 2023, regarding the status of their meet-and-confer efforts with respect to their pending discovery dispute. *See* ECF Nos. 272, 276. Based on the information in the joint status report, and per the parties' request, the Court hereby **CONTINUES** the parties' briefing schedule for their Joint Motion for Determination of Discovery Dispute as follows:

1. If the parties have not resolved the dispute by March 3, 2023, Plaintiffs must serve Defendant their portion of the joint motion by **March 8, 2023**;
2. Defendant must serve Plaintiffs its response portion of the Joint Motion by **March 15, 2023**;
3. Plaintiffs and Defendant will have the opportunity to exchange minor changes on March 16, 2023;
4. Plaintiffs must file the final Joint Motion for Determination of Discovery Dispute by **March 17, 2023**.
5. The joint motion must be no longer than twenty (20) pages total, excluding exhibits, with no more than ten (10) pages from each side.

As before, the parties are expected to fully articulate their positions in their initial drafts of their portions of the joint motion. The purpose of the brief time between the exchange of drafts and the filing deadline is to allow the parties to review and understand each other's positions and make minor adjustments to their portions in response.

If the parties resolve the dispute without Court intervention, the briefing schedule will be vacated. The parties should immediately notify the Court of any such resolution.

**IT IS SO ORDERED.**

Dated: February 24, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge