AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similiarly Situated, | ) |
| *Plaintiff* | ) |
| v. | ) |
| RITE AID CORPORATION, | ) |
| *Defendant* | ) |

Case No.  3:17-cv-01340-TWR-AHG
(Consolidated with Case No. 3:18-cv-00152-TWR-AHG)

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Rite Aid Corporation                                                                                          .

Date:      02/28/2023

/s/ William T. Um
*Attorney's signature*

William T. Um (SBN 166536)
*Printed name and bar number*

Jassy Vick Carolan LLP
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
*Address*

wum@jassyvick.com
*E-mail address*

(310) 870-7048
*Telephone number*

(310) 870-7010
*FAX number*