

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

RITE AID CORPORATION

Defendant.

Case No. 3:17-cv-1340-AJB-JLB
(Consolidated with No. 3:18-cv-152-AJB-JLB)

## PRO HAC VICE APPLICATION

Plaintiff, Bryon Stafford
Party Represented

I, Amanda M. Rolon (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Scott+Scott Attorneys at Law LLP
Street address: 230 Park Avenue, 17th Floor
City, State, ZIP: New York, NY 10169
Phone number: (212) 223-9361
Email: arolon@scott-scott.com

That on 02/05/2020 (Date) I was admitted to practice before the Supreme Court of New York (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

*(If previous application made, complete the following)*

Title of case
Case Number                          Date of Application
Application:  ☐ Granted    ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*(Signature of Applicant)*

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Hal D. Cunningham
(Name)

(619) 798-5306
(Telephone)

Scott+Scott Attorneys at Law LLP
(Firm)

600 W. Broadway, Suite 3300
(Street)

San Diego     92101
(City)        (Zip code)

*(Signature of Applicant)*

I hereby consent to the above designation.

*(Signature of Designee Attorney)*