**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (CA #243048)
Alex Outwater (CA #259062)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
hcunningham@scott-scott.com
aoutwater@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com

*Counsel for Plaintiffs*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No: 3:17-cv-1340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE of the appearance of Alex M. Outwater, an attorney with the firm Scott+Scott Attorneys at Law LLP, which is counsel of record for Plaintiff Robert Josten. Mr. Outwater respectfully requests to be added to the electronic service list in this case. Mr. Outwater's contact information is as follows:

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Alex M. Outwater
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
Email: aoutwater@scott-scott.com

DATED: March 10, 2023

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/Alex M. Outwater*
Hal D. Cunningham (CA #243048)
Alex Outwater (CA #259062)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
hcunningham@scott-scott.com
aoutwater@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444

| | |
|---|---|
| 1 | Facsimile:  212-223-6334 |
| 2 | jguglielmo@scott-scott.com |
| | ecomite@scott-scott.com |
| 3 | calexander@scott-scott.com |
| 4 | |
| | **ROBBINS GELLER RUDMAN &** |
| 5 | **& DOWD LLP** |
| 6 | David W. Mitchell (199706) |
| | Robert R. Henssler, Jr. (216165) |
| 7 | Arthur L. Shingler, III (181719) |
| 8 | 655 W. Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 9 | Telephone: 619-231-1058 |
| 10 | Facsimile:  619-231-7423 |
| | davidm@rgrdlaw.com |
| 11 | bhenssler@rgrdlaw.com |
| 12 | ashingler@rgrdlaw.com |
| 13 | **ROBBINS GELLER RUDMAN &** |
| 14 | **& DOWD LLP** |
| | Stuart A. Davidson (pro hac vice) |
| 15 | Mark J. Dearman (pro hac vice) |
| 16 | Eric S. Dwoskin (pro hac vice) |
| | 225 NE Mizner Boulevard, Suite 270 |
| 17 | Boca Raton, FL 33432 |
| 18 | Telephone: 561/750-3000 |
| | Facsimile: 561/750-3364 |
| 19 | sdavidson@rgrdlaw.com |
| 20 | mdearman@rgrdlaw.com |
| | edwoskin@rgrdlaw.com |
| 21 | |
| 22 | **LEVIN SEDRAN & BERMAN, LLP** |
| | Charles E. Schaffer (pro hac vice) |
| 23 | 510 Walnut Street – Suite 500 |
| | Philadelphia, PA  19106 |
| 24 | Telephone:  (215) 592-1500 |
| 25 | Facsimile:  (215) 592-4663 |
| | cschaffer@lfsblaw.com |
| 26 | |
| 27 | |
| 28 | |

2

NOTICE OF APPEARANCE OF COUNSEL
No. 3:17-cv-01340-TWR-AHG

|     |                                              |
| --- | -------------------------------------------- |
| 1   | **ROBBINS LLP**                              |
| 2   | George C. Aguilar (126535)                   |
|     | Gregory E. Del Gaizo (247319)                |
| 3   | 5040 Shoreham Place                          |
| 4   | San Diego, CA 92112                          |
|     | Telephone: 619-525-3990                      |
| 5   | Facsimile:  619-525-3991                     |
| 6   | gaguilar@robbinsarroyo.com                   |
|     | gdelgaizo@robbinsarroyo.com                  |
| 7   |                                              |
| 8   | **LAW OFFICE OF ALFRED G. YATES, JR., P.C.** |
| 9   | Alfred G. Yates, Jr. (pro hac vice)          |
| 10  | 300 Mt. Lebanon Boulevard, Suite 206-B       |
| 11  | Pittsburgh, PA 15234-1507                    |
| 12  | Telephone: 412-391-5164                      |
|     | Facsimile:  412-471-1033                     |
| 13  | yateslaw@aol.com                             |
| 14  |                                              |
| 15  | *Attorneys for Plaintiffs*                   |

3

NOTICE OF APPEARANCE OF COUNSEL
No. 3:17-cv-01340-TWR-AHG

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2023, I caused the foregoing to be served via electronic mail on all counsel of record.

　　　　　　　　　　　　　　　　　　*/s/Alex M. Outwater*
　　　　　　　　　　　　　　　　　　Alex M. Outwater