ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiffs,<br><br>     vs.<br><br>RITE AID CORPORATION,<br><br>                            Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF APPEARANCE |

4882-7231-4201.v1

TO: THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE of Arthur L. Shingler III (California Bar No. 181719), as counsel of record for plaintiff Bryon Stafford in the above-titled action. All further notices and copies of pleadings, papers, and other material relevant to this action should also be directed to and served upon:

> Arthur L. Shingler III
> Robbins Geller Rudman & Dowd LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101-3301
> Telephone: 619/231-1058
> 619/231-7423 (fax)
> Email: ashingler@rgrdlaw.com

DATED: March 24, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III

s/ Arthur L. Shingler III
---
ARTHUR L. SHINGLER III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
MARK J. DEARMAN (*pro hac vice*)
ERIC S. DWOSKIN (*pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS LLP
GEORGE C. AGUILAR
GREGORY E. DEL GAIZO
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)

|    |                                                   |
|----|---------------------------------------------------|
| 1  |                                                   |
| 2  | HOFFMAN & FORDE                                   |
|    | SCHUYLER V.V. HOFFMAN                             |
| 3  | 3033 Fifth Avenue, Suite 400                      |
|    | San Diego, CA  92103                              |
| 4  | Telephone:  619/546-7880                          |
|    | 619/546-7881 (fax)                                |
| 5  | Attorneys for Plaintiff Bryon Stafford            |
| 6  |                                                   |
|    | SCOTT+SCOTT ATTORNEYS                             |
| 7  |   AT LAW LLP                                      |
|    | JOSEPH P. GUGLIELMO (*pro hac vice*)              |
| 8  | ERIN GREEN COMITE (*pro hac vice*)                |
|    | CAREY ALEXANDER (*pro hac vice*)                  |
| 9  | AMANDA M. ROLON (*pro hac vice*)                  |
|    | ETHAN BINDER (*pro hac vice*)                     |
| 10 | The Helmsley Building                             |
|    | 230 Park Avenue, 17th Floor                       |
| 11 | New York, NY  10169                               |
|    | Telephone:  212/233-6444                          |
| 12 | 212/233-6334 (fax)                                |
| 13 | SCOTT+SCOTT ATTORNEYS                             |
|    |   AT LAW LLP                                      |
| 14 | HAL D. CUNNINGHAM                                 |
|    | ALEX OUTWATER                                     |
| 15 | 600 West Broadway, Suite 3300                     |
|    | San Diego, CA 92101                               |
| 16 | Telephone:  619/233-4565                          |
|    | 619/233-0508 (fax)                                |
| 17 |                                                   |
| 18 | LAW OFFICE OF ALFRED G.                           |
|    |   YATES, JR., P.C.                                |
| 19 | ALFRED G. YATES, JR.                              |
|    | 1575 McFarland Road, Suite 305                    |
| 20 | Pittsburgh, PA 15216                              |
|    | Telephone:  412/391-5164                          |
| 21 | 412/471-1033 (fax)                                |
| 22 | Attorneys for Plaintiff Robert Josten             |
| 23 |                                                   |
| 24 |                                                   |
| 25 |                                                   |
| 26 |                                                   |
| 27 |                                                   |
| 28 |                                                   |

4882-7231-4201.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 24, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: ashingler@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Christopher Dufek**
  cdufek@huntonak.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Neil K Gilman**
  ngilman@huntonak.com

- **Courtney Glaser**
  courtneyglaser@huntonak.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kelsey Hope**
  kelseyhope@andrewskurth.com

- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com

- **Walter W. Noss**
  wnoss@koreintillery.com,efile@scott-scott.com

- **Brianne Michelle Reese**
  breese@huntonak.com

- **Amanda Marie Rolon**
  arolon@law.nyc.gov

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com

- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,mgaston@huntonak.com

- **Destiny T. Stokes**
  dstokes@hunton.com

- **William T Um**
  wum@jassyvick.com,mrios@jassyvick.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alex                Outwater
Del Mar Law Group, LLP
12250 El Camino Real
Suite 120
San Diego, CA 92130
```