1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Ethan S. Binder (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> RITE AID CORPORATION, <br><br> Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG) <br><br> <u>CLASS ACTION</u> <br><br> **JOINT MOTION FOR ENTRY OF STIPULATION AND [PROPOSED] ORDER CONCERNING DISCOVERY AND OTHER PRETRIAL MATTERS** |

Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Defendants" or "Rite Aid," and collectively with Plaintiffs the "Parties") hereby respectfully jointly move the Court for the entry of the Parties' Stipulation and [Proposed] Order Concerning Discovery and Other Pretrial Matters ("Stipulation") filed concurrently herewith.  In support of this motion, the Parties state as follows:

1.     The Court issued an Order consolidating *Robert Josten, et al. v. Rite Aid Corporation, et al.*, No. 3:18-cv-00152-TWR-JLB with related action *Bryon Stafford, et al. v. Rite Aid Corp.*, No. 3:17-cv-01340-AJB-JLB on October 24, 2019 (ECF No. 101);

2.     Plaintiff Bryon Stafford filed the [Corrected] Third Amended Complaint ("Stafford Complaint") and Plaintiff Robert Josten filed the [Corrected] Second Amended Complaint ("Josten Complaint") on March 6, 2020 (ECF Nos. 145-146);

3.     Rite Aid filed Answers to the Stafford Complaint and the Josten Complaint on May 15, 2020 (ECF Nos. 172-175);

4.     On March 24, 2020, Defendant Rite Aid Corporation appealed the Court's Order Denying Defendant Rite Aid Corporation's Motion to Compel Arbitration (ECF No. 148);

5.     On July 30, 2020, the Court stayed these consolidated cases, including all discovery, pending resolution of that appeal (ECF No. 196);

6.     On July 7, 2021, the Court of Appeals for the Ninth Circuit issued its Mandate affirming the Court's Order Denying Defendant Rite Aid Corporation's Motion to Compel Arbitration (ECF No. 208), and on July 20, 2021, the Court spread the Mandate and lifted the stay (ECF No. 209);

7.     On August 4, 2021, the Court granted the Parties' Joint Motion to Stay Proceedings (ECF No. 211) and stayed the consolidated cases, including discovery,

to afford the Parties the opportunity to focus their efforts on mediation (ECF No. 212);

8.      On September 1, 2022, the Court lifted the stay (ECF No. 227);

9.      On November 15, 2022, the Court issued a Scheduling Order Regulating Discovery and Other Pretrial Proceedings in a Class Action Case ("Scheduling Order") (ECF No. 242);

10.     Plaintiff Robert Josten has recently experienced certain health issues that impact his ability to continue to prosecute this action on behalf of the putative class and therefore Mr. Josten must withdraw from the case;

11.     The Parties met and conferred, and agree to stipulate to the voluntary dismissal of Plaintiff Robert Josten and the Josten Complaint pursuant to Fed. R. Civ. P. 41(a)(2);

12.     Counsel for Plaintiff Robert Josten anticipates that a new plaintiff will file a motion to intervene to seek the Court's permission to continue to pursue this action individually and on behalf of a putative class;

13.     The Parties have been collaborating in discovery but require additional time to complete discovery bearing on Plaintiff Bryon Stafford's anticipated motion for class certification. Specifically, Rite Aid will require additional time to pursue discovery from any additional plaintiff allowed to intervene in this action. Additionally, the Parties require additional time to complete class-wide discovery, including to complete depositions and/or document discovery of certain third parties, and conduct additional discovery regarding Rite Aid's transactional data.

14.     Both Parties have served subpoenas on certain non-parties. Plaintiff Bryon Stafford's subpoenas to non-party pharmacy benefit managers ("PBMs") request the production of class-wide transactional data, the scope of which would likely be affected by the Court's ruling on Plaintiff Stafford's anticipated motion for class certification.

15.    For the foregoing reasons, the Parties respectfully believe that good cause exists for entry of the Parties' Stipulation to: (a) dismiss without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robert Josten and the Josten Complaint with Plaintiffs and Rite Aid to each bear their own fees and costs; (b) permit a Motion for Intervention with a Complaint in Intervention, pursuant to Fed. R. Civ. P. 15(a)(2), to be filed no later than May 1, 2023, or as the Court orders; and (c) extend the deadlines set forth in the Scheduling Order in order to complete discovery and to accommodate briefing schedules for the anticipated motion to intervene, motion for class certification, and dispositive/Daubert motions, as set forth in the Stipulation.

**DATED**: April 6, 2023                    Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/Erin Green Comite
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
Ethan S. Binder (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (243048)

**HUNTON ANDREWS KURTH LLP**

/s/Kirk A. Hornbeck
Ann Marie Mortimer (169077)
Kirk A. Hornbeck (241708)
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone:  213-532-2000
Facsimile:  213-532-2020
amortimer@huntonak.com
khornbeck@huntonak.com

**HUNTON ANDREWS KURTH LLP**
Neil K. Gilman (*pro hac vice*)
Christopher J. Dufek (*pro hac vice*)
Brianne Reese (*pro hac vice*)
Destiny Stokes (343002)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  202-955-1500
Facsimile:  202-778-2201
ngilman@huntonak.com

3

Alex Outwater (259062)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com
aoutwater@scott-scott.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
David W. Mitchell (199706)
Robert R. Henssler, Jr. (216165)
Arthur L. Shingler, III (181719)
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile:  619-231-7423
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Stuart A. Davidson (*pro hac vice*)
Mark J. Dearman (*pro hac vice*)
Eric S. Dwoskin (*pro hac vice*)
225 NE Mizner Boulevard,
Suite 720
Boca Raton, FL  33432
Telephone:  561-750-3000
Facsimile:  561-750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
edwoskin@rgrdlaw.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*pro hac vice*)
510 Walnut Street – Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500

cdufek@huntonak.com
breese@huntonak.com
dstokes@huntonak.com

**HUNTON ANDREWS KURTH LLP**
John B. Shely (*pro hac vice*)
Courtney B. Glaser (*pro hac vice*)
Kelsey J. Hope (*pro hac vice*)
600 Travis Street
Houston, TX 77002
Telephone:  713-220-4200
Facsimile:  713-220-4285
jshely@huntonak.com
courtneyglaser@huntonak.com
kelseyhope@huntonak.com

**JASSY VICK CAROLAN LLP**
William T. Um (166536)
355 South Grand Avenue,
Suite 2450
Los Angeles, CA 90071
Telephone:  310-870-7048
Facsimile:  310-870-7010
wum@jassyvick.com

*Attorneys for Defendants*

4

Facsimile:  (215) 592-4663
cschaffer@lfsblaw.com

**ROBBINS LLP**
George C. Aguilar (126535)
Gregory E. Del Gaizo (247319)
5040 Shoreham Place
San Diego, CA 92112
Telephone: 619-525-3990
Facsimile:  619-525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr. (*pro hac vice*)
300 Mt. Lebanon Boulevard,
Suite 206-B
Pittsburgh, PA 15234-1507
Telephone: 412-391-5164
Facsimile:  412-471-1033
yateslaw@aol.com

*Attorneys for Plaintiffs*

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I caused the foregoing to be served via electronic mail on all counsel of record.

_/s/ Erin Green Comite_____
Erin Green Comite

JOINT MOTION FOR ENTRY OF STIPULATION AND [PROPOSED] ORDER
No. 3:17-cv-01340-TWR-AHG