**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Ethan S. Binder (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING DISCOVERY AND OTHER PRETRIAL MATTERS** |

JOINT STIPULATION AND [PROPOSED] ORDER
No. 3:17-cv-01340-TWR-AHG

  Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Defendants" or "Rite Aid," and collectively with Plaintiffs the "Parties") hereby stipulate as follows:

  WHEREAS the Court issued an Order consolidating *Robert Josten, et al. v. Rite Aid Corporation, et al.*, No. 3:18-cv-00152-TWR-JLB with related action *Bryon Stafford, et al. v. Rite Aid Corp.*, No. 3:17-cv-01340-AJB-JLB on October 24, 2019 (ECF No. 101);

  WHEREAS Plaintiff Bryon Stafford filed the [Corrected] Third Amended Complaint ("Stafford Complaint") and Plaintiff Robert Josten filed the [Corrected] Second Amended Complaint ("Josten Complaint") on March 6, 2020 (ECF Nos. 145-146);

  WHEREAS Rite Aid filed Answers to the Stafford Complaint and the Josten Complaint on May 15, 2020 (ECF Nos. 172-175);

  WHEREAS on March 24, 2020, Defendant Rite Aid Corporation appealed the Court's Order Denying Defendant Rite Aid Corporation's Motion to Compel Arbitration (ECF No. 148);

  WHEREAS on July 30, 2020, the Court stayed these consolidated cases, including all discovery, pending resolution of that appeal (ECF No. 196);

  WHEREAS on July 7, 2021, the Court of Appeals for the Ninth Circuit issued its Mandate affirming the Court's Order Denying Defendant Rite Aid Corporation's Motion to Compel Arbitration (ECF No. 208), and on July 20, 2021, the Court spread the Mandate and lifted the stay (ECF No. 209);

  WHEREAS on August 4, 2021, the Court granted the Parties' Joint Motion to Stay Proceedings (ECF No. 211) and stayed the consolidated cases, including discovery, to afford the Parties the opportunity to focus their efforts on mediation (ECF No. 212);

  WHEREAS on September 1, 2022, the Court lifted the stay (ECF No. 227);

1 WHEREAS on November 15, 2022, the Court issued a Scheduling Order Regulating Discovery and Other Pretrial Proceedings in a Class Action Case ("Scheduling Order") (ECF No. 242);

WHEREAS Plaintiff Robert Josten has recently experienced certain health issues that impact his ability to continue to prosecute this action on behalf of the putative class and therefore Mr. Josten must withdraw from the case;

WHEREAS the Parties met and conferred, and agree to stipulate to the voluntary dismissal of Plaintiff Robert Josten and the Josten Complaint pursuant to Fed. R. Civ. P. 41(a)(2);

WHEREAS counsel for Plaintiff Robert Josten anticipates that a new plaintiff will file a motion to intervene to seek the Court's permission to continue to pursue this action individually and on behalf of a putative class;

WHEREAS the Parties have been collaborating in discovery but require additional time to complete discovery bearing on Plaintiff Bryon Stafford's anticipated motion for class certification. Specifically, Rite Aid will require additional time to pursue discovery from any additional plaintiff allowed to intervene in this action. Additionally, the Parties require additional time to complete class-wide discovery, including to complete depositions and/or document discovery of certain third parties, and conduct additional discovery regarding Rite Aid's transactional data.

WHEREAS both Parties have served subpoenas on certain non-parties. Plaintiff Bryon Stafford's subpoenas to non-party pharmacy benefit managers ("PBMs") request the production of class-wide transactional data, the scope of which would likely be affected by the Court's ruling on Plaintiff Stafford's anticipated motion for class certification.

WHEREAS the Parties respectfully believe that good cause exists to extend the deadlines set forth in the Scheduling Order in order to complete discovery and

to accommodate briefing schedules for the anticipated motion to intervene, motion for class certification, and dispositive/Daubert motions, as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robert Josten and the Josten Complaint are dismissed without prejudice as a plaintiff in this action, with Plaintiffs and Rite Aid to each bear their own fees and costs.

2. Pursuant to Fed. R. Civ. P. 15(a)(2), a Motion for Intervention with a Complaint in Intervention may be filed no later than May 1, 2023, or as the Court orders.

3. The following schedule shall be entered:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Motion to Intervene with Complaint in Intervention | | May 1, 2023 |
| Defendants to notify plaintiffs and the Court whether they oppose the Motion to Intervene | | May 8, 2023 |
| Opposition to Plaintiffs' Motion to Intervene with Complaint in Intervention | | May 17, 2023 |
| Class Discovery (excluding production of non-party transactional data) | April 7, 2023 | August 7, 2023 |
| Class Certification Motion | June 12, 2023 | October 12, 2023 |
| Opposition to Class Certification Motion | | December 12, 2023 |
| Reply in Support of Class Certification Motion | | January 26, 2024 |
| Fact Discovery | October 6, 2023 | February 6, 2024 |

