UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER:**<br><br>**(1) SETTING DEADLINE TO LODGE DISCOVERY STATUS REPORT WITH THE COURT; and**<br><br>**(2) SETTING FOLLOW-UP DISCOVERY STATUS CONFERENCE** |

The Court held a Discovery Status Conference in the matter on April 20, 2023, to discuss the parties' recent motion to extend the deadlines in the case schedule and to address other case management issues. ECF No. 292.

As discussed during the conference, the parties must lodge a Joint Status Report with the Court via email at efile_Goddard@casd.uscourts.gov no later than **April 28, 2023**. The email must include:

(1) A list of all third parties with outstanding subpoenas (served by either side);

(2) A copy of each subpoena;

(3) A summary of the information that remains to be negotiated for each third party, from the perspective of the party who served the subpoena;

(4) Contact information for counsel for each third party;

(5) An update regarding whether Defendant will stipulate to Plaintiffs' proposed amended complaint adding a new plaintiff;

(6) Confirmation of the dates for the depositions of Rite Aid's former employees; and

(7) A summary of any outstanding issues with written discovery.

The Court will hold a follow-up Status Conference on **May 1, 2023** at **9:30 a.m.** before Magistrate Judge Allison H. Goddard. The Status Conference shall take place via videoconference using the Court's official Zoom account. Chambers staff will circulate the Zoom invitation to **all attorneys who attended the April 20 conference** at least one day before the follow-up conference. Counsel are responsible for ensuring that any other attorneys who wish to attend receive the invitation.

The Court will discuss an appropriate scope and timeline for any remaining discovery with the parties during the follow-up Status Conference.

**IT IS SO ORDERED.**

Dated: April 20, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge