

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>    Defendants. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>(ECF No. 266) |

Presently before the Court is the Motion for Partial Judgment on the Pleadings ("Mot.," ECF No. 266) filed by Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (together, "Rite Aid"), as well as Plaintiffs Bryon Stafford and Robert Josten's Response in Opposition to ("Opp'n," ECF No. 277) and Defendants' Reply in Support of ("Reply," ECF No. 282) the Motion. The Court held a hearing on March 23, 2023. (*See* ECF No. 284.) Having carefully considered the pleadings, the Parties' arguments, and the relevant law, the Court **GRANTS IN PART AND DENIES IN PART** Defendants' Motion, as follows.

## BACKGROUND

Plaintiff Bryon Stafford initiated this putative class action on June 30, 2017, alleging causes of action against Rite Aid Corporation for violations of the California Unfair

1