UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



RECEIVED

APR 24 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

US POSTAGE — PITNEY BOWES

ZIP 91950 $ 000.60⁰
02 4W
0000343405 APR 13 2023

Alex Outwater
c/o Del Mar Law Group, LLC
12250 El Camino Real #120
San Diego, CA 92130

NIXIE          911   DC 1              0004/20/23
            RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 92101380620        *0304-01318-13-46

92101>3806

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER:**<br><br>**(1) DENYING WITHOUT PREJUDICE MOTION FOR ENTRY OF ORDER CONCERNING DISCOVERY AND OTHER PRETRIAL MATTERS;**<br><br>**(2) SETTING STATUS CONFERENCE; and**<br><br>**(3) SETTING MANDATORY SETTLEMENT CONFERENCE**<br><br>[ECF No. 286] |

1