**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Ethan S. Binder (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>**MOTION TO WITHDRAW ALEX M. OUTWATER AS ASSOCIATED ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD AND THEIR ATTORNEYS OR RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Rule 83.3(f)(3) of the Local Rules of the United States District Court for the Southern District of California, and relying upon the attached Declaration, Hal Cunningham, an attorney for Plaintiff Robert Josten, in the above-captioned matter, hereby moves for an order granting the withdrawal of Alex M. Outwater, as associated counsel in this matter. The Plaintiff will continue to be represented by counsel from Scott+Scott Attorneys at Law LLP who have already appeared in this matter.

**DATED**: April 26, 2023

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 */s/ Hal Cunningham*
Hal Cunningham (CA #243048)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Ethan S. Binder (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com

ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

**ROBBINS GELLER RUDMAN & & DOWD LLP**
David W. Mitchell (199706)
Robert R. Henssler, Jr. (216165)
Arthur L. Shingler, III (181719)
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile: 619-231-7423
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

**ROBBINS GELLER RUDMAN & & DOWD LLP**
Stuart A. Davidson (pro hac vice)
Mark J. Dearman (pro hac vice)
Eric S. Dwoskin (pro hac vice)
225 NE Mizner Boulevard, Suite 270
Boca Raton, FL 33432
Telephone: 561/750-3000
Facsimile: 561/750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
edwoskin@rgrdlaw.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (pro hac vice)
510 Walnut Street – Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
cschaffer@lfsblaw.com

**ROBBINS LLP**
George C. Aguilar (126535)

| | |
|---|---|
| 1 | Gregory E. Del Gaizo (247319) |
| 2 | 5040 Shoreham Place |
| 3 | San Diego, CA 92112 |
|   | Telephone: 619-525-3990 |
| 4 | Facsimile:  619-525-3991 |
| 5 | gaguilar@robbinsarroyo.com |
|   | gdelgaizo@robbinsarroyo.com |

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr. (pro hac vice)
300 Mt. Lebanon Boulevard, Suite 206-B
Pittsburgh, PA 15234-1507
Telephone: 412-391-5164
Facsimile:  412-471-1033
yateslaw@aol.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I caused the foregoing to be served via electronic mail on all counsel of record.

*/s/ Hal Cunningham*
Hal Cunningham