**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Ethan S. Binder (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF HAL CUNNINGHAM IN SUPPORT OF MOTION TO WITHDRAW ALEX M. OUTWATER AS ASSOCIATED ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** |

DECL. OF HAL CUNNINGHAM IN SUPPORT OF MOTION TO WITHDRAW
No. 3:17-cv-01340-TWR-AHG

1  I, Hal Cunningham, an attorney duly admitted to practice law in the State of California, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I am associated with the firm Scott+Scott Attorneys at Law LLP ("Scott+Scott") and am one of the attorneys representing Robert Josten ("Plaintiff") in the above-captioned matter. I submit this declaration in support of the motion to withdraw Alex M. Outwater as counsel for Plaintiff.

2. The Plaintiff will continue to be represented by the remaining attorneys of Scott+Scott, who have already appeared on behalf of Plaintiff in the above-captioned matter.

3. Alex M. Outwater's withdrawal from this matter will not interfere with or require the extension of any deadlines set by the Court.

Dated:  April 26, 2023

           */s/ Hal Cunningham*
           Hal Cunningham