**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (*pro hac vice*)
Erin Green Comite (*pro hac vice*)
Carey Alexander (*pro hac vice*)
Ethan S. Binder (*pro hac vice*)
Amanda M. Rolon (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>          vs.<br><br>RITE AID CORPORATION,<br><br>                          Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION AND [PROPOSED] ORDER CONCERNING VOLUNTARY DISMISSAL OF PLAINTIFF ROBERT JOSTEN AND ADDITION OF NEW PLAINTIFF** |

Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Defendants" or "Rite Aid," and collectively with Plaintiffs the "Parties") hereby respectfully jointly move the Court for the entry of the Parties' Stipulation and [Proposed] Order Concerning Voluntary Dismissal of Plaintiff Robert Josten and Addition of New Plaintiff ("Stipulation"), submitted concurrently herewith.  In support of this motion, the Parties state as follows:

1.    The Court issued an Order consolidating *Robert Josten, et al. v. Rite Aid Corp., et al.*, No. 3:18-cv-00152 ("*Josten*"), with related action *Bryon Stafford, et al. v. Rite Aid Corp.*, No. 3:17-cv-01340 ("*Stafford*"), on October 24, 2019 (ECF No. 101);

2.    Plaintiff Bryon Stafford ("Plaintiff Stafford") filed the [Corrected] Third Amended Class Action Complaint ("Stafford Complaint") and Plaintiff Robert Josten ("Plaintiff Josten") filed the [Corrected] Second Amended Class Action Complaint ("Josten Complaint") on March 6, 2020 (ECF Nos. 145-146);

3.    Plaintiff Josten has recently experienced certain health issues that impact his ability to continue to prosecute this action on behalf of the putative class and therefore Plaintiff Josten must withdraw from the case;

4.    The Parties have met and conferred and agree to the Court's entry of the Stipulation and to stipulate:

(a)   to dismiss without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Josten and the Josten Complaint with Plaintiffs and Rite Aid to each bear their own fees and costs;

(b)   to permit a new plaintiff, Elizabeth Davis ("Plaintiff Davis"), to join *Stafford*, pursuant to Fed. R. Civ. P. 15(a)(2), through amendment to the Stafford Complaint, as provided in the Fourth Amended Class Action Complaint ("Fourth Amended Stafford Complaint") attached as Exhibit 1

1

(clean) and Exhibit 2 (redline) hereto, which will be filed on the docket upon the Court's entry of the Stipulation;

(c) that Defendants shall serve Plaintiff Davis with written discovery no later than seven (7) days after the filing of the Fourth Amended Stafford Complaint;

(d) Plaintiff Davis shall respond to that written discovery within fourteen (14) days of service of that written discovery;

(e) Defendants shall raise any discovery disputes with Plaintiffs within fourteen (14) days of receiving Plaintiff Davis's discovery responses and documents;

(f) Defendants shall seek Court intervention on any discovery disputes within seven (7) days of the Parties reaching an impasse; and

(g) any deposition of Plaintiff Davis shall be taken by July 12, 2023, or within fourteen (14) days of the Court resolving any outstanding discovery disputes concerning Plaintiff Davis's discovery responses, or within fourteen (14) days of the resolution of any third party subpoenas directed at Plaintiff Davis's health plans, whichever date is later.

The Parties respectfully request that the Court enter the Stipulation transmitted to the Court.

**DATED**: April 28, 2023           Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS**           **HUNTON ANDREWS KURTH LLP**
**AT LAW LLP**

*/s/Erin Green Comite*              */s/Kirk A. Hornbeck*
Joseph P. Guglielmo (*pro hac vice*)   Ann Marie Mortimer (169077)
Erin Green Comite (*pro hac vice*)     Kirk A. Hornbeck (241708)
Carey Alexander (*pro hac vice*)       550 South Hope Street, Suite 2000
Amanda M. Rolon (*pro hac vice*)       Los Angeles, CA 90071
Ethan S. Binder (*pro hac vice*)       Telephone:  213-532-2000
The Helmsley Building                  Facsimile:  213-532-2020

2

230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (243048)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
David W. Mitchell (199706)
Robert R. Henssler, Jr. (216165)
Arthur L. Shingler, III (181719)
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile:  619-231-7423
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Stuart A. Davidson (*pro hac vice*)
Mark J. Dearman (*pro hac vice*)
Eric S. Dwoskin (*pro hac vice*)
225 NE Mizner Boulevard,
Suite 720
Boca Raton, FL  33432

amortimer@huntonak.com
khornbeck@huntonak.com

**HUNTON ANDREWS KURTH LLP**
Neil K. Gilman (*pro hac vice*)
Christopher J. Dufek (*pro hac vice*)
Brianne Reese (*pro hac vice*)
Destiny Stokes (343002)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone:  202-955-1500
Facsimile:  202-778-2201
ngilman@huntonak.com
cdufek@huntonak.com
breese@huntonak.com
dstokes@huntonak.com

**HUNTON ANDREWS KURTH LLP**
John B. Shely (*pro hac vice*)
Courtney B. Glaser (*pro hac vice*)
Kelsey J. Hope (*pro hac vice*)
600 Travis Street
Houston, TX 77002
Telephone:  713-220-4200
Facsimile:  713-220-4285
jshely@huntonak.com
courtneyglaser@huntonak.com
kelseyhope@huntonak.com

**JASSY VICK CAROLAN LLP**
William T. Um (166536)
355 South Grand Avenue,
Suite 2450
Los Angeles, CA 90071
Telephone:  310-870-7048
Facsimile:  310-870-7010
wum@jassyvick.com

*Attorneys for Defendants*

3

Telephone:  561-750-3000
Facsimile:  561-750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
edwoskin@rgrdlaw.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*pro hac vice*)
David C. Magagna, Jr. (*pro hac vice*)
510 Walnut Street – Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

**ROBBINS LLP**
George C. Aguilar (126535)
Gregory E. Del Gaizo (247319)
5060 Shoreham Place
San Diego, CA 92112
Telephone: 619-525-3990
Facsimile:  619-525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr. (*pro hac vice*)
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: 412-391-5164
Facsimile:  412-471-1033
yateslaw@aol.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ Erin Green Comite*
Erin Green Comite

5

JOINT MOTION FOR ENTRY OF STIPULATION AND [PROPOSED] ORDER
No. 3:17-cv-01340-TWR-AHG