UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER CONCERNING VOLUNTARY DISMISSAL OF PLAINTIFF ROBERT JOSTEN AND ADDITION OF NEW PLAINTIFF** |

STIPULATION AND ORDER CONCERNING VOLUNTARY
DISMISSAL OF ROBERT JOSTEN AND ADDITION OF NEW PLAINTIFF
No. 3:17-cv-01340-TWR-AHG

Plaintiffs Bryon Stafford and Robert Josten (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Defendants" or "Rite Aid," and collectively with Plaintiffs the "Parties") hereby stipulate as follows:

WHEREAS the Court issued an Order consolidating *Robert Josten, et al. v. Rite Aid Corp., et al.*, No. 3:18-cv-00152 ("*Josten*"), with related action *Bryon Stafford, et al. v. Rite Aid Corp.*, No. 3:17-cv-01340 ("*Stafford*"), on October 24, 2019 (ECF No. 101);

WHEREAS Plaintiff Bryon Stafford ("Plaintiff Stafford") filed the [Corrected] Third Amended Class Action Complaint ("Stafford Complaint") and Plaintiff Robert Josten ("Plaintiff Josten") filed the [Corrected] Second Amended Class Action Complaint ("Josten Complaint") on March 6, 2020 (ECF Nos. 145-146);

WHEREAS Plaintiff Josten has recently experienced certain health issues that impact his ability to continue to prosecute this action on behalf of the putative class and therefore Plaintiff Josten must withdraw from the case;

WHEREAS a new plaintiff, Elizabeth Davis, wishes to join *Stafford*;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Josten and the Josten Complaint are dismissed without prejudice, with Plaintiffs and Rite Aid to each bear their own fees and costs;

2. Pursuant to Fed. R. Civ. P. 15(a)(2), the new plaintiff, Elizabeth Davis ("Plaintiff Davis"), is permitted to join *Stafford* through amendment to the Stafford Complaint;

3. The Fourth Amended Class Action Complaint ("Fourth Amended Stafford Complaint") shall be filed on the docket upon entry of the Stipulation;

1

STIPULATION AND ORDER CONCERNING VOLUNTARY DISMISSAL OF ROBERT JOSTEN AND ADDITION OF NEW PLAINTIFF
No. 3:17-cv-01340-TWR-AHG

1  4. Defendants shall serve Plaintiff Davis with written discovery no later than seven (7) days after the filing of the Fourth Amended Stafford Complaint;

5. Plaintiff Davis shall respond to that written discovery within fourteen (14) days of service of that written discovery;

6. Defendants shall raise any discovery disputes with Plaintiffs within fourteen (14) days of receiving Plaintiff Davis's discovery responses and documents;

7. Defendants shall seek Court intervention on any discovery disputes within seven (7) days of the Parties reaching an impasse; and

8. Any deposition of Plaintiff Davis shall be taken by July 12, 2023, or within fourteen (14) days of the Court resolving any outstanding discovery disputes concerning Plaintiff Davis's discovery responses, or within fourteen (14) days of the resolution of any third party subpoenas directed at Plaintiff Davis's health plans, whichever date is later.

**DATED**: April 28, 2023           Respectfully submitted,

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **HUNTON ANDREWS KURTH LLP** |
| */s/Erin Green Comite* | */s/Kirk A. Hornbeck* |
| Joseph P. Guglielmo (*pro hac vice*) | Ann Marie Mortimer (169077) |
| Erin Green Comite (*pro hac vice*) | Kirk A. Hornbeck (241708) |
| Carey Alexander (*pro hac vice*) | 550 South Hope Street, Suite 2000 |
| Amanda M. Rolon (*pro hac vice*) | Los Angeles, CA 90071 |
| Ethan S. Binder (*pro hac vice*) | Telephone: 213-532-2000 |
| The Helmsley Building | Facsimile: 213-532-2020 |
| 230 Park Avenue, 17th Floor | amortimer@huntonak.com |
| New York, NY 10169 | khornbeck@huntonak.com |
| Telephone: 212-223-6444 | |
| Facsimile: 212-223-6334 | **HUNTON ANDREWS KURTH LLP** |
| jguglielmo@scott-scott.com | Neil K. Gilman (*pro hac vice*) |
| ecomite@scott-scott.com | Christopher J. Dufek (*pro hac vice*) |
| calexander@scott-scott.com | Brianne Reese (*pro hac vice*) |
| arolon@scott-scott.com | Destiny Stokes (343002) |

2
STIPULATION AND ORDER CONCERNING VOLUNTARY DISMISSAL OF ROBERT JOSTEN AND ADDITION OF NEW PLAINTIFF
No. 3:17-cv-01340-TWR-AHG

1  ebinder@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (243048)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
hcunningham@scott-scott.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
David W. Mitchell (199706)
Robert R. Henssler, Jr. (216165)
Arthur L. Shingler, III (181719)
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile: 619-231-7423
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Stuart A. Davidson (*pro hac vice*)
Mark J. Dearman (*pro hac vice*)
Eric S. Dwoskin (*pro hac vice*)
225 NE Mizner Boulevard,
Suite 720
Boca Raton, FL 33432
Telephone: 561-750-3000
Facsimile: 561-750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
edwoskin@rgrdlaw.com

**LEVIN SEDRAN & BERMAN, LLP**

2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-955-1500
Facsimile: 202-778-2201
ngilman@huntonak.com
cdufek@huntonak.com
breese@huntonak.com
dstokes@huntonak.com

**HUNTON ANDREWS KURTH LLP**
John B. Shely (*pro hac vice*)
Courtney B. Glaser (*pro hac vice*)
Kelsey J. Hope (*pro hac vice*)
600 Travis Street
Houston, TX 77002
Telephone: 713-220-4200
Facsimile: 713-220-4285
jshely@huntonak.com
courtneyglaser@huntonak.com
kelseyhope@huntonak.com

**JASSY VICK CAROLAN LLP**
William T. Um (166536)
355 South Grand Avenue,
Suite 2450
Los Angeles, CA 90071
Telephone: 310-870-7048
Facsimile: 310-870-7010
wum@jassyvick.com

*Attorneys for Defendants*

3

STIPULATION AND ORDER CONCERNING VOLUNTARY
DISMISSAL OF ROBERT JOSTEN AND ADDITION OF NEW PLAINTIFF
No. 3:17-cv-01340-TWR-AHG

| | |
|---|---|
| 1 | Charles E. Schaffer (*pro hac vice*) |
| 2 | David C. Magagna, Jr. (*pro hac vice*) |
| 3 | 510 Walnut Street – Suite 500 |
|   | Philadelphia, PA  19106 |
| 4 | Telephone:  (215) 592-1500 |
| 5 | Facsimile:  (215) 592-4663 |
|   | cschaffer@lfsblaw.com |
| 6 | dmagagna@lfsblaw.com |

**ROBBINS LLP**
George C. Aguilar (126535)
Gregory E. Del Gaizo (247319)
5040 Shoreham Place
San Diego, CA 92112
Telephone: 619-525-3990
Facsimile: 619-525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr. (*pro hac vice*)
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: 412-391-5164
Facsimile: 412-471-1033
yateslaw@aol.com

*Attorneys for Plaintiffs*

\*     \*     \*

**IT IS SO ORDERED.**

Dated:  5/1/23

_____
HONORABLE TODD W. ROBINSON

4

STIPULATION AND ORDER CONCERNING VOLUNTARY DISMISSAL OF ROBERT JOSTEN AND ADDITION OF NEW PLAINTIFF
No. 3:17-cv-01340-TWR-AHG