ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>MOTION TO WITHDRAW ATTORNEY ERIC S. DWOSKIN AS COUNSEL OF RECORD FOR PLAINTIFF BRYON STAFFORD |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 83.3(f)(3), Plaintiff Bryon Stafford ("Stafford") hereby moves the Court for an order permitting the withdrawal of Eric S. Dwoskin as counsel for Stafford in the above-captioned matter on the following grounds:

1. Mr. Dwoskin is no longer a member of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), which has been retained to represent Stafford in this matter.

2. Although Mr. Dwoskin is no longer a member of Robbins Geller, Stafford continues to be represented by other Robbins Geller attorneys of record in this matter, including: myself, Robert R. Henssler Jr., Arthur L. Shingler III, Stuart A. Davidson, and Mark J. Dearman. Therefore, Stafford will not be prejudiced by Mr. Dwoskin's withdrawal.

WHEREFORE, Stafford respectfully requests this Court to enter an Order permitting the withdrawal of Eric S. Dwoskin as one of the attorneys of record for Stafford.

DATED: May 1, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III

s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
MARK J. DEARMAN (*pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

- 1 -                           3:17-cv-01340-TWR-AHG

|   |   |
|---|---|
| 1 | ROBBINS LLP |
| 2 | GEORGE C. AGUILAR |
|   | GREGORY E. DEL GAIZO |
| 3 | 5060 Shoreham Place, Suite 300 |
|   | San Diego, CA  92122 |
| 4 | Telephone:  619/525-3990 |
|   | 619/525-3991 (fax) |
| 5 |   |
|   | HOFFMAN & FORDE |
| 6 | SCHUYLER V.V. HOFFMAN |
|   | 3033 Fifth Avenue, Suite 400 |
| 7 | San Diego, CA  92103 |
|   | Telephone:  619/546-7880 |
| 8 | 619/546-7881 (fax) |
| 9 | Attorneys for Plaintiff Bryon Stafford |
| 10 |   |
|   | SCOTT+SCOTT ATTORNEYS |
| 11 |   AT LAW LLP |
|   | JOSEPH P. GUGLIELMO (*pro hac vice*) |
| 12 | ERIN GREEN COMITE (*pro hac vice*) |
|   | CAREY ALEXANDER (*pro hac vice*) |
| 13 | AMANDA M. ROLON (*pro hac vice*) |
|   | ETHAN BINDER (*pro hac vice*) |
| 14 | The Helmsley Building |
|   | 230 Park Avenue, 17th Floor |
| 15 | New York, NY  10169 |
|   | Telephone:  212/233-6444 |
| 16 | 212/233-6334 (fax) |
| 17 | SCOTT+SCOTT ATTORNEYS |
|   |   AT LAW LLP |
| 18 | HAL D. CUNNINGHAM |
|   | ALEX OUTWATER |
| 19 | 600 West Broadway, Suite 3300 |
|   | San Diego, CA 92101 |
| 20 | Telephone:  619/233-4565 |
|   | 619/233-0508 (fax) |
| 21 |   |
| 22 | LAW OFFICE OF ALFRED G. |
|   |   YATES, JR., P.C. |
| 23 | ALFRED G. YATES, JR. |
|   | 1575 McFarland Road, Suite 305 |
| 24 | Pittsburgh, PA 15216 |
|   | Telephone:  412/391-5164 |
| 25 | 412/471-1033 (fax) |
| 26 | Attorneys for Plaintiff Robert Josten |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 1, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Christopher Dufek**
  cdufek@huntonak.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Neil K Gilman**
  ngilman@huntonak.com

- **Courtney Glaser**
  courtneyglaser@huntonak.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kelsey Hope**
  kelseyhope@andrewskurth.com

- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com

- **Walter W. Noss**
  wnoss@koreintillery.com,efile@scott-scott.com

- **Brianne Michelle Reese**
  breese@huntonak.com

- **Amanda Marie Rolon**
  arolon@scott-scott.com

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com

- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,mgaston@huntonak.com

- **Arthur L Shingler , III**
  AShingler@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Destiny T. Stokes**
  dstokes@hunton.com

- **William T Um**
  wum@jassyvick.com,mrios@jassyvick.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alex              Outwater
Del Mar Law Group, LLP
12250 El Camino Real
Suite 120
San Diego, CA 92130
```