| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | DAVID W. MITCHELL (199706) |
|   | ROBERT R. HENSSLER JR. (216165) |
| 3 | ARTHUR L. SHINGLER III (181719) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | davidm@rgrdlaw.com |
| 6 | bhenssler@rgrdlaw.com |
|   | ashingler@rgrdlaw.com |
| 7 | |
|   | ROBBINS LLP |
| 8 | GEORGE C. AGUILAR (126535) |
|   | GREGORY E. DEL GAIZO (247319) |
| 9 | 5060 Shoreham Place, Suite 300 |
|   | San Diego, CA 92122 |
| 10 | Telephone: 619/525-3990 |
|   | 619/525-3991 (fax) |
| 11 | gaguilar@robbinsllp.com |
|   | gdelgaizo@robbinsllp.com |
| 12 | |
|   | Attorneys for Plaintiff |
| 13 | |
|   | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>                Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF DAVID W. MITCHELL IN SUPPORT OF MOTION TO WITHDRAW ATTORNEY ERIC S. DWOSKIN AS COUNSEL OF RECORD FOR PLAINTIFF BRYON STAFFORD |

I, DAVID W. MITCHELL, declare as follow:

1. I am an attorney, duly licensed to practice before this Court and all courts of the State of California. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and am one of the attorneys responsible for representing plaintiff Bryon Stafford ("Stafford") in this matter. I make this declaration in support of the Motion to Withdraw Attorney Eric S. Dwoskin as Counsel of Record for Stafford. I have personal knowledge of the facts set forth below, and if sworn and called as a witness, I could and would testify competently to them.

2. Mr. Dwoskin, who has previously appeared in this action as one of the Robbins Geller counsel representing Stafford, is no longer a member of Robbins Geller.

3. Accordingly, by this motion, Stafford requests that Mr. Dwoskin's appearance on his behalf be withdrawn in this action.

4. Robbins Geller attorneys, including: Robert R. Henssler Jr., Arthur L. Shingler III, Stuart A. Davidson, Mark J. Dearman, and myself will continue as counsel for Stafford in this action.

5. I have caused copies of this motion and all supporting papers to be served by email on additional counsel for Stafford.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 1, 2023, in San Diego, California.

s/ David W. Mitchell
DAVID W. MITCHELL

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 1, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

3:17-cv-01340-TWR-AHG

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Christopher Dufek**
  cdufek@huntonak.com

- **Eric Scott Dwoskin**
  edwoskin@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Neil K Gilman**
  ngilman@huntonak.com

- **Courtney Glaser**
  courtneyglaser@huntonak.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kelsey Hope**
  kelseyhope@andrewskurth.com

- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com

- **David Charles Magagna , Jr**
  dmagagna@lfsblaw.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com

- **Walter W. Noss**
  wnoss@koreintillery.com,efile@scott-scott.com

- **Brianne Michelle Reese**
  breese@huntonak.com

- **Amanda Marie Rolon**
  arolon@scott-scott.com

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com

- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,mgaston@huntonak.com

- **Arthur L Shingler , III**
  AShingler@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Destiny T. Stokes**
  dstokes@hunton.com

- **William T Um**
  wum@jassyvick.com,mrios@jassyvick.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alex                Outwater
Del Mar Law Group, LLP
12250 El Camino Real
Suite 120
San Diego, CA 92130
```