UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER MOTION TO WITHDRAW ATTORNEY ERIC S. DWOSKIN AS COUNSEL OF RECORD FOR PLAINTIFF BRYON STAFFORD**<br><br>(ECF No. 301) |

Presently before the Court is the Motion to Withdraw Attorney Eric S. Dwoskin as Counsel of Record for Plaintiff Bryon Stafford ("Mot.," ECF No. 301), with Plaintiff Stafford to continue to be represented by other attorneys of record from Robbins Geller Rudman & Dowd LLP, including David W. Mitchell, Robert R. Henssler Jr., Arthur L. Shingler III, Stuart A. Davidson, and Mark J. Dearman. Good cause appearing, the Court

/ / /

/ / /

/ / /

/ / /

/ / /

1 | **GRANTS** the Motion.  Accordingly, the Clerk of the Court **SHALL UPDATE** the docket
2 | to reflect the withdrawal of Mr. Dwoskin as counsel for Plaintiff Stafford.
3 | **IT IS SO ORDERED.**
4 | Dated:  May 1, 2023

_____
Honorable Todd W. Robinson
United States District Judge