# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER MOTION TO WITHDRAW ALEX M. OUTWATER AS ASSOCIATED ATTORNEY OF RECORD**<br><br>(ECF No. 297) |

Presently before the Court is the Motion to Withdraw Alex M. Outwater as Associated Attorney of Record and Request for Removal from CM/ECF Service List ("Mot.," ECF No. 297), with Plaintiff Robert Josten to continue to be represented by counsel from Scott+Scott Attorneys at Law LLP. Good cause appearing, the Court **GRANTS** the Motion. Accordingly, the Clerk of the Court **SHALL UPDATE** the docket to reflect the withdrawal of Mr. Outwater as counsel for Plaintiff Josten.

**IT IS SO ORDERED.**

Dated: May 2, 2023

_____
Honorable Todd W. Robinson
United States District Judge