# EXHIBIT A

Week y Ad (https://www.riteaid.com//savings/week y-ad)    (https:// ocations.riteaid.com/ ocations/search.htm )    My Cart (0)

Log n (https://www.riteaid.com/shop/sso/)

**RITE AID**
(https://www.riteaid.com/)

Search 🔍

## Pharmacy

View Subpages

# Rx Savings Program

Save 15% or more on thousands of brand name and generic prescrip ion drugs[1] by signing up for the Rite Aid Rx Savings Program. When you sign up, you'll receive Rx Savings Card that gives you access to special discounts at Rite Aid pharmacy, including:

- Savings of at least 15% on select brand name prescriptions[1]
- A 30-day supply of select generics for $9.99 and a 90-day supply for $15.99[1]
- Select generic oral contraceptives for $19 99
- A 50-count of Rite Aid TRUEmetrix diabetic test strips for $17.99

To find out which generic medications are covered by the Rite Aid Rx Savings Program, please download the complete generic drug list (https://www.riteaid.com/shop/info/pharmacy/prescription-savings/rite-aid-prescrip ion-savings-program/directory-of-generic-medica ions).

This program may be especially helpful if you don't have insurance or your insurance doesn't cover all of your prescriptions.

**Speak with your local pharmacist to sign up.**

**Find a Store (https://www.riteaid.com/store-locator)**

1. Limitations apply. See complete Rx Savings Program terms & conditions (https://www.riteaid.com/shop/info/pharmacy/prescription-savings/rite-aid-prescrip ion-savings-program/terms-and-conditions).

At Rite Aid, we provide you with the support, products, pharmacy services, and the **wellness+ rewards** savings opportunities you need to keep your whole family healthy. With us, it's personal.

About Us (https://www.riteaid.com/about-us)

Customer Care (https://www.riteaid.com/customer-support)

On ine Shop

Site He p (https://www.riteaid.com/faq)

Corporate Info (https://www.riteaid.com/corporate)

Lega Information (https://www.riteaid.com/ ega )



What does it mean to be a .Pharmacy-Verified Website?
Find out at www.safe.pharmacy.
(https //www.safe.pharmacy/)

© 2001-2018 Rite Aid Corp. All rights reserved.

Live Chat

**Exhibit A – Page 1**

**RITE AID**
(https://www.riteaid.com/)

Search

## rx savings program



### DIRECTORY OF GENERIC MEDICATIONS
# ELIGIBLE FOR RX SAVINGS PROGRAM
## $9.99 for a 30-day supply and $15.99 for a 90-day supply

If you a ready enro ed in the FREE* Rx Savings Program, use this guide to find your best choices. And, if you aren t, you  find hundreds of reasons be ow to join today.



LAST UPDATED 10/6/2017

**DISCOUNT ONLY – NOT INSURANCE. This discount program is NOT a hea th insurance po icy or a Medicare prescription drug p an and is not intended as a substitute for insurance. The program on y provides for discounts on hea th services from participating Rite Aid pharmacies, and the range of discounts wi  vary depending on the type of provider and the hea th services received. The program does not make payments to providers of hea th care services. Members are required to pay for a  hea th care services, but wi  receive a discount from contracted providers. You may cance  your registration under the Rite Aid Rx Savings Program at any time by contacting 1-844-550-6822**

This program is administered by Rite Aid's de egated Administrator. Rite Aid and Administrator sha  have access to and use your prescription drug data to administer the program. Your authorization is required to participate in the program. By signing the Authorization (avai ab e in stores), you agree to participate in the program and acknow edge and agree to such access and use by Rite Aid and Administrator. The Authorization signifies your permission authorizing Rite Aid and Administrator to use and/or disc ose your medica information as described above.

Rite Aid reserves the right to modify or discontinue this program at any time at its so e discretion. You can view our comp ete Privacy Po icy on our website at www.riteaid.com/ ega /privacy-po icy.

Certain  imitations app y, inc uding covered generic drugs. A comp ete  ist of e igib e medications can be found at www.riteaid.com/rxsavings. See pharmacy for detai s. No enro  ment fee. Nomina  processing fee may app y. The days supp y is based upon the average dispensing patterns for the specific drug and strength. The program, as we   as the prices and the  ist of covered drugs, can be modified by Rite Aid at any time without notice at its so e discretion. Prescriptions paid for in who e or in part by pub ic y funded hea th care programs are ine igib e. Any prescriptions covered in who e or in part by private or any pub ic y funded insurance  ike Medicaid or Medicare wi  be processed through that insurance un ess the patient specifica  y requests that the prescription be processed through the Rx Savings Program. There is no secondary coverage or coordination of benefits for prescriptions fi ed under the Rx Savings Program.

