1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS IN A CLASS ACTION CASE** |

11

12

13

14

15

16

17

18

19

20   On April 12, 2023, the Court denied the parties' Joint Motion for Entry of Stipulation

21   and Proposed Order Concerning Discovery and Other Pretrial Matters (ECF No. 286)

22   without prejudice, and required the parties to appear for a Status Conference to discuss the

23   scope of discovery necessary to brief the class certification motion and the appropriate

24   timeline to complete such discovery. *See* ECF No. 293. The Court has since held two Status

25   Conferences regarding discovery and other case management issues and has been working

26   with the parties to formulate a revised case schedule. *See* ECF Nos. 292, 300. Based on the

27   Court's most recent conference with the parties, and upon consultation with the presiding

28   District Judge in the case, the Court enters the following Amended Scheduling Order:

1    1.      All class discovery needed to complete the class certification motion, other

2  than third-party discovery, must be completed by **June 16, 2023**.

3    2.      The Court will hold Discovery Conferences before Magistrate Judge Allison

4  H. Goddard with counsel for the recipients of all outstanding third-party subpoenas and

5  counsel for the party that served the subpoena(s) at issue on the following dates and times:

6         a. On **June 23, 2023** at **9:00 a.m.**, the Court will hold a Discovery

7            Conference with Plaintiff's counsel and counsel for Envision Medical

8            Solutions, LLC n.k.a. Elixir Savings LLC ("EMS/Elixir") regarding

9            Plaintiff's outstanding RSP subpoena, as well as counsel for MedTrak

10           Services, LLC n.k.a. Elixir Rx Solutions, LLC ("MedTrak/Elixir")

11           regarding Plaintiff's outstanding PBM subpoena. The Court understands

12           that neither EMS/Elixir nor MedTrak/Elixir has yet responded to

13           Plaintiff's amended subpoenas, and Plaintiff has not yet confirmed

14           whether these entities are both under the umbrella of Envision

15           Pharmaceutical Services, LLC, as Plaintiff believes. Plaintiff's counsel

16           should notify the Court by **June 20, 2023** whether the two subpoenas may

17           be addressed during the same conference with third-party counsel.

18        b. On **June 23, 2023** at **10:00 a.m.**, the Court will hold a Discovery

19           Conference with Plaintiff's counsel and counsel for Medical Security Card

20           Company, LLC regarding Plaintiff's outstanding RSP subpoena.

21        c. On **June 23, 2023** at **11:00 a.m.**, the Court will hold a Discovery

22           Conference with Plaintiff's counsel and counsel for Change Healthcare

23           Solutions, LLC regarding Plaintiff's outstanding Switch Vendor subpoena.

24        d. On **June 23, 2023** at **1:00 p.m.**, the Court will hold a Discovery

25           Conference with Plaintiff's counsel and counsel for RelayHealth Corp.

26           regarding Plaintiff's outstanding Switch Vendor subpoena.

27        e. On **June 28, 2023** at **10:00 a.m.**, the Court will hold a Discovery

28           Conference with Plaintiff's counsel and counsel for Caremark, LLC

1    regarding Plaintiff's outstanding PBM subpoena.

2    f.   On **June 28, 2023** at **11:00 a.m.**, the Court will hold a Discovery

3         Conference with Plaintiff's counsel and counsel for DST Pharmacy

4         Solutions, Inc. f.k.a. Argus Health Systems, Inc. regarding Plaintiff's

5         outstanding PBM subpoena.

6    g.   On **June 28, 2023** at **1:00 p.m.**, the Court will hold a Discovery

7         Conference with counsel for both parties and counsel for Express Scripts

8         Holding Co. regarding both Plaintiff's and Defendant's outstanding PBM

9         subpoenas.

10   h.   On **June 30, 2023** at **9:00 a.m.**, the Court will hold a Discovery

11        Conference with counsel for both parties and counsel for Medco Health

12        Solutions, Inc. regarding both Plaintiff's and Defendant's outstanding

13        PBM subpoenas.

14   i.   On **June 30, 2023** at **10:00 a.m.**, the Court will hold a Discovery

15        Conference with counsel for both parties and counsel for MedImpact

16        Healthcare Systems, Inc. regarding both Plaintiff's and Defendant's

17        outstanding PBM subpoenas.

18   j.   On **June 30, 2023** at **11:00 a.m.**, the Court will hold a Discovery

19        Conference with counsel for both parties and counsel for OptumRx, Inc.

20        regarding both Plaintiff's and Defendant's outstanding PBM subpoenas.

21   k.   On **June 30, 2023** at **2:00 p.m.**, the Court will hold a Discovery

22        Conference with counsel for Defendant and counsel for Prime

23        Therapeutics LLC regarding Defendant's outstanding PBM subpoena.

24   With respect to each of the above conferences, the parties must notify the Court at

25   least 48 hours in advance if a resolution has been reached and Court intervention is no

26   longer needed regarding the outstanding subpoena(s) to be discussed. Each conference

27   shall take place on Zoom. One day prior to each conference, chambers staff will send an

28   invitation to counsel for the relevant parties at their email addresses of record and the email

addresses for third-party counsel provided in the parties' April 28, 2023 Joint Status Report. Counsel for the parties are **ORDERED** to provide notice of this Order to counsel for each of the above third-party entities.

3.      The deadline for the parties to raise any outstanding issues with the Court regarding discovery necessary to complete the briefing on the class certification motion is **July 14, 2023**. To raise any such issues with the Court, the parties must comply with Judge Goddard's Chambers Rules governing discovery disputes.

4.      Plaintiff's class certification motion must be filed by **August 14, 2023**. Plaintiff's counsel must obtain a motion hearing date in accordance with the chambers rules of the district judge.

5.      No later than **August 21, 2023**, the parties must submit a proposed briefing schedule for the class certification motion to the Court via email at efile_Goddard@casd.uscourts.gov. The Court will hold a Status Conference regarding the proposed briefing schedule on **August 22, 2023** at **11:00 a.m.** before Judge Goddard.

6.      The Mandatory Settlement Conference previously set for **April 26, 2024** at **9:30 a.m.** before Judge Goddard and all related deadlines remain in place as previously scheduled.

7.      All other dates and deadlines set forth in the Court's previous Scheduling Order (ECF No. 242) are **VACATED**. Within **three (3) days** of a ruling on the motion for class certification, the parties must jointly contact the Court via email (at efile_goddard@casd.uscourts.gov) to arrange a further case management conference for the purpose of resetting all remaining pretrial dates.

8.      The dates herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

Dated: May 3, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge

3:17-cv-01340-TWR-AHG