1 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
2 | Hal D. Cunningham (CA #243048)
  | Sean C. Russell (CA #308962)
3 | 600 W. Broadway, Suite 3300
4 | San Diego, CA 92101
  | Telephone: 619-233-4565
5 | Facsimile: 619-233-0508
6 | hcunningham@scott-scott.com
  | srussell@scott-scott.com
7 |
8 | *Counsel for Plaintiff Elizabeth Davis*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>RITE AID CORPORATION,<br><br>                Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE OF SEAN C. RUSSELL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE of the appearance of Sean C. Russell, an attorney with the firm Scott+Scott Attorneys at Law LLP, which is counsel of record for Plaintiff Elizabeth Davis. Mr. Russell respectfully requests to be added to the electronic service list in this case. Mr. Russell's contact information is as follows:

SCOTT+SCOTT ATTORNEYS AT LAW LLP
Sean C. Russell
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
Email: srussell@scott-scott.com

DATED: May 3, 2023  **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Sean C. Russell*
Hal D. Cunningham (CA #243048)
Sean C. Russell (CA #308962)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
hcunningham@scott-scott.com
srussell@scott-scott.com

*Counsel for Plaintiff Elizabeth Davis*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

                               */s/Sean C. Russell*
                               Sean C. Russell