

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal Cunningham (CA #243048)
Sean C. Russell (CA #308962)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com
srussell@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH  DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>RITE AID CORPORATION,<br><br>                    Defendant. | ) Lead Case No. 3:17-cv-01340-TWR-AHG<br>) (Consolidated with No. 3:18-cv-00152-<br>) TWR-AHG)<br>)<br>) <u>CLASS ACTION</u><br>)<br>) **MOTION TO WITHDRAW WALTER**<br>) **W. NOSS AS ASSOCIATED**<br>) **ATTORNEY OF RECORD AND**<br>) **REQUEST FOR REMOVAL FROM**<br>) **CM/ECF SERVICE LIST**<br>)<br>)<br>)<br>) |

MOTION TO WITHDRAW
No. 3:17-cv-01340-TWR-AHG

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD AND THEIR ATTORNEYS OR RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Rule 83.3(f)(3) of the Local Rules of the United States District Court for the Southern District of California, and relying upon the attached Declaration, Hal Cunningham, an attorney for Plaintiffs in the above-captioned matter, hereby moves for an order granting the withdrawal of Walter W. Noss, as associated counsel in this matter.  The Plaintiffs will continue to be represented by counsel from Scott+Scott Attorneys at Law LLP who have already appeared in this matter.

**DATED**: May 8, 2023                      Respectfully submitted,

                                            **SCOTT+SCOTT ATTORNEYS
                                            AT LAW LLP**

                                            */s/ Hal Cunningham*
                                            Hal Cunningham (CA #243048)
                                            Sean C. Russell (CA #308962)
                                            600 W. Broadway, Suite 3300
                                            San Diego, CA 92101
                                            Telephone: 619-233-4565
                                            Facsimile:  619-233-0508
                                            hcunningham@scott-scott.com
                                            srussell@scott-scott.com

                                            **SCOTT+SCOTT ATTORNEYS AT
                                            LAW LLP**
                                            Joseph P. Guglielmo (*pro hac vice*)
                                            Erin Green Comite (*pro hac vice*)
                                            Carey Alexander (*pro hac vice*)
                                            Amanda M. Rolon (*pro hac vice*)
                                            Ethan S. Binder (*pro hac vice*)
                                            The Helmsley Building
                                            230 Park Avenue, 17th Floor
                                            New York, NY 10169
                                            Telephone: 212-223-6444

Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

**ROBBINS GELLER RUDMAN &**
**& DOWD LLP**
David W. Mitchell (199706)
Robert R. Henssler, Jr. (216165)
Arthur L. Shingler, III (181719)
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile:  619-231-7423
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

**ROBBINS GELLER RUDMAN &**
**& DOWD LLP**
Stuart A. Davidson (*pro hac vice*)
Mark J. Dearman (*pro hac vice*)
225 NE Mizner Boulevard, Suite 270
Boca Raton, FL 33432
Telephone: 561/750-3000
Facsimile: 561/750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*pro hac vice*)
David C. Magana, Jr. (*pro hac vice*)
510 Walnut Street – Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ROBBINS LLP**
George C. Aguilar (126535)
Gregory E. Del Gaizo (247319)
5060 Shoreham Place
San Diego, CA 92112
Telephone: 619-525-3990
Facsimile:  619-525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com

**LAW OFFICE OF ALFRED G.
YATES, JR., P.C.**
Alfred G. Yates, Jr. (*pro hac vice*)
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: 412-391-5164
Facsimile:  412-471-1033
yateslaw@aol.com

*Attorneys for Plaintiffs*

3

MOTION TO WITHDRAW
No. 3:17-cv-01340-TWR-AHG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/Hal Cunningham*
Hal Cunningham

4

MOTION TO WITHDRAW
No. 3:17-cv-01340-TWR-AHG