**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal Cunningham (CA #243048)
Sean C. Russell (CA #308962)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com
srussell@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG<br>(Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF HAL CUNNINGHAM IN SUPPORT OF MOTION TO WITHDRAW WALTER W. NOSS AS ASSOCIATED ATTORNEY OF RECORD AND REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** |

DECL. OF HAL CUNNINGHAM ISO MOTION TO WITHDRAW
No. 3:17-cv-01340-TWR-AHG

I, Hal Cunningham, an attorney duly admitted to practice law in the State of California, declare under penalty of perjury under the laws of the United States of America, as follows:

1. I am associated with the firm Scott+Scott Attorneys at Law LLP ("Scott+Scott") and am one of the attorneys representing Plaintiffs in the above-captioned matter. I submit this declaration in support of the motion to withdraw Walter W. Noss as counsel for Plaintiffs.

2. The Plaintiffs will continue to be represented by the remaining attorneys of Scott+Scott, who have already appeared on behalf of Plaintiffs in the above-captioned action.

3. Walter W. Noss's withdrawal from this matter will not interfere with or require the extension of any deadlines set by the Court.

Dated: May 8, 2023

*/s/ Hal Cunningham*
Hal Cunningham

---

1
DECL. OF HAL CUNNINGHAM ISO MOTION TO WITHDRAW
No. 3:17-cv-01340-TWR-AHG