UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                              Defendant. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER GRANTING MOTION TO WITHDRAW WALTER W. NOSS AS ASSOCIATED ATTORNEY OF RECORD FOR PLAINTIFFS**<br><br>(ECF No. 307) |

      Presently before the Court is the Motion to Withdraw Walter W. Noss as Associated Attorney of Record and Request for Removal from CM/ECF Service List ("Mot.," ECF No. 307), with Plaintiffs Bryon Stafford and Elizabeth Davis to continue to be represented by the remaining counsel of record from Scott+Scott Attorneys at Law LLP. Good cause appearing, the Court **GRANTS** the Motion. Accordingly, the Clerk of the Court **SHALL UPDATE** the docket to reflect the withdrawal of Mr. Noss as counsel for Plaintiffs.

      **IT IS SO ORDERED.**

Dated: May 9, 2023

                                                        Honorable Todd W. Robinson
                                                        United States District Judge