1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal Cunningham (CA #243048)
Sean C. Russell (CA #308962)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com
srussell@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

BRYON STAFFORD and
ELIZABETH  DAVIS, Individually
and on Behalf of All Others Similarly
Situated,

Plaintiffs,

v.

RITE AID CORPORATION,

Defendant.

) Lead Case No. 3:17-cv-01340-TWR-
) AHG(Consolidated with No. 3:18-cv-
) 00152-TWR-AHG)
)
)
) <u>CLASS ACTION</u>
)
) **PLAINTIFFS' UNOPPOSED *EX***
) ***PARTE* MOTION TO AMEND**
) **APPEARANCE OF COUNSEL OF**
) **RECORD**
)
)
)
)

DATE: *Ex Parte*
TIME: *Ex Parte*
CTRM: 3A/Third Floor
JUDGE: Hon. Todd W. Robinson

PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE
OF COUNSEL OF RECORD

No. 3:17-cv-01340-TWR-AHG

Pursuant to CivLR 83.3(c)(4) & 83.3(g), Plaintiffs Bryon Stafford and Elizabeth Davis ("Plaintiffs") hereby respectfully move *ex parte* to amend the appearances of Carey Alexander and Alfred G. Yates, Jr. to reflect that they are counsel of record for Plaintiffs Bryon Stafford and Elizabeth Davis.  In support of their motion, Plaintiffs state as follows:

1.      On September 5, 2019, Mr. Alexander submitted a Request to Appear *Pro Hac Vice* representing former Plaintiff Robert Josten.  No. 3:18-cv-00152, ECF No. 42.  The Request was approved by Order dated September 5, 2019.  *Id.*, ECF No. 43.

2.      On September 23, 2019, Mr. Yates submitted a Request to Appear *Pro Hac Vice* representing former Plaintiff Robert Josten.  No. 3:18-cv-00152, ECF No. 49.  The Request was approved by Order dated September 23, 2019.  *Id.*, ECF No. 50.

3.      By Order dated October 24, 2019, the Court consolidated No. 3:18-cv-00152 with 3:17-cv-01340 for all pre-trial proceedings.  ECF No. 101.

4.      By stipulation dated April 28, 2023, Plaintiffs dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Josten and the Josten Complaint.  ECF No. 298.

5.      Mr. Alexander and Mr. Yates appear on the Fourth Amended Class Action Complaint as attorneys for Plaintiffs Stafford and Davis.  ECF No. 304 at 31 & 33.

6.      Plaintiffs respectfully submit that grounds exist for considering this motion on an *ex parte* basis.  While Mr. Alexander and Mr. Yates represent Plaintiffs, they currently appear on the docket only as counsel of record for former Plaintiff Robert Josten.  Plaintiffs respectfully request that Mr. Alexander and Mr. Yates participate in the Mandatory Settlement Conference before Judge Goddard scheduled for June 7, 2023.  ECF No. 293.  Prejudice will result without the

1

1  requested *ex parte* relief because Mr. Alexander and Mr. Yates may be unable to

2  participate in the Mandatory Settlement Conference without the requested relief.

3  Plaintiffs have acted diligently in bringing this issue to the attention of Defendants

4  Rite Aid Corporation and Rite Aid Headquarters Corporation (collectively, "Rite

5  Aid") within a reasonable time prior to filing this motion.  Declaration of Carey

6  Alexander, filed concurrently herewith, ¶2.  Plaintiffs conferred with Rite Aid.  *Id.*

7  Rite Aid does not oppose the relief requested herein.  *Id.*, ¶3.

8      WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs'

9  unopposed *ex parte* motion and direct the Clerk of the Court to amend the

10 appearances of Mr. Alexander and Mr. Yates to reflect that they are counsel of

11 record for Plaintiffs Stafford and Davis.

12

13 **DATED**: June 1, 2023                    Respectfully submitted,

14                                            **SCOTT+SCOTT ATTORNEYS**
                                              **AT LAW LLP**
15

16                                            */s/   Hal Cunningham*
                                              _____
17                                            Hal Cunningham (CA #243048)
                                              Sean C. Russell (CA #308962)
18                                            600 W. Broadway, Suite 3300
                                              San Diego, CA 92101
19                                            Telephone: 619-233-4565
                                              Facsimile:  619-233-0508
20                                            hcunningham@scott-scott.com
                                              srussell@scott-scott.com
21

22

23                                            **SCOTT+SCOTT ATTORNEYS AT**
                                              **LAW LLP**
24                                            Joseph P. Guglielmo (*pro hac vice*)
25                                            Erin Green Comite (*pro hac vice*)
                                              Carey Alexander (*pro hac vice*)
26                                            Amanda M. Rolon (*pro hac vice*)
27                                            Ethan S. Binder (*pro hac vice*)

                                              2
28 PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE
                        OF COUNSEL OF RECORD
                        No. 3:17-cv-01340-TWR-AHG

The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
jguglielmo@scott-scott.com
ecomite@scott-scott.com
calexander@scott-scott.com
arolon@scott-scott.com
ebinder@scott-scott.com

**ROBBINS GELLER RUDMAN &**
**& DOWD LLP**
David W. Mitchell (199706)
Robert R. Henssler, Jr. (216165)
Arthur L. Shingler, III (181719)
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile:  619-231-7423
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

**ROBBINS GELLER RUDMAN &**
**& DOWD LLP**
Stuart A. Davidson (*pro hac vice*)
Mark J. Dearman (*pro hac vice*)
225 NE Mizner Boulevard, Suite 270
Boca Raton, FL 33432
Telephone: 561/750-3000
Facsimile: 561/750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*pro hac vice*)
David C. Magana, Jr. (*pro hac vice*)
510 Walnut Street – Suite 500
Philadelphia, PA  19106

3

PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE
OF COUNSEL OF RECORD
No. 3:17-cv-01340-TWR-AHG

Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

**ROBBINS LLP**
George C. Aguilar (126535)
Gregory E. Del Gaizo (247319)
5060 Shoreham Place
San Diego, CA 92112
Telephone: 619-525-3990
Facsimile:  619-525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr. (*pro hac vice*)
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: 412-391-5164
Facsimile:  412-471-1033
yateslaw@aol.com

*Attorneys for Plaintiffs*

4

PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE
OF COUNSEL OF RECORD
No. 3:17-cv-01340-TWR-AHG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.


*/s/ Hal Cunningham*
Hal Cunningham

5

PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE
OF COUNSEL OF RECORD
No. 3:17-cv-01340-TWR-AHG