**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal Cunningham (CA #243048)
Sean C. Russell (CA #308962)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
hcunningham@scott-scott.com
srussell@scott-scott.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>RITE AID CORPORATION,<br><br>  Defendant. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>**DECLARATION OF CAREY ALEXANDER IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE OF COUNSEL OF RECORD**<br><br>DATE: *Ex Parte*<br>TIME: *Ex Parte*<br>CTRM: 3A/Third Floor<br>JUDGE: Hon. Todd W. Robinson |

DECLARATION OF CAREY ALEXANDER IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE OF COUNSEL OF RECORD
No. 3:17-cv-01340-TWR-AHG

I, Carey Alexander, hereby declare pursuant to 28 U.S.C. §1746 as follows:

1. I am a partner at the law firm of Scott+Scott Attorneys at Law LLP and admitted to practice in this Court *pro hac vice*. I submit this Declaration in support of Plaintiffs' Unopposed *Ex Parte* Motion to Amend Appearances of Counsel of Record (the "Motion"). I have personal knowledge of the facts set forth herein and could testify competently to them if called upon to do so.

2. Plaintiffs conferred with Rite Aid on June 1, 2023, regarding the relief requested in the Motion and provided Rite Aid a draft of the Motion to review.

3. Rite Aid has confirmed that it does not oppose the Motion.

**Executed On**: June 1, 2023         /s/
                                       Carey Alexander
                                       New York, NY

1
DECLARATION OF CAREY ALEXANDER IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE OF COUNSEL OF RECORD
No. 3:17-cv-01340-TWR-AHG

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/ Carey Alexander

2

DECLARATION OF CAREY ALEXANDER IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE OF COUNSEL OF RECORD
No. 3:17-cv-01340-TWR-AHG