UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED *EX PARTE* MOTION TO AMEND APPEARANCE OF COUNSEL OF RECORD**<br><br>(ECF No. 311) |

Presently before the Court is Plaintiffs Bryon Stafford and Elizabeth Davis's Unopposed *Ex Parte* Motion to Amend Appearance of Counsel of Record ("*Ex Parte* Mot., ECF No. 311). Good cause appearing, the Court **GRANTS** the *Ex Parte* Motion and **DIRECTS** the Clerk of Court to amend the appearances of Carey Alexander and Alfred G. Yates, Jr. to reflect that they are counsel of record for Plaintiffs Stafford and Davis.

**IT IS SO ORDERED.**

Dated: June 5, 2023

Honorable Todd W. Robinson
United States District Judge