UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                        Defendant. | Lead Case No.: 3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER RESETTING CERTAIN DISCOVERY CONFERENCES REGARDING THIRD-PARTY SUBPOENAS** |

In the Court's Amended Scheduling Order (ECF No. 305), the Court set a number of Discovery Conferences before Magistrate Judge Allison H. Goddard with counsel for the recipients of all outstanding third-party subpoenas and counsel for the party that served the subpoena(s) at issue. *See id.* at 2-3. Due to scheduling conflicts on the part of counsel for certain third-party subpoena recipients, and upon consultation with counsel for all parties, the Court hereby **RESETS** the following Discovery Conferences:

a. On **July 5, 2023** at **9:30 a.m.**, the Court will hold a Discovery Conference with counsel for both parties and counsel for MedImpact Healthcare Systems, Inc. regarding both Plaintiff's and Defendant's outstanding PBM subpoenas.

b. On **July 5, 2023** at **10:30 a.m.**, the Court will hold a Discovery Conference with Plaintiff's counsel and counsel for DST Pharmacy Solutions, Inc. f.k.a. Argus Health Systems, Inc. regarding Plaintiff's outstanding PBM subpoena and Defendant's anticipated forthcoming PBM subpoena.

All other Discovery Conferences regarding third-party subpoenas that were set in the Amended Scheduling Order remain in place as previously scheduled. As previously ordered, the parties must notify the Court at least 48 hours in advance if a resolution has been reached and Court intervention is no longer needed regarding the outstanding subpoena(s) to be discussed. Each conference shall take place on Zoom. One day prior to each conference, chambers staff will send an invitation to counsel for the relevant parties at their email addresses of record and the email addresses for third-party counsel provided in the parties' April 28, 2023 Joint Status Report.

IT IS SO ORDERED.

Dated: June 6, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge