UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>                                              Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                                              Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER RESETTING CERTAIN DISCOVERY CONFERENCES REGARDING THIRD-PARTY SUBPOENAS** |

In the Court's Amended Scheduling Order (ECF No. 305), the Court set a number of Discovery Conferences before Magistrate Judge Allison H. Goddard with counsel for the recipients of all outstanding third-party subpoenas and counsel for the party that served the subpoena(s) at issue. *See id.* at 2-3. Upon the request of counsel for Plaintiffs and counsel for subpoena recipients Change Healthcare Solutions, LLC and RelayHealth Corp., to allow them more time to continue meeting and conferring before resorting to Court intervention, the Court hereby **RESETS** the following Discovery Conferences:

a. On **June 30, 2023** at **10:00 a.m.**, the Court will hold a Discovery Conference with Plaintiff's counsel and counsel for Change Healthcare Solutions, LLC regarding Plaintiff's outstanding Switch Vendor subpoena.

b. On **June 30, 2023** at **10:30 a.m.**, the Court will hold a Discovery Conference with Plaintiff's counsel and counsel for RelayHealth Corp. regarding Plaintiff's outstanding Switch Vendor subpoena.

All other Discovery Conferences regarding third-party subpoenas that were set in the Amended Scheduling Order remain in place as previously scheduled. As previously ordered, the parties must notify the Court at least 48 hours in advance if a resolution has been reached and Court intervention is no longer needed regarding the outstanding subpoena(s) to be discussed. Each conference shall take place on Zoom. One day prior to each conference, chambers staff will send an invitation to counsel for the relevant parties at their email addresses of record and the email addresses for third-party counsel provided in the parties' April 28, 2023 Joint Status Report.

**IT IS SO ORDERED.**

Dated: June 22, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge