1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER RESETTING DISCOVERY CONFERENCES REGARDING THIRD-PARTY SUBPOENAS SERVED ON OPTUMRX, INC. AND EXPRESS SCRIPTS HOLDING CO.** |

In the Court's Amended Scheduling Order (ECF No. 305), the Court set a number of Discovery Conferences before Magistrate Judge Allison H. Goddard with counsel for the recipients of all outstanding third-party subpoenas and counsel for the party that served the subpoena(s) at issue. *See id.* at 2-3. Due to a scheduling conflict on the part of counsel for third party OptumRx, Inc., the Court hereby **RESETS** the Discovery Conference previously set for June 30, 2023 regarding both Plaintiff's and Defendant's outstanding PBM subpoenas on OptumRx, Inc. to **July 11, 2023** at **11:15 a.m.** before Judge Goddard.

Additionally, third-party subpoena recipients Express Scripts Holding Co. ("Express Scripts") and MedCo Health Solutions, Inc. ("MedCo") are represented by the same counsel, and the parties have accordingly requested that the conference with Express Scripts on June 28 be consolidated with the MedCo conference two days later. Good cause appearing, the Court **GRANTS** the request. The Court will hold a Discovery Conference with counsel for both parties and counsel for Express Scripts and MedCo regarding both Plaintiff's and Defendant's outstanding PBM subpoenas on each of those entities at the same time on **June 30, 2023** at **9:00 a.m.** The conference previously set for June 28, 2023 regarding the Express Scripts subpoenas is **VACATED**.

As previously ordered, the parties must notify the Court at least 48 hours in advance if a resolution has been reached and Court intervention is no longer needed regarding the outstanding subpoena(s) to be discussed. One day prior to the conference, chambers staff will send a Zoom invitation to counsel for the relevant parties at their email addresses of record and the email addresses for third-party counsel provided in the parties' April 28, 2023 Joint Status Report.

**IT IS SO ORDERED.**

Dated: June 22, 2023

_Allison H. Goddard_
Honorable Allison H. Goddard
United States Magistrate Judge