1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No.: 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>Applicable to *Stafford v. Rite Aid Corp.*, Case No. 3:17-cv-01340-TWR-AHG<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING DEPOSITION OF PLAINTIFF ELIZABETH DAVIS** |

Plaintiffs Bryon Stafford and Elizabeth Davis (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Defendants" or "Rite Aid," and collectively with Plaintiffs, the "Parties") hereby stipulate as follows:

WHEREAS the Court issued an Order concerning the voluntary dismissal of Plaintiff Robert Josten and the addition of a new plaintiff, Elizabeth Davis, on May 1, 2023 (ECF No. 299) ("Order");

WHEREAS the Order provided that the "deposition of Plaintiff Davis shall be taken by July 12, 2023, or . . . within fourteen (14) days of the resolution of any third party subpoenas directed at Plaintiff Davis's health plans, whichever date is later." (Order ¶ 8);

WHEREAS Rite Aid issued subpoenas and document requests to Plaintiff Davis's health plans and her former employer for relevant health plan documents and plan coverage information;

WHEREAS Rite Aid has not yet received the requested third-party discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. Rite Aid will continue to pursue the outstanding third-party discovery from Davis's health plans and former employer; and

2. Rite Aid will take the deposition of Plaintiff Davis on or before August 4, 2023; and

3. This stipulation shall not affect the Court's Amended Scheduling Order (ECF No. 305), including Plaintiffs' class certification filing on August 14, 2023.

/
/
/
/

| | | |
|---|---|---|
| 1 | DATED: July 3, 2023 | Respectfully submitted, |
| 2 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **HUNTON ANDREWS KURTH LLP** |
| 3 | | |
| 4 | /s/ *Joseph P. Guglielmo* | /s/ *Kirk A. Hornbeck* |
| 5 | Joseph P. Guglielmo (*pro hac vice*) | Ann Marie Mortimer (169077) |
| 6 | Erin Green Comite (*pro hac vice*) | Kirk A. Hornbeck (241708) |
|   | Carey Alexander (*pro hac vice*) | 550 South Hope Street, Suite 2000 |
| 7 | The Helmsley Building | Los Angeles, CA 90071 |
| 8 | 230 Park Avenue, 17th Floor | Telephone: 213-532-2000 |
|   | New York, NY 10169 | Facsimile: 213-532-2020 |
| 9 | Telephone: 212-223-6444 | amortimer@huntonak.com |
| 10 | Facsimile: 212-223-6334 | khornbeck@huntonak.com |
|   | jguglielmo@scott-scott.com | |
| 11 | ecomite@scott-scott.com | **HUNTON ANDREWS KURTH LLP** |
| 12 | calexander@scott-scott.com | Neil K. Gilman (*pro hac vice*) |
|   | | Christopher J. Dufek (*pro hac vice*) |
| 13 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | Destiny Stokes (343002) |
| 14 | | 2200 Pennsylvania Avenue, N.W. |
|   | Hal D. Cunningham (243048) | Washington, D.C. 20037 |
| 15 | 600 W. Broadway, Suite 3300 | Telephone: 202-955-1500 |
| 16 | San Diego, CA 92101 | Facsimile: 202-778-2201 |
|   | Telephone: 619-233-4565 | ngilman@huntonak.com |
| 17 | Facsimile: 619-233-0508 | cdufek@huntonak.com |
| 18 | hcunningham@scott-scott.com | dstokes@huntonak.com |
| 19 | **ROBBINS GELLER RUDMAN & DOWD LLP** | **HUNTON ANDREWS KURTH LLP** |
| 20 | | John B. Shely (*pro hac vice*) |
|   | David W. Mitchell (199706) | Courtney B. Glaser (*pro hac vice*) |
| 21 | Robert R. Henssler, Jr. (216165) | Kelsey J. Hope (*pro hac vice*) |
| 22 | Arthur L. Shingler, III (181719) | 600 Travis Street |
|   | 655 W. Broadway, Suite 1900 | Houston, TX 77002 |
| 23 | San Diego, CA 92101 | Telephone: 713-220-4200 |
| 24 | Telephone: 619-231-1058 | Facsimile: 713-220-4285 |
|   | Facsimile: 619-231-7423 | jshely@huntonak.com |
| 25 | davidm@rgrdlaw.com | courtneyglaser@huntonak.com |
| 26 | bhenssler@rgrdlaw.com | kelseyhope@huntonak.com |
|   | ashingler@rgrdlaw.com | |
| 27 | | **JASSY VICK CAROLAN LLP** |
| 28 | **ROBBINS GELLER RUDMAN & DOWD LLP** | William T. Um (166536) |
|   | | 355 South Grand Avenue, Suite 2450 |

| | | |
|---|---|---|
| 1 | Stuart A. Davidson (*pro hac vice*) | Los Angeles, CA 90071 |
| 2 | Mark J. Dearman (*pro hac vice*) | Telephone:  310-870-7048 |
| | 225 NE Mizner Blvd., Suite 720 | Facsimile:  310-870-7010 |
| 3 | Boca Raton, FL  33432 | wum@jassyvick.com |
| 4 | Telephone:  561-750-3000 | |
| | Facsimile:  561-750-3364 | *Attorneys for Defendants* |
| 5 | sdavidson@rgrdlaw.com | |
| 6 | mdearman@rgrdlaw.com | |

<br>

**LEVIN SEDRAN & BERMAN, LLP**
Charles E. Schaffer (*pro hac vice*)
David C. Magagna, Jr. (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Telephone:  (215) 592-1500
Facsimile:  (215) 592-4663
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

**ROBBINS LLP**
George C. Aguilar (126535)
Gregory E. Del Gaizo (247319)
5040 Shoreham Place
San Diego, CA 92112
Telephone: 619-525-3990
Facsimile:  619-525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
Alfred G. Yates, Jr. (*pro hac vice*)
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: 412-391-5164
Facsimile:  412-471-1033
yateslaw@aol.com

*Attorneys for Plaintiffs*

1  **IT IS SO ORDERED.**

2  Dated: _____

3

4  _____
   HONORABLE TODD W. ROBINSON

# **ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 3, 2023

By: _____*/s/ Kirk A. Hornbeck*_____
       Kirk A. Hornbeck