UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, individually and on behalf of all others similarly situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                          Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND STIPULATED DEADLINE TO DEPOSE PLAINTIFF ELIZABETH DAVIS**<br><br>**[ECF No. 329]** |

Before the Court is the parties' Stipulation and Proposed Order Concerning Deposition of Elizabeth Davis. ECF No. 329. On May 1, 2023, pursuant to the parties' stipulation, the Court issued an Order Concerning Voluntary Dismissal of Plaintiff Robert Josten and Addition of New Plaintiff (ECF No. 299), in which the Court permitted Plaintiff Elizabeth Davis to join this consolidated action through amendment to the *Stafford* Complaint. As part of that Order, the Court set a deadline for the deposition of Plaintiff Davis of July 12, 2023, or within 14 days of the Court resolving any outstanding discovery disputes concerning Plaintiff's Davis's discovery responses, or within fourteen days of the resolution of any third-party subpoenas directed at Plaintiff Davis's health plans, whichever is later. *Id.* at 3. The parties now request that the deadline to depose Plaintiff Davis be extended to August 4, 2023. ECF No. 329 at 2. In support of this request, the parties explain that Defendant Rite Aid has not yet received certain third-party discovery requested from Plaintiff Davis's health plans and her former employer for relevant health plan documents and plan coverage information. *Id.*

Good cause appearing, the parties' motion (ECF No. 329) is **GRANTED**. Pursuant to the parties' joint stipulation, it is hereby **ORDERED** as follows:

1. Rite Aid will continue to pursue the outstanding third-party discovery from Plaintiff Davis's health plans and former employer; and
2. Rite Aid will take the deposition of Plaintiff Davis on or before **August 4, 2023**; and
3. All other dates set forth in the Court's Amended Scheduling Order (ECF No. 305), including Plaintiffs' August 14, 2023 class certification filing deadline, remain in place as previously set.

**IT IS SO ORDERED.**

Dated: July 6, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge