UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　　　　Defendant. | Lead Case No.: 3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCES** |

The Court has held several Discovery Conferences in this action over the past three weeks to discuss the status of outstanding third-party subpoenas with counsel for each side and counsel for the relevant subpoena recipients. *Se* ECF Nos. 322, 323, 325, 328, 330, 333. Based on the discussions held during those Discovery Conferences, and upon a review of the record, the Court hereby **ORDERS** as follows:

1. As stated in the Court's Amended Scheduling Order (ECF No. 305), the parties' deadline to raise any outstanding issues with the Court regarding discovery necessary to complete the briefing on the class certification is **July 14, 2023**. By that deadline, the parties must submit a Joint Status Report via email to efile_Goddard@casd.uscourts.gov, outlining any outstanding discovery issues that may impede class certification briefing.

2. After reviewing the parties' Joint Status Report, if necessary, the Court will set a deadline for the parties to pursue motion practice in the appropriate jurisdiction(s) on any outstanding issues regarding third-party discovery.

3. The deadline for Plaintiffs to file their motion for class certification remains as previously set on **August 14, 2023**. However, the Court will reevaluate that deadline after reviewing the Joint Status Report.

**IT IS SO ORDERED.**

Dated: July 12, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge