UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.: 3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS IN A CLASS ACTION CASE** |

On July 12, 2023, the Court issued an Order Following Discovery Conferences, which (1) set a deadline of July 14 for the parties to file a Joint Status Report regarding all outstanding issues regarding discovery necessary to complete class certification briefing; (2) stated that the Court would set a deadline for the parties to pursue motion practice in the appropriate jurisdiction(s) on any outstanding third-party discovery issues; and (3) stated that the Court would reevaluate Plaintiffs' August 14, 2023 deadline to file their motion for class certification after reviewing the parties' Joint Status Report. ECF No. 334.

The parties timely lodged their Joint Status Report with the Court via email on July 14, 2023. Although the Court is satisfied that the parties have acted with diligence to

address and resolve disputes in an efficient manner, and have worked cooperatively with one another and with third parties in the meet-and-confer process, there are still numerous outstanding discovery disputes that must be resolved before the parties will be able to complete class certification briefing.

As stated during each Discovery Conference involving third-party discovery, the Court is cognizant that motion practice regarding third-party subpoenas must take place in the district where compliance is required. Fed. R. Civ. P. 45(d)(2)(B)(i); (d)(3). Therefore, this Court does not have jurisdiction over the third-party subpoenas at issue where compliance is required in other districts. Nonetheless, to keep this litigation moving forward, the Court sets a deadline of **August 7, 2023** for the parties to this action to file motions to compel any outstanding third-party discovery needed for class certification briefing in the appropriate district(s) where compliance is required.

Additionally, upon consideration of the other unresolved discovery issues that may bear on the class certification briefing, the Court **AMENDS** the Scheduling Order as follows:

1. Plaintiff's class certification motion must be filed by **October 6, 2023**. Plaintiff's counsel must obtain a motion hearing date in accordance with the chambers rules of the district judge.

2. No later than **October 11, 2023**, the parties must submit a proposed briefing schedule for the class certification motion to the Court via email at efile_Goddard@casd.uscourts.gov. The Court will hold a Status Conference regarding the proposed briefing schedule on **October 12, 2023** at **1:30 p.m.** before Judge Goddard.

3. The Mandatory Settlement Conference previously set for **April 26, 2024** at **9:30 a.m.** before Judge Goddard and all related deadlines remain in place as previously scheduled.

4. All other dates and deadlines set forth in the Court's previous Scheduling Order (ECF No. 242) are **VACATED**. Within **three (3) days** of a ruling on the motion for class certification, the parties must jointly contact the Court via email (at

efile_goddard@casd.uscourts.gov) to arrange a further case management conference for the purpose of resetting all remaining pretrial dates.

5. The dates herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

Dated: July 24, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge