UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>                                 Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER SETTING DISCOVERY CONFERENCE** |

This matter comes before the Court pursuant to a joint email from the parties requesting Court intervention in a discovery dispute. The parties' dispute concerns the sufficiency of Defendant Rite Aid Corporation's ("Rite Aid") designated 30(b)(6) witness Amy Harvey's testimony regarding Topic No. 12 of Plaintiffs' Amended Consolidated Notice of Videotaped Deposition. Plaintiffs argue that Rite Aid should be compelled to adequately prepare and designate a supplemental witness to testify regarding Topic No. 12 as it relates to Rite Aid's reporting of usual and customary prices. Rite Aid contends that the 30(b)(6) witness's testimony on this topic is sufficient, and that Ms. Harvey should not be required to sit for a second deposition on the same topic. The parties have been unable to reach a compromise solution on the dispute by way of declaration testimony in lieu of a further deposition.

As previously arranged with the parties, the Court will hold a Discovery Conference on the dispute on **July 26, 2023** at **11:00 a.m.** before Magistrate Judge Allison H. Goddard. The conference shall take place using the Court's official Zoom account. Chambers staff has already circulated a Zoom invitation to all counsel on the existing email thread regarding the dispute.

**IT IS SO ORDERED.**

Dated: July 24, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge