UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | Lead Case No.: 3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　The Court held a Discovery Conference on July 26, 2023, to discuss the parties' dispute regarding the sufficiency of Defendant's 30(b)(6) witness testimony regarding Topic No. 12 of Plaintiffs' Amended Consolidated Notice of Deposition, which sought testimony regarding:

　　　The processing and adjudication of claims for the purchase of Prescription Drugs, including the parties involved; the logic used to adjudicate claims; the

information produced or exchanged as part of the adjudication process; and Rite Aid HQ's understanding of and implementation of the data elements and code values associated with the standards promulgated by the National Counsel for Prescription Drug Programs.

The parties have been engaged in meet-and-confer efforts to prepare a declaration by Rite Aid's 30(b)(6) witness in lieu of supplemental deposition testimony on this topic, but they have thus far been unable to agree on the language of the declaration. During the Discovery Conference, the Court provided guidance regarding possible compromise solutions for the declaration language. However, if the parties cannot agree, Plaintiffs may move to compel supplemental 30(b)(6) deposition testimony on this topic by way of a joint motion. Accordingly, the Court **SETS** the following briefing schedule to govern the parties' Joint Motion for Resolution of this issue:

(1) No later than **August 2, 2023**, counsel for Plaintiffs must provide a draft of the Joint Motion to Defendant's counsel, which should set forth Plaintiffs' position as a motion to compel supplemental 30(b)(6) deposition testimony on Topic No. 12 of Plaintiffs' Amended Consolidated Notice of Deposition.

(2) Defense counsel must provide a responsive draft of the Joint Motion containing Defendant's position in opposition to the motion to compel no later than **August 9, 2023**.

(3) Thereafter, counsel for both parties must meet and confer regarding any changes that either side would like to make to its portion of the Joint Motion prior to filing, with the understanding that each side should have provided—at least in substance—a complete statement of its position in the initial drafts.

(4) Plaintiffs must file the Joint Motion by **August 10, 2023**.

(5) The Joint Motion shall be limited to **ten pages** in length (five pages per side), not including exhibits.

If either side believes that the other side has participated in unfair gamesmanship by, e.g., propounding entirely new substantive arguments in final draft changes at the eleventh hour, and they cannot resolve their dispute during the meet-and-confer process required of

counsel before filing, counsel should alert the Court to that issue via email at efile_Goddard@casd.uscourts.gov. Counsel are encouraged to continue meeting and conferring on the dispute throughout the motion drafting process.

**IT IS SO ORDERED.**

Dated: July 26, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge