1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No.: 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>Applicable to *Stafford v. Rite Aid Corp.*, Case No. 3:17-cv-01340-TWR-AHG<br><br>**STIPULATION CONCERNING DEPOSITION OF PLAINTIFF ELIZABETH DAVIS** |

Plaintiffs Bryon Stafford and Elizabeth Davis (collectively, "Plaintiffs") and Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Defendants" or "Rite Aid," and collectively with Plaintiffs, the "Parties") hereby stipulate as follows:

WHEREAS the Court issued an Order concerning the voluntary dismissal of Plaintiff Robert Josten and the addition of a new plaintiff, Elizabeth Davis, on May 1, 2023 (ECF No. 299) ("Order");

WHEREAS the Order provided that the "deposition of Plaintiff Davis shall be taken by July 12, 2023, or . . . within fourteen (14) days of the resolution of any third party subpoenas directed at Plaintiff Davis's health plans, whichever date is later." (Order ¶ 8);

WHEREAS Rite Aid issued subpoenas and document requests to Plaintiff Davis's health plans and her former employer for relevant health plan documents and plan coverage information;

WHEREAS on July 6, 2023, the Court granted the Parties' Motion to Extend Stipulated Deadline to Depose Plaintiff Elizabeth Davis allowing Rite Aid until August 4, 2023 to take the Deposition of Plaintiff Davis (ECF No. 331);

WHEREAS to date, Rite Aid has received 11 documents from Ms. Davis's former employer and is waiting on third-party discovery from Ms. Davis's health plans;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. Rite Aid will continue to pursue and review the outstanding third-party discovery from Davis's health plans and former employer; and

2. Rite Aid will take the deposition of Plaintiff Davis on or before August 31, 2023; and

3. This stipulation shall not affect the Court's Amended Scheduling Order (ECF No. 335), including Plaintiffs' class certification filing on October 6, 2023.

| | | |
|---|---|---|
| 1 | DATED: August 3, 2023 | Respectfully submitted, |
| 2 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **HUNTON ANDREWS KURTH LLP** |
| 3 | | |
| 4 | /s/Joseph P. Guglielmo | /s/Kirk A. Hornbeck |
| 5 | Joseph P. Guglielmo (*pro hac vice*) | Ann Marie Mortimer (169077) |
| 6 | Erin Green Comite (*pro hac vice*) Carey Alexander (*pro hac vice*) | Kirk A. Hornbeck (241708) 550 South Hope Street, Suite 2000 |
| 7 | The Helmsley Building | Los Angeles, CA 90071 |
| 8 | 230 Park Avenue, 17th Floor New York, NY 10169 | Telephone:  213-532-2000 Facsimile:  213-532-2020 |
| 9 | Telephone: 212-223-6444 | amortimer@huntonak.com |
| 10 | Facsimile:  212-223-6334 jguglielmo@scott-scott.com | khornbeck@huntonak.com |
| 11 | ecomite@scott-scott.com | **HUNTON ANDREWS KURTH LLP** |
| 12 | calexander@scott-scott.com | Neil K. Gilman (*pro hac vice*) Christopher J. Dufek (*pro hac vice*) |
| 13 | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | Destiny Stokes (343002) 2200 Pennsylvania Avenue, N.W. |
| 14 | Hal D. Cunningham (243048) | Washington, DC 20037 |
| 15 | 600 W. Broadway, Suite 3300 | Telephone:  202-955-1500 |
| 16 | San Diego, CA 92101 Telephone: 619-233-4565 | Facsimile:  202-778-2201 ngilman@huntonak.com |
| 17 | Facsimile:  619-233-0508 | cdufek@huntonak.com |
| 18 | hcunningham@scott-scott.com | dstokes@huntonak.com |
| 19 | **ROBBINS GELLER RUDMAN & DOWD LLP** | **HUNTON ANDREWS KURTH LLP** |
| 20 | David W. Mitchell (199706) | John B. Shely (*pro hac vice*) Courtney B. Glaser (*pro hac vice*) |
| 21 | Robert R. Henssler, Jr. (216165) | Kelsey J. Hope (*pro hac vice*) |
| 22 | Arthur L. Shingler, III (181719) 655 W. Broadway, Suite 1900 | 600 Travis Street Houston, TX 77002 |
| 23 | San Diego, CA 92101 | Telephone:  713-220-4200 |
| 24 | Telephone: 619-231-1058 Facsimile:  619-231-7423 | Facsimile:  713-220-4285 jshely@huntonak.com |
| 25 | davidm@rgrdlaw.com | courtneyglaser@huntonak.com |
| 26 | bhenssler@rgrdlaw.com ashingler@rgrdlaw.com | kelseyhope@huntonak.com |
| 27 | | **JASSY VICK CAROLAN LLP** |
| 28 | **ROBBINS GELLER RUDMAN & DOWD LLP** | William T. Um (166536) 355 South Grand Avenue, Suite 2450 |

| | | |
|---|---|---|
| 1 | Stuart A. Davidson (*pro hac vice*) | Los Angeles, CA 90071 |
| 2 | Mark J. Dearman (*pro hac vice*) | Telephone: 310-870-7048 |
|  | 225 NE Mizner Blvd., Suite 720 | Facsimile: 310-870-7010 |
| 3 | Boca Raton, FL 33432 | wum@jassyvick.com |
| 4 | Telephone: 561-750-3000 | |
|  | Facsimile: 561-750-3364 | *Attorneys for Defendants* |
| 5 | sdavidson@rgrdlaw.com | |
| 6 | mdearman@rgrdlaw.com | |

7  **LEVIN SEDRAN & BERMAN, LLP**
8
   Charles E. Schaffer (*pro hac vice*)
9  David C. Magagna, Jr. (*pro hac vice*)
10
   510 Walnut Street, Suite 500
11 Philadelphia, PA 19106
   Telephone: (215) 592-1500
12 Facsimile: (215) 592-4663
13 cschaffer@lfsblaw.com
   dmagagna@lfsblaw.com
14

15 **ROBBINS LLP**
16 George C. Aguilar (126535)
   Gregory E. Del Gaizo (247319)
17 5040 Shoreham Place
18 San Diego, CA 92112
   Telephone: 619-525-3990
19 Facsimile: 619-525-3991
20 gaguilar@robbinsarroyo.com
   gdelgaizo@robbinsarroyo.com
21

22 **LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
23
   Alfred G. Yates, Jr. (*pro hac vice*)
24 1575 McFarland Road, Suite 305
   Pittsburgh, PA 15216
25 Telephone: 412-391-5164
26 Facsimile: 412-471-1033
   yateslaw@aol.com
27

28 *Attorneys for Plaintiffs*

## **ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 3, 2023

By: ___*/s/ Kirk A. Hornbeck*___