UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND STIPULATED DEADLINE TO DEPOSE PLAINTIFF ELIZABETH DAVIS**<br><br>**[ECF No. 339]** |

Before the Court is the parties' Stipulation Concerning Deposition of Elizabeth Davis. ECF No. 339. The parties request that the deadline to depose the newly added Plaintiff Elizabeth Davis be extended to August 31, 2023. *Id.* at 2. In support of this request, the parties explain that Defendant Rite Aid has not yet received certain third-party discovery requested from Plaintiff Davis's health plans and her former employer for relevant health plan documents and plan coverage information. *Id.* Additionally, they represent that the stipulated continuance will not affect any other dates in the Court's Amended Scheduling Order (ECF No. 335).

Good cause appearing, the parties' motion (ECF No. 339) is **GRANTED**. Pursuant to the parties' joint stipulation, it is hereby **ORDERED** as follows:

1. Rite Aid will continue to pursue the outstanding third-party discovery from Plaintiff Davis's health plans and former employer; and
2. Rite Aid will take the deposition of Plaintiff Davis on or before **August 31, 2023**; and
3. All other dates set forth in the Court's Amended Scheduling Order (ECF No. 335), including Plaintiffs' October 6, 2023 class certification filing deadline, remain in place as previously set.

**IT IS SO ORDERED.**

Dated: August 7, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge