**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (Bar No. 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (Bar No. 241708)
khornbeck@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: (213) 532-2000

*Attorneys for Defendants*
RITE AID CORPORATION and
RITE AID HDQTRS. CORP.

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with Case No. 3:18-cv-00152-TWR-AHG)<br><br>Applicable to *Stafford v. Rite Aid Corp.*, Case No. 3:17-cv-01340-TWR-AHG<br><br>**DEFENDANT RITE AID'S NOTICE TO COURT REGARDING THIRD PARTY DISCOVERY** |

Pursuant to the Court's Amended Scheduling Order (ECF No. 335), the deadline for the parties to this action to file motions to compel any outstanding third-party discovery needed for class certification briefing is August 7, 2023.

Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. ("Rite Aid"), provide this Notice to inform the Court that productive negotiations are still ongoing with certain third-parties, but there are no disputes that warrant a motion to compel at this time. However, should a dispute arise after August 7, 2023, Rite Aid will notify the court promptly.

Dated:  August 7, 2023

By:  /s/ Kirk A. Hornbeck
Ann Marie Mortimer (Bar No. 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (Bar No. 241708)
khornbeck@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: (213) 532-2000

Christopher J. Dufek (*pro hac vice*)
cdufek@HuntonAK.com
Neil K. Gilman (*pro hac vice*)
ngilman@HuntonAK.com
Destiny T. Stokes (Bar No. 343002)
dstokes@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Telephone: (202) 955-1500

John B. Shely (*pro hac vice*)
jshely@HuntonAK.com
Courtney B. Glaser (*pro hac vice*)
cglaser@HuntonAK.com
Kelsey J. Hope (*pro hac vice*)

khope@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
600 Travis Street
Houston, TX 77002
Telephone: (713) 220-4200

*Attorneys for Defendants Rite Aid Corp. and Rite Aid Hdqtrs. Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Southern District of California by using the Court's CM/ECF System and served a copy of the same upon all counsel of record via the Court's electronic filing system.

By:    */s/ Kirk A. Hornbeck*

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627