ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID W. MITCHELL (199706)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF ARTHUR L. SHINGLER III IN SUPPORT OF JOINT MOTION TO FILE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL |

I, ARTHUR L. SHINGLER III, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am Of Counsel to the law firm of Robbins Geller Rudman & Dowd LLP. My firm is counsel to Plaintiffs in this action. I make this declaration based on my personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this declaration pursuant to §III.C.4. of this Court's Standing Order and in support of the parties' Joint Motion to File Plaintiffs' Motion for Class Certification Under Seal ("Joint Motion").

3. Under the Protective Order entered in this case, the parties may designate certain documents as CONFIDENTIAL and restrict their dissemination and disclosure. *See* ECF 111, ¶5. Any information or material which has been designated as CONFIDENTIAL may not be disclosed publicly and may only be disclosed or made available to certain designated persons, such as the Court and counsel for parties to this action. *See id.*, ¶7.

4. Plaintiffs are compelled to file under seal their Memorandum of Points and Authorities in Support of their Motion for Class Certification ("Plaintiffs' Memorandum"), as well as expert reports and other exhibits in support of the class-certification motion, and protect these documents from disclosure because Plaintiffs reference and quote documents the parties have designated as CONFIDENTIAL and proprietary information. The documents filed under seal include the following:

| **Exhibit** | **Description** |
|---|---|
| Exhibit 1: | Report of Kenneth W. Schafermeyer, Ph.D., dated October 6, 2023 – contains information designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 2: | Excerpts of August 9, 2022 Deposition Transcript of Daniel Miller in *Envolve Pharm. Sols., Inc. v. Rite Aid Hdqtrs Corp.*, No. N1C-12-214-PRW (CCLD) (Del. Super. Ct.) (RiteAid00274917-RiteAid00275140) – designated Confidential or Highly Confidential by Defendants and/or non-parties |

| **Exhibit** | **Description** |
|---|---|
| Exhibit 3: | Excerpts of March 17, 2023 Deposition Transcript of Bryon Stafford – designated Confidential or Highly Confidential by Plaintiffs |
| Exhibit 4: | Excerpts of August 31, 2023 Deposition Transcript of Elizabeth Davis – designated Confidential by Plaintiffs |
| Exhibit 5: | Excerpts of June 9, 2022 Deposition Transcript of Alison Farrell in *Envolve* – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 8: | Excerpts of July 16, 2020 Deposition Transcript of Alison Farrell– designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 9: | Excerpts of July 8, 2020 30(b)(1) Deposition Transcript of Amy Harvey – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 10: | Farrell Deposition Exhibit 33: ScriptSave Pharmacy Co-Branding Implementation Checklist (RiteAid00231803-RiteAid00231814) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 11: | Lightner Deposition Exhibit 11: Email from Ruth Lightner to William Wolfe FW: NEED YOUR REPONSE: Southern Campaign FREE Script Offer In-Store Brochure (RiteAid00276293-RiteAid00276294) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 12: | February 22, 2010 email from Dianne Mason to William Wolfe FW: Humana member complaint (RiteAid00275679-RiteAid00275680) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 13: | December 12, 2007 Rite Aid Intra-company Memo (RiteAid00232296-RiteAid00232298) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 14: | Excerpts of June 15, 2023 Deposition Transcript of William Wolfe – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 15: | Excerpts of June 15, 2022 Deposition Transcript of William Wolfe in *Envolve* (RiteAid00273199-RiteAid00273475) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 16: | Farrell Deposition Exhibit 32: December 12, 2007 Rite Aid Intra-company Memo (RiteAid00231297-RiteAid00231299) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 17: | August 9, 2023 Declaration of Amy M. Harvey – designated Confidential or Highly Confidential by Defendants and/or non-parties |

| Exhibit | Description |
|---|---|
| Exhibit 18: | Farrell Deposition Exhibit 47: October 10, 2011 email from Mary Staples to Christie Boutte re. LA Medicaid AAC – Rite Aid's feedback (NONPARTY_NACDS_0021611-NONPARTY_NACDS_0021614) designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 19: | Farrell Deposition Exhibit 35: May 3, 2010 email from Daniel Miller to Robert Thompson re: DHCS Medi-Cal Guidance (RiteAid00238972-RiteAid00238979) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 20: | Harvey Deposition Exhibit 28: November 10, 2015 email from Brian Murphy to Amy Harvey re. BCBSVT Member Issue (RiteAid00224835-RiteAid00224841) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 21: | Excerpts of Harvey Deposition Exhibit 15: Excerpts of May 12, 2009 email from Amy Harvey to Richard D. Stoneking re. Medco_Pharmacy_Services_Manual.pdf (RiteAid00266345-RiteAid00266487) – designated Confidential or Highly Confidential by Defendants and/or non-parties |
| Exhibit 22: | Expert Report of Nicole Maestas, Ph.D. October 4, 2023 – contains information designated Confidential or Highly Confidential by Defendants and/or non-parties |

5. Pursuant to §III.C.4. of this Court's Standing Order, Plaintiffs met and conferred with Defendants as set forth in the parties' Joint Motion, regarding the type of documents to be filed under seal in conjunction with Plaintiffs' Motion for Class Certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of October, 2023, at San Diego, California.

ARTHUR L. SHINGLER III

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 6, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: davidm@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com
- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com
- **Bradley M. Beall**
  bbeall@rgrdlaw.com
- **Ethan Samuel Binder**
  ebinder@scott-scott.com
- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com
- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com
- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,e_file_sd@rgrdlaw.com,jmiller@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com
- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com
- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com
- **Christopher Dufek**
  cdufek@huntonak.com
- **Neil K Gilman**
  ngilman@huntonak.com
- **Courtney Glaser**
  courtneyglaser@huntonak.com,melissagaston@huntonak.com,courtneyglaser@ecf.courtdrive.com
- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,mwaligurski@scott-scott.com
- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Kelsey Hope**
  kelseyhope@andrewskurth.com
- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com
- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com
- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com
- **Brianne Michelle Reese**
  breese@huntonak.com
- **Amanda Marie Rolon**
  arolon@scott-scott.com
- **Sean C. Russell**
  srussell@scott-scott.com
- **Gerald L. Rutledge**
  glr1@aol.com
- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com
- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,melissagaston@ecf.courtdrive.com,mgaston@huntonak.com

- **Arthur L Shingler , III**
  AShingler@rgrdlaw.com,E_File_SD@rgrdlaw.com
- **Destiny T. Stokes**
  dstokes@hunton.com
- **William T Um**
  wum@jassyvick.com,mrios@jassyvick.com
- **Alfred G. Yates , Jr**
  yateslaw@aol.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**David Charles Magagna , Jr**
Levin, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106