
ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID W. MITCHELL (199706)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION<br><br>DATE: January 25, 2024<br>TIME: 1:30 p.m.<br>CTRM: 3A/Third Floor<br>JUDGE: Hon. Todd W. Robinson<br><br>ORAL ARGUMENT REQUESTED |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, on January 25, 2024, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 3A of the above-entitled Court, located at Edward J. Schwartz, United States Courthouse, 221 West Broadway, San Diego, CA 92101, Plaintiffs Bryon Stafford and Elizabeth Davis ("Plaintiffs"), by and through their undersigned attorneys, will and hereby do, move this Court for an order granting their Motion for Class Certification. By their motion, Plaintiffs seek an order under Federal Rule of Civil Procedure 23: (a) certifying a Class of California consumers defined as: "All persons in the state of California who, during the period January 1, 2008 through October 12, 2020, using prescription drug insurance provided by a third-party payer, paid, in full or in part, for a prescription drug available through Rite Aid's Rx Savings Program and the amount paid by the person was inflated because the Rx Savings Program price was not included when determining the usual and customary price to report";[1] (b) appointing Plaintiffs as Class Representatives; (c) appointing Robbins Geller Rudman & Dowd LLP and Scott+Scott Attorneys at Law LLP as Class Counsel; and (d) granting such other relief as the Court deems just and proper.

[1] Excluded from the Class are: (1) Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp., their management, employees, subsidiaries, and affiliates; (2) The Court, judicial staff, and members of their immediate families; and (3) Beneficiaries of government-funded prescription drug insurance plans.

This motion is made pursuant to Federal Rule of Civil Procedure 23 on the grounds that Plaintiffs and the legal claims meet the requirements of Rule 23(a) and Rule 23(b)(3). This motion is based on this Notice; the accompanying Memorandum of Points and Authorities in support thereof; the Declaration of Arthur L. Shingler in support thereof and the exhibits attached thereto, and upon such other and further evidence and argument as may be presented to the Court at the time of the hearing.

DATED: October 6, 2023

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID W. MITCHELL
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III

s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
MARK J. DEARMAN (*pro hac vice*)
BRADLEY M. BEALL (*pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

ROBBINS LLP
GEORGE C. AGUILAR
GREGORY E. DEL GAIZO
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)

HOFFMAN & FORDE
SCHUYLER V.V. HOFFMAN
3033 Fifth Avenue, Suite 400
San Diego, CA 92103
Telephone: 619/546-7880
619/546-7881 (fax)

Attorneys for Plaintiff Bryon Stafford

SCOTT+SCOTT ATTORNEYS
AT LAW LLP
JOSEPH P. GUGLIELMO (*pro hac vice*)
ERIN GREEN COMITE (*pro hac vice*)
CAREY ALEXANDER (*pro hac vice*)
AMANDA M. ROLON (*pro hac vice*)
ETHAN BINDER (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/233-6444
212/233-6334 (fax)

SCOTT+SCOTT ATTORNEYS
AT LAW LLP
HAL D. CUNNINGHAM
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)

LAW OFFICE OF ALFRED G.
YATES, JR., P.C.
ALFRED G. YATES, JR.
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Telephone: 412/391-5164
412/471-1033 (fax)

Attorneys for Plaintiff Elizabeth Davis

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 6, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

Email: davidm@rgrdlaw.com

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Bradley M. Beall**
  bbeall@rgrdlaw.com

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,e_file_sd@rgrdlaw.com,jmiller@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Christopher Dufek**
  cdufek@huntonak.com

- **Neil K Gilman**
  ngilman@huntonak.com

- **Courtney Glaser**
  courtneyglaser@huntonak.com,melissagaston@huntonak.com,courtneyglaser@ecf.courtdrive.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,mwaligurski@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kelsey Hope**
  kelseyhope@andrewskurth.com

- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com

- **Brianne Michelle Reese**
  breese@huntonak.com

- **Amanda Marie Rolon**
  arolon@scott-scott.com

- **Sean C. Russell**
  srussell@scott-scott.com

- **Gerald L. Rutledge**
  glr1@aol.com

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com

- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,melissagaston@ecf.courtdrive.com,mgaston@huntonak.com

- **Arthur L Shingler , III**
  AShingler@rgrdlaw.com,E_File_SD@rgrdlaw.com
- **Destiny T. Stokes**
  dstokes@hunton.com
- **William T Um**
  wum@jassyvick.com,mrios@jassyvick.com
- **Alfred G. Yates , Jr**
  yateslaw@aol.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**David Charles Magagna , Jr**
Levin, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106