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Production of Non-Party Transactional Data | | 90 Days Following the Court's Decision on Class Certification |
| Designation of Experts | November 10, 2023 | March 7, 2024 |
| Compliance with Disclosure Provisions in Fed. R. Civ. P. 26(a)(2)(A) and (B) | November 10, 2023 | March 7, 2024 |
| Exchange of Rebuttal Experts | December 8, 2023 | April 9, 2024 |
| Supplement Disclosures regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) | December 8, 2023 | April 9, 2024 |
| Deadline for Expert Discovery | January 12, 2024 | May 10, 2024 |
| Pretrial/Dispositive/Daubert Motions | February 16, 2024 | May 23, 2024 |
| Oppositions to Pretrial/Dispositive/Daubert Motions | | July 23, 2024 |
| Replies in Support of Pretrial/Dispositive/Daubert Motions | | September 24, 2024 |
| Written Settlement Proposal | April 5, 2024 | October 1, 2024 |
| Settlement Conference Statements (Confidential and Non-confidential) | April 19, 2024 | October 15, 2024 |
| Mandatory Settlement Conference | April 26, 2024 at 9:30 a.m. | October 22, 2024 |
| Memoranda of Contentions of Fact and Law required under Civil Local Rule 16.1(f)(2) | May 22, 2024 | December 3, 2024 |
| Pretrial Disclosure Requirement of Fed. R. Civ. P. 26(a)(3) | May 22, 2024 | December 3, 2024 |

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Compliance with Civil Local Rule 16.1(f)(4) | May 29, 2024 | December 10, 2024 |
| Proposed Pretrial Order and arranging the meetings of counsel Civil Local Rule 16.1(f) | June 5, 2024 | January 16, 2025 |
| Pretrial Disclosures prepared, served, lodge with District Judge | June 12, 2024 | January 23, 2025 |
| Final Pretrial Conference | June 19, 2024 at 1:30 p.m. | January 30, 2025 |

DATED: April 6, 2023                                   Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/Erin Green Comite
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
Ethan S. Binder (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (243048)
Alex Outwater (259062)
600 W. Broadway, Suite 3300

**HUNTON ANDREWS KURTH LLP**

/s/Kirk A. Hornbeck
Ann Marie Mortimer (169077)
Kirk A. Hornbeck (241708)
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone:  213-532-2000
Facsimile:  213-532-2020
amortimer@huntonak.com
khornbeck@huntonak.com

**HUNTON ANDREWS KURTH LLP**
Neil K. Gilman (*pro hac vice*)
Christopher J. Dufek (*pro hac vice*)
Brianne Reese (*pro hac vice*)
Destiny Stokes (343002)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  202-955-1500
Facsimile:  202-778-2201
ngilman@huntonak.com
cdufek@huntonak.com
breese@huntonak.com

5
JOINT STIPULATION AND [PROPOSED] ORDER
No. 3:17-cv-01340-TWR-AHG

| | | |
|---|---|---|
| 1 | San Diego, CA 92101 | dstokes@huntonak.com |
| 2 | Telephone: 619-233-4565 | |
| | Facsimile: 619-233-0508 | **HUNTON ANDREWS KURTH LLP** |
| 3 | hcunningham@scott-scott.com | John B. Shely (*pro hac vice*) |
| 4 | aoutwater@scott-scott.com | Courtney B. Glaser (*pro hac vice*) |
| | | Kelsey J. Hope (*pro hac vice*) |
| 5 | **ROBBINS GELLER RUDMAN** | 600 Travis Street |
| 6 | **& DOWD LLP** | Houston, TX 77002 |
| | David W. Mitchell (199706) | Telephone: 713-220-4200 |
| 7 | Robert R. Henssler, Jr. (216165) | Facsimile: 713-220-4285 |
| 8 | Arthur L. Shingler, III (181719) | jshely@huntonak.com |
| | 655 W. Broadway, Suite 1900 | courtneyglaser@huntonak.com |
| 9 | San Diego, CA 92101 | kelseyhope@huntonak.com |
| 10 | Telephone: 619-231-1058 | |
| | Facsimile: 619-231-7423 | **JASSY VICK CAROLAN LLP** |
| 11 | davidm@rgrdlaw.com | William T. Um (166536) |
| 12 | bhenssler@rgrdlaw.com | 355 South Grand Avenue, |
| | ashingler@rgrdlaw.com | Suite 2450 |
| 13 | | Los Angeles, CA 90071 |
| 14 | **ROBBINS GELLER RUDMAN** | Telephone: 310-870-7048 |
| | **& DOWD LLP** | Facsimile: 310-870-7010 |
| 15 | Stuart A. Davidson (*pro hac vice*) | wum@jassyvick.com |
| 16 | Mark J. Dearman (*pro hac vice*) | |
| | Eric S. Dwoskin (*pro hac vice*) | *Attorneys for Defendants* |
| 17 | 225 NE Mizner Boulevard, | |
| 18 | Suite 720 | |
| | Boca Raton, FL 33432 | |
| 19 | Telephone: 561-750-3000 | |
| 20 | Facsimile: 561-750-3364 | |
| | sdavidson@rgrdlaw.com | |
| 21 | mdearman@rgrdlaw.com | |
| 22 | edwoskin@rgrdlaw.com | |
| 23 | **LEVIN SEDRAN & BERMAN,** | |
| 24 | **LLP** | |
| | Charles E. Schaffer (*pro hac vice*) | |
| 25 | 510 Walnut Street – Suite 500 | |
| 26 | Philadelphia, PA 19106 | |
| | Telephone: (215) 592-1500 | |
| 27 | Facsimile: (215) 592-4663 | |
| 28 | cschaffer@lfsblaw.com | |

**ROBBINS LLP**
George C. Aguilar (126535)
Gregory E. Del Gaizo (247319)
5040 Shoreham Place
San Diego, CA 92112
Telephone: 619-525-3990
Facsimile:  619-525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr. (*pro hac vice*)
300 Mt. Lebanon Boulevard,
Suite 206-B
Pittsburgh, PA 15234-1507
Telephone: 412-391-5164
Facsimile:  412-471-1033
yateslaw@aol.com

*Attorneys for Plaintiffs*

\*   \*   \*

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE TODD W. ROBINSON