The RX Savings Program is a discount on y program. The use of the program does not transmit the cost of the prescription to any other insurance, inc uding a customer's Medicare Part D true out of pocket ("TrOOP") amount. Thus, if a patient with Medicare Part D coverage e ects to use the RX Savings Program whi e the customer is in the coverage gap with respect to their Medicare Part D coverage, any payments made for RX Savings Program c aims wi   not count toward the customer's TrOOP un ess the customer transmits their receipt to their Medicare drug p an.

# Rx Savings Program Generic Medications

## Rx Savings Program Generic Medications

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|-----------|----------|----------------------|------------------------|
| ACYCLOVIR 200 MG CAP | VIRUSES | 30.00 | 90.00 |
| ACYCLOVIR 400 MG TAB | VIRUSES | 30.00 | 90.00 |
| ACYCLOVIR 800 MG TAB | VIRUSES | 30.00 | 90.00 |
| ALBUTEROL 0.83 MG/ML SOL | ASTHMA | 75.00 | 225.00 |
| ALBUTEROL 5 MG/ML SOL | ASTHMA | 20.00 | 60.00 |
| ALBUTEROL SULF 2 MG/5 ML SYR | ASTHMA | 120.00 | 360.00 |
| ALLOPURINOL 100 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| ALLOPURINOL 300 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| AMILORIDE HCL/HCTZ 5/50 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| AMITRIPTYLINE HCL 10 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| AMITRIPTYLINE HCL 100 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| AMITRIPTYLINE HCL 150 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| AMITRIPTYLINE HCL 25 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| AMITRIPTYLINE HCL 50 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| AMITRIPTYLINE HCL 75 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| AMLODIPINE BESYLATE 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| AMLODIPINE BESYLATE 2.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| AMLODIPINE BESYLATE 5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| AMOXICILLIN 125 MG/5 ML SUSP | ANTIBIOTIC TREATMENT | 150.00 | 450.00 |
| AMOXICILLIN 200 MG/5 ML SUSP | ANTIBIOTIC TREATMENT | 100.00 | 300.00 |
| AMOXICILLIN 250 MG CAP | ANTIBIOTIC TREATMENT | 30.00 | 90.00 |
| AMOXICILLIN 500 MG CAP | ANTIBIOTIC TREATMENT | 30.00 | 90.00 |
| AMOXICILLIN 875 MG TAB | ANTIBIOTIC TREATMENT | 20.00 | 60.00 |
| AMPICILLIN TR 250 MG CAP | ANTIBIOTIC TREATMENT | 56.00 | 168.00 |
| AMPICILLIN TR 500 MG CAP | ANTIBIOTIC TREATMENT | 56.00 | 168.00 |
| ATENOLOL 100 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ATENOLOL 25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ATENOLOL 50 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ATROPINE 1% EYE DROPS | GLAUCOMA & EYE CARE | 5.00 | 15.00 |
| BACIT/POLYMYXIN B OPTH OINT | GLAUCOMA & EYE CARE | 3.50 | 10.50 |
| BACLOFEN 10 MG TAB | ARTHRITIS & PAIN | 90.00 | 270.00 |

**Exhibit A – Page 3**

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| BACLOFEN 20 MG TAB | ARTHRITIS & PAIN | 90.00 | 270.00 |
| BENAZEPRIL HCL 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BENAZEPRIL HCL 20 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BENAZEPRIL HCL 40 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BENAZEPRIL HCL 5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BENZONATATE 100 MG CAP | ALLERGIES & COLD AND FLU | 14.00 | 42.00 |
| BENZONATATE 200 MG CAP | ALLERGIES & COLD AND FLU | 28.00 | 84.00 |
| BENZTROPINE MES 0.5 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| BENZTROPINE MES 1 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| BENZTROPINE MES 2 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| BETAMETHASONE DP AUG 0.05% CRM | SKIN CONDITIONS | 50.00 | 150.00 |
| BETHANECHOL 10 MG TAB | OTHER MEDICAL CONDITIONS | 60.00 | 180.00 |
| BETHANECHOL 25 MG TAB | OTHER MEDICAL CONDITIONS | 90.00 | 270.00 |
| BETHANECHOL 5 MG TAB | OTHER MEDICAL CONDITIONS | 90.00 | 270.00 |
| BISOPROLOL/HCTZ 10/6.25 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BISOPROLOL/HCTZ 2.5/6.25 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BISOPROLOL/HCTZ 5/6.25 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BRIMONIDINE 0.2% DROPS | #N/A | 5.00 | 15.00 |
| BUMETANIDE 0.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BUMETANIDE 1 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| BUSPIRONE HCL 10 MG TAB | MENTAL HEALTH | 60.00 | 180.00 |
| BUSPIRONE HCL 15 MG TAB | MENTAL HEALTH | 60.00 | 180.00 |
| BUSPIRONE HCL 30 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| BUSPIRONE HCL 5 MG TAB | MENTAL HEALTH | 60.00 | 180.00 |
| CAPTOPRIL 12.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| CAPTOPRIL 25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| CARVEDILOL 12.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
| CARVEDILOL 25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| CARVEDILOL 3.125 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| CARVEDILOL 6.25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| CEPHALEXIN 250 MG CAP | ANTIBIOTIC TREATMENT | 28.00 | 84.00 |
| CEPHALEXIN 500 MG CAP | ANTIBIOTIC TREATMENT | 30.00 | 90.00 |
| CHLORHEXIDINE GLUCONATE 12% SOLN | OTHER MEDICAL CONDITIONS | 473.00 | 1419.00 |
| CICLOPIROX 0.77% CRM | SKIN CONDITIONS | 90.00 | 270.00 |
| CICLOPIROX 8% SOLUTION | SKIN CONDITIONS | 6.60 | 19.80 |
| CIMETIDINE 300 MG TAB | GASTROINTESTINAL HEALTH | 30.00 | 90.00 |
| CIMETIDINE 400 MG TAB | GASTROINTESTINAL HEALTH | 30.00 | 90.00 |
| CIMETIDINE 800 MG TAB | GASTROINTESTINAL HEALTH | 30.00 | 90.00 |
| CIPROFLOXACIN 0.3% OPHTH SOL | GLAUCOMA & EYE CARE | 5.00 | 15.00 |
| CIPROFLOXACIN HCL 250 MG TAB | ANTIBIOTIC TREATMENT | 14.00 | 42.00 |
| CIPROFLOXACIN HCL 500 MG TAB | ANTIBIOTIC TREATMENT | 20.00 | 60.00 |

**Exhibit A – Page 4**

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| CITALOPRAM HBR 10 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| CITALOPRAM HBR 20 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| CITALOPRAM HBR 40 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| CLOMIPHENE CITRATE 50 MG TAB | WOMAN'S HEALTH | 5.00 | 15.00 |
| CLONIDINE HCL 0.1 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| CLONIDINE HCL 0.2 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| CLONIDINE HCL 0.3 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| CLOTRIMAZOLE 1% CREAM | SKIN CONDITIONS | 30.00 | 90.00 |
| CYCLOBENZAPRINE 10 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| CYCLOBENZAPRINE 5 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| CYTRA-2 SOL | GASTROINTESTINAL HEALTH | 473.00 | 1419.00 |
| DEXAMETHASONE 0.5 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| DEXAMETHASONE 0.75 MG TAB | ARTHRITIS & PAIN | 12.00 | 36.00 |
| DEXAMETHASONE 4 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| DICLOFENAC 0.1% EYE DROPS | GLAUCOMA & EYE CARE | 5.00 | 15.00 |
| DICLOFENAC POT 50 MG TAB | ARTHRITIS & PAIN | 60.00 | 180.00 |
| DICLOFENAC SOD 100 MG TAB SA | ARTHRITIS & PAIN | 30.00 | 90.00 |
| DICLOFENAC SOD 50 MG TAB EC | ARTHRITIS & PAIN | 60.00 | 180.00 |
| DICLOFENAC SOD 75 MG TAB EC | ARTHRITIS & PAIN | 60.00 | 180.00 |
| DICYCLOMINE 10 MG CAP | GASTROINTESTINAL HEALTH | 90.00 | 270.00 |
| DICYCLOMINE 20 MG TAB | GASTROINTESTINAL HEALTH | 60.00 | 180.00 |
| DIGOXIN 125 MCG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| DIGOXIN 250 MCG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| DILTIAZEM 120 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| DILTIAZEM 30 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| DILTIAZEM 60 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| DILTIAZEM 90 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| DIVALPROEX SOD DR 125 MG TAB | OTHER MEDICAL CONDITIONS | 90.00 | 270.00 |
| DOXAZOSIN MESYLATE 1 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| DOXAZOSIN MESYLATE 2 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| DOXAZOSIN MESYLATE 4 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| DOXAZOSIN MESYLATE 8 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| DOXEPIN 10 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| DOXEPIN 25 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| ENALAPRIL MALEATE 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ENALAPRIL MALEATE 2.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ENALAPRIL MALEATE 20 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ENALAPRIL MALEATE 5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ENALAPRIL/HCTZ 10-25MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ENALAPRIL/HCTZ 5-12.5MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ERYTHROMYCIN 2% GEL | SKIN CONDITIONS | 30.00 | 90.00 |
| ESTRADIOL 0.5 MG TAB | WOMAN'S HEALTH | 30.00 | 90.00 |

**Exhibit A – Page 5**

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| ESTRADIOL 1 MG TAB | WOMAN'S HEALTH | 30.00 | 90.00 |
| ESTRADIOL 2 MG TAB | WOMAN'S HEALTH | 30.00 | 90.00 |
| FAMOTIDINE 20 MG TAB | GASTROINTESTINAL HEALTH | 60.00 | 180.00 |
| FAMOTIDINE 40 MG TAB | GASTROINTESTINAL HEALTH | 30.00 | 90.00 |
| FLUCONAZOLE 100 MG TAB | FUNGAL INFECTIONS | 10.00 | 30.00 |
| FLUCONAZOLE 150 MG TAB | FUNGAL INFECTIONS | 1.00 | 3.00 |

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| FLUOXETINE 20 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| FLUOXETINE HCL 10 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| FLUOXETINE HCL 40 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| FLUPHENAZINE 1 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| FLUPHENAZINE 10 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| FLUPHENAZINE 2.5 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| FLUPHENAZINE 5 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| FLUTICASONE PROP 0.005% OINT | SKIN CONDITIONS | 30.00 | 90.00 |
| FLUTICASONE PROP 0.05% CRM | SKIN CONDITIONS | 60.00 | 180.00 |
| FOLIC ACID 1 MG TAB | VITAMINS & NUTRITIONAL HEALTH | 30.00 | 90.00 |
| FUROSEMIDE 20 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| FUROSEMIDE 40 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| FUROSEMIDE 80 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| GENTAMICIN 3 MG/ML EYE DROPS | GLAUCOMA & EYE CARE | 5.00 | 15.00 |
| GLIMEPIRIDE 1 MG TAB | DIABETES | 30.00 | 90.00 |
| GLIMEPIRIDE 2 MG TAB | DIABETES | 30.00 | 90.00 |
| GLIMEPIRIDE 4 MG TAB | DIABETES | 30.00 | 90.00 |
| GLIPIZIDE 10 MG TAB | DIABETES | 60.00 | 180.00 |
| GLIPIZIDE 5 MG TAB | DIABETES | 30.00 | 90.00 |
| GLIPIZIDE XL 10 MG TAB | DIABETES | 30.00 | 90.00 |
| GLIPIZIDE XL 2.5 MG TAB | DIABETES | 30.00 | 90.00 |
| GLIPIZIDE XL 5 MG TAB | DIABETES | 30.00 | 90.00 |
| GLYBURIDE 2.5 MG TAB | DIABETES | 30.00 | 90.00 |
| GLYBURIDE 5 MG TAB | DIABETES | 30.00 | 90.00 |
| GLYBURIDE MICRO 1.5 MG TAB | DIABETES | 30.00 | 90.00 |
| GLYBURIDE MICRO 3 MG TAB | DIABETES | 30.00 | 90.00 |
| GLYBURIDE MICRO 6 MG TAB | DIABETES | 30.00 | 90.00 |
| GUANFACINE 1 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| GUANFACINE 2 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| HALOPERIDOL 0.5 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| HALOPERIDOL 1 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| HALOPERIDOL 2 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| HALOPERIDOL 5 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| HYDRALAZINE 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| HYDRALAZINE 100 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| HYDRALAZINE 25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| HYDRALAZINE 50 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| HYDROCHLOROTHIAZIDE 12.5 MG CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| HYDROCHLOROTHIAZIDE 25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| HYDROCHLOROTHIAZIDE 50 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| HYDROCORTISONE 2.5% CRM | SKIN CONDITIONS | 30.00 | 90.00 |
| HYDROCORTISONE 2.5% OINT | SKIN CONDITIONS | 28.35 | 85.05 |
| HYDROXYZINE HCL10MG/5ML SYR | ALLERGIES & COLD AND FLU | 120.00 | 360.00 |
| IBUPROFEN 400 MG TAB | ARTHRITIS & PAIN | 60.00 | 180.00 |
| IBUPROFEN 600 MG TAB | ARTHRITIS & PAIN | 60.00 | 180.00 |
| IBUPROFEN 800 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| INDAPAMIDE 1.25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| INDAPAMIDE 2.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| INDOMETHACIN 25 MG CAP | ARTHRITIS & PAIN | 60.00 | 180.00 |
| INDOMETHACIN 50 MG CAP | ARTHRITIS & PAIN | 30.00 | 90.00 |
| IPRATROPIUM BR 0.02% SOLN | ASTHMA | 62.50 | 187.50 |
| ISONIAZID 300 MG TAB | OTHER MEDICAL CONDITIONS | 30.00 | 90.00 |
| ISOSORBIDE DN 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| ISOSORBIDE DN 30 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| ISOSORBIDE DN 5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| ISOSORBIDE MN 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| ISOSORBIDE MN 20 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| ISOSORBIDE MN 30 MG TAB SA | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ISOSORBIDE MN 60 MG TAB ER | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| ISOSORBIDE MN 120 MG TAB ER | #N/A | 30.00 | 90.00 |
| KETOCONAZOLE 2% CRM | SKIN CONDITIONS | 30.00 | 90.00 |
| LACTULOSE 10 GM/15 ML SOLN | GASTROINTESTINAL HEALTH | 473.00 | 1419.00 |
| LEVOBUNOLOL 0.5% EYE DROPS | GLAUCOMA & EYE CARE | 5.00 | 15.00 |
| LEVOTHYROXINE 100 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 112 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 125 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 137 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 150 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
| LEVOTHYROXINE 175 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 200 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 25 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 300 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 50 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 75 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LEVOTHYROXINE 88 MCG TAB | THYROID CONDITION | 30.00 | 90.00 |
| LIDOCAINE 2% VISCOUS SOLN | OTHER MEDICAL CONDITIONS | 100.00 | 300.00 |

**Exhibit A - Page 7**

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| LIDOCAINE-PRILOCAIN 2.5% CRM | OTHER MEDICAL CONDITIONS | 30.00 | 90.00 |
| LISINOPRIL 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LISINOPRIL 2.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LISINOPRIL 20 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LISINOPRIL 30 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LISINOPRIL 40 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LISINOPRIL 5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LISINOPRIL-HCTZ 10/12.5 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LISINOPRIL-HCTZ 20/12.5 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LISINOPRIL-HCTZ 20/25 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| LITHIUM CARBONATE 300 MG CAP | MENTAL HEALTH | 90.00 | 270.00 |
| LOVASTATIN 10 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| LOVASTATIN 20 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| LOVASTATIN 40 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| MEDROXYPROGESTERONE 10 MG TAB | WOMAN'S HEALTH | 10.00 | 30.00 |
| MEDROXYPROGESTERONE 2.5 MG | WOMAN'S HEALTH | 30.00 | 90.00 |
| MEDROXYPROGESTERONE 5 MG TAB | WOMAN'S HEALTH | 30.00 | 90.00 |
| MEGESTROL 20 MG TAB | OTHER MEDICAL CONDITIONS | 30.00 | 90.00 |
| MEGESTROL 40 MG TAB | OTHER MEDICAL CONDITIONS | 30.00 | 90.00 |
| MELOXICAM 15 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| MELOXICAM 7.5 MG TAB | ARTHRITIS & PAIN | 30.00 | 90.00 |
| METFORMIN HCL 1,000 MG TAB | DIABETES | 60.00 | 180.00 |
| METFORMIN HCL 500 MG TAB | DIABETES | 60.00 | 180.00 |
| METFORMIN HCL 750 MG ER TAB | DIABETES | 60.00 | 180.00 |
| METFORMIN HCL 850 MG TAB | DIABETES | 60.00 | 180.00 |
| METFORMIN HCL ER 500 MG TAB | DIABETES | 60.00 | 180.00 |
| METHIMAZOLE 10 MG TABLET | THYROID CONDITION | 30.00 | 90.00 |
| METHIMAZOLE 5 MG TABLET | THYROID CONDITION | 30.00 | 90.00 |
| METHYLDOPA 250 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| METOCLOPRAMIDE 10 MG TAB | GASTROINTESTINAL HEALTH | 60.00 | 180.00 |
| METOCLOPRAMIDE 5 MG TAB | GASTROINTESTINAL HEALTH | 60.00 | 180.00 |
| METOCLOPRAMIDE 5 MG/5 ML SYR | GASTROINTESTINAL HEALTH | 60.00 | 180.00 |
| METOPROLOL 100 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| METOPROLOL 25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| METOPROLOL 50 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| METRONIDAZOLE 250 MG TAB | ANTIBIOTIC TREATMENT | 28.00 | 84.00 |
| METRONIDAZOLE 500 MG TAB | ANTIBIOTIC TREATMENT | 14.00 | 42.00 |
| MOMETASONE FUROATE 0.1% CREAM | SKIN CONDITIONS | 45.00 | 135.00 |
| MOMETASONE FUROATE 0.1% OINT | SKIN CONDITIONS | 45.00 | 135.00 |
| MULTI-VITA BETS/FL 0.25 MG LIQ | VITAMINS & NUTRITIONAL HEALTH | 50.00 | 150.00 |
| MULTI-VITA BETS/FL 0.5 MG LIQ | VITAMINS & NUTRITIONAL HEALTH | 50.00 | 150.00 |
| MULTIVIT-IRON-FL 0.25 MG/ML | VITAMINS & NUTRITIONAL HEALTH | 50.00 | 150.00 |

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| NAPROXEN 250 MG TAB | ARTHRITIS & PAIN | 60.00 | 180.00 |
| NAPROXEN 375 MG TAB | ARTHRITIS & PAIN | 60.00 | 180.00 |
| NAPROXEN 500 MG TAB | ARTHRITIS & PAIN | 60.00 | 180.00 |
| NEO/POLYMYXIN/DEXAMETH DROPS | GLAUCOMA & EYE CARE | 5.00 | 15.00 |
| NORTRIPTYLINE HCL 10 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| NORTRIPTYLINE HCL 25 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| NORTRIPTYLINE HCL 50 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| NORTRIPTYLINE HCL 75 MG CAP | MENTAL HEALTH | 30.00 | 90.00 |
| OXYBUTYNIN 5 MG TAB | OTHER MEDICAL CONDITIONS | 60.00 | 180.00 |
| PAROXETINE HCL 10 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| PAROXETINE HCL 20 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| PAROXETINE HCL 30 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| PAROXETINE HCL 40 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| PENICILLIN VK 125 MG/5 ML LIQ | ANTIBIOTIC TREATMENT | 200.00 | 600.00 |
| PENICILLIN VK 250 MG TAB | ANTIBIOTIC TREATMENT | 28.00 | 84.00 |
| PENICILLIN VK 250 MG/5 ML LIQ | ANTIBIOTIC TREATMENT | 200.00 | 600.00 |
| PENICILLIN VK 500 MG TAB | ANTIBIOTIC TREATMENT | 28.00 | 84.00 |
| PHENAZOPYRIDINE 100 MG TAB | OTHER MEDICAL CONDITIONS | 6.00 | 18.00 |
| PHENAZOPYRIDINE 200 MG TAB | OTHER MEDICAL CONDITIONS | 6.00 | 18.00 |

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| POLYMYXIN B/TMP EYE DROPS | GLAUCOMA & EYE CARE | 10.00 | 30.00 |
| PRAVASTATIN SODIUM 10 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| PRAVASTATIN SODIUM 20 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| PRAVASTATIN SODIUM 40 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| PRAVASTATIN SODIUM 80 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| PRAZOSIN 1 MG CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| PRAZOSIN 2 MG CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| PRAZOSIN 5 MG CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| PREDNISONE 1 MG TAB | OTHER MEDICAL CONDITIONS | 90.00 | 270.00 |
| PREDNISONE 10 MG TAB | OTHER MEDICAL CONDITIONS | 30.00 | 90.00 |
| PREDNISONE 2.5 MG TAB | OTHER MEDICAL CONDITIONS | 30.00 | 90.00 |
| PREDNISONE 20 MG TAB | OTHER MEDICAL CONDITIONS | 30.00 | 90.00 |
| PREDNISONE 5 MG DOSE PACK | OTHER MEDICAL CONDITIONS | 21.00 | 63.00 |
| PREDNISONE 5 MG TAB | OTHER MEDICAL CONDITIONS | 30.00 | 90.00 |
| PROCHLORPERAZINE 10 MG TAB | GASTROINTESTINAL HEALTH | 30.00 | 90.00 |
| PROMETHAZINE 12.5 MG TABLET | GASTROINTESTINAL HEALTH | 120.00 | 360.00 |
| PROMETHAZINE 25 MG TAB | GASTROINTESTINAL HEALTH | 30.00 | 90.00 |
| PROMETHAZINE 50 MG TAB | GASTROINTESTINAL HEALTH | 60.00 | 180.00 |
| PROMETHAZINE 6.25 MG/5 ML SYR | GASTROINTESTINAL HEALTH | 180.00 | 540.00 |
| PROMETHAZINE DM SYRUP | GASTROINTESTINAL HEALTH | 120.00 | 360.00 |
| PROPRANOLOL 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| PROPRANOLOL 20 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| PROPRANOLOL 40 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| PROPRANOLOL 80 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| RANITIDINE 150 MG TAB | GASTROINTESTINAL HEALTH | 60.00 | 180.00 |
| RANITIDINE 300 MG TAB | GASTROINTESTINAL HEALTH | 30.00 | 90.00 |
| SELENIUM 2.5% LOTION/SHAMPOO | SKIN CONDITIONS | 118.00 | 354.00 |
| SERTRALINE HCL 100 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| SERTRALINE HCL 25 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| SERTRALINE HCL 50 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| SILVER SULFADIAZINE 1% CRM | SKIN CONDITIONS | 50.00 | 150.00 |
| SIMVASTATIN 10 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| SIMVASTATIN 20 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| SIMVASTATIN 40 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| SIMVASTATIN 5 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| SIMVASTATIN 80 MG TAB | CHOLESTEROL | 30.00 | 90.00 |
| SOD CITRATE-CITRIC ACID SOLN | OTHER MEDICAL CONDITIONS | 473.00 | 1419.00 |
| SOTALOL 120 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| SOTALOL 160 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| SOTALOL 80 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| SPIRONOLACT/HCTZ 25/25 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| SPIRONOLACTONE 100 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| SPIRONOLACTONE 25 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| SPIRONOLACTONE 50 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| SULFAMETHOXAZOLE/TMP DS TAB | ANTIBIOTIC TREATMENT | 20.00 | 60.00 |
| SULFAMETHOXAZOLE/TMP SS TAB | ANTIBIOTIC TREATMENT | 28.00 | 84.00 |
| TAMOXIFEN 10 MG TAB | WOMAN'S HEALTH | 60.00 | 180.00 |
| TAMOXIFEN 20 MG TAB | WOMAN'S HEALTH | 30.00 | 90.00 |
| TERAZOSIN 1 MG CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| TERAZOSIN 10 MG CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| TERAZOSIN 2 MG CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| TERAZOSIN 5 MG CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| TERBINAFINE HCL 250 MG TAB | FUNGAL INFECTIONS | 30.00 | 90.00 |
| TIMOLOL 0.25% EYE DROPS | GLAUCOMA & EYE CARE | 5.00 | 15.00 |
| TIMOLOL 0.5% EYE DROPS | GLAUCOMA & EYE CARE | 5.00 | 15.00 |
| TRAZODONE 100 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| TRAZODONE 150 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| TRAZODONE 50 MG TAB | MENTAL HEALTH | 30.00 | 90.00 |
| TRIAMCINOLONE 0.025% CRM | SKIN CONDITIONS | 80.00 | 240.00 |
| TRIAMCINOLONE 0.025% OINT | SKIN CONDITIONS | 15.00 | 45.00 |
| TRIAMCINOLONE 0.1% CRM | SKIN CONDITIONS | 80.00 | 240.00 |
| TRIAMCINOLONE 0.1% OINT | SKIN CONDITIONS | 80.00 | 240.00 |
| TRIAMCINOLONE 0.5% CRM | SKIN CONDITIONS | 15.00 | 45.00 |
| TRIAMTERENE/HCTZ 37.5/25 CAP | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |

**Exhibit A – Page 10**

| List Name | Category | $9.99 30 Day Max Qty | $15.99 90 Day Max Qty |
|---|---|---|---|
| TRIAMTERENE/HCTZ 37.5/25 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| TRIAMTERENE/HCTZ 75/50 TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| TRIHEXYPHENIDYL 2 MG TAB | MENTAL HEALTH | 60.00 | 180.00 |
| TRIHEXYPHENIDYL 5 MG TAB | MENTAL HEALTH | 60.00 | 180.00 |
| TRI-VIT-FLUOR-IRON 0.25MG/ML | VITAMINS & NUTRITIONAL HEALTH | 50.00 | 150.00 |
| UREA 40% GEL | SKIN CONDITIONS | 15.00 | 45.00 |
| VERAPAMIL 120 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| VERAPAMIL 40 MG TAB | HEART HEALTH & BLOOD PRESSURE | 60.00 | 180.00 |
| VERAPAMIL 80 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| VINATE-M TAB | VITAMINS & NUTRITIONAL HEALTH | 30.00 | 90.00 |
| WARFARIN SODIUM 1 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| WARFARIN SODIUM 10 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| WARFARIN SODIUM 2 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| WARFARIN SODIUM 2.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| WARFARIN SODIUM 3 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| WARFARIN SODIUM 4 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| WARFARIN SODIUM 5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| WARFARIN SODIUM 6 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |
| WARFARIN SODIUM 7.5 MG TAB | HEART HEALTH & BLOOD PRESSURE | 30.00 | 90.00 |

## Generic Oral Contraceptives

| List Name | Qty | Price |
|---|---|---|
| ALYACEN 1-35-28 TABLET | 28.00 | 19.99 |
| ARANELLE 28 TABLET | 28.00 | 19.99 |
| BALZIVA 28 TABLET | 28.00 | 19.99 |
| CRYSELLE 28 TABLET | 28.00 | 19.99 |
| DASETTA 1-35-28 TABLET | 28.00 | 19.99 |
| DASETTA 7/7/7-28 TABLET | 28.00 | 19.99 |
| DEBLITANE 0.35 MG TAB 28 | 28.00 | 19.99 |
| ENSKYCE 28 TABLET | 28.00 | 19.99 |
| FALMINA - 28 TAB | 28.00 | 19.99 |
| GILDESS FE 1-20 TABLET | 28.00 | 19.99 |
| JULEBER - 28 TABLET | 28.00 | 19.99 |
| JUNEL FE 1MG-20MCG TABLET | 28.00 | 19.99 |
| KELNOR 1-35 28 TABLET | 28.00 | 19.99 |
| LARIN FE 1.5-30 TABLET | 28.00 | 19.99 |
| LESSINA-28 TABLET | 28.00 | 19.99 |
| LEVONEST-28 TABLET | 28.00 | 19.99 |
| LILLOW-28 TABLET | 28.00 | 19.99 |
| MARLISSA-28 TABLET | 28.00 | 19.99 |
| MICROGESTIN 21 1.5-30 TAB | 21.00 | 19.99 |
| MONO-LINYAH 28 TABLET | 28.00 | 19.99 |
| NECON 1-50-28 TABLET | 28.00 | 19.99 |

| List Name | Qty | Price |
|---|---|---|
| NORETHIND-ETH ESTRAD 1-0.02 MG | 21.00 | 19.99 |
| SETLAKIN 0.15-0.03 MG | 91.00 | 59.97 |
| SHAROBEL 0.35 MG TABLET | 28.00 | 19.99 |
| TRI-LINYAH TABLET | 28.00 | 19.99 |
| VELIVET 28 DAY TABLET | 28.00 | 19.99 |
| WERA 0.5/0.035 MG TABLET | 28.00 | 19.99 |

## Other Specially-Priced Items

| List Name | Qty | Price |
|---|---|---|
| TRUEMETRIX GLUCOSE TEST STRIPS | 50.00 | 17.99 |
| DOXYCYCLINE 100 MG CAP | 20.00 | 29.99 |
| DOXYCYCLINE 100 MG CAP | 60.00 | 89.97 |
| ZOLPIDEM TARTRATE 5 MG TAB | 30.00 | 19.99 |
| ZOLPIDEM TARTRATE 5 MG TAB | 90.00 | 59.97 |
| ZOLPIDEM TARTRATE 10 MG TAB | 30.00 | 19.99 |
| ZOLPIDEM TARTRATE 10 MG TAB | 90.00 | 59.97 |

At Rite Aid, we provide you with the support, products, pharmacy services, and the **wellness+ rewards** savings opportunities you need to keep your whole family healthy. With us, it's personal.

About Us (ht ps://www.riteaid.com/about-us)

Customer Care (ht ps://www.riteaid.com/customer-support)

## On ine Shop

Si e Help (https://www.riteaid.com/faq)

Corporate nfo (https://www.riteaid.com/corpora e)

Legal nformation (ht ps://www.riteaid.com/legal)



What does it mean to be a .Pharmacy-Verified Website?
Find out at www.safe.pharmacy.

(https://www.safe.pharmacy/)

© 2001-2018 Rite Aid Corp. All rights reserved.

**Exhibit A – Page 12**