1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | DAVID W. MITCHELL (199706)
    ROBERT R. HENSSLER JR. (216165)
3 | ARTHUR L. SHINGLER III (181719)
    655 West Broadway, Suite 1900
4 | San Diego, CA  92101
    Telephone:  619/231-1058
5 | 619/231-7423 (fax)
    davidm@rgrdlaw.com
6 | bhenssler@rgrdlaw.com
    ashingler@rgrdlaw.com
7 |
    ROBBINS LLP
8 | GEORGE C. AGUILAR (126535)
    GREGORY E. DEL GAIZO (247319)
9 | 5060 Shoreham Place, Suite 300
    San Diego, CA  92122
10 | Telephone:  619/525-3990
     619/525-3991 (fax)
11 | gaguilar@robbinsllp.com
     gdelgaizo@robbinsllp.com
12 |
     Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>DECLARATION OF ARTHUR L. SHINGLER III IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>DATE:    January 25, 2024<br>TIME:    1:30 p.m.<br>CTRM:   3A/Third Floor<br>JUDGE:   Hon. Todd W. Robinson |

4888-0011-7636.v1

1       I, ARTHUR L. SHINGLER III, declare as follows:

2       1.     I am an attorney admitted to practice before this Court and am of counsel

3  to the law firm of Robbins Geller Rudman & Dowd LLP, one of counsel of record for

4  Plaintiff Bryon Stafford in the above-captioned matter.  I have personal knowledge of

5  the matters stated herein and, if called upon, I could and would competently testify

6  thereto.   I submit this Declaration on behalf of Plaintiffs' Motion for Class

7  Certification.

8       2.     The named Plaintiffs in this action – Bryan Stafford and Elizabeth Davis

9  – have actively participated in this litigation by reviewing the pleadings filed in the

10  action, participating in discovery by collecting documents, reviewing and verifying

11  interrogatory responses, and preparing for and having their depositions taken.

12       3.     Class Counsel have zealously pursued the claims of Plaintiffs and the

13  Class as a review of the docket and the more than a dozen Joint Status Reports the

14  parties have filed will confirm.

15       4.     Discovery in this case has been hard-fought.  Rite Aid produced, and

16  Plaintiffs reviewed, more than 221,490 documents spanning more than 250,000 pages.

17  Plaintiffs deposed no less than two of Rite Aid's Rule 30(b)(6) designees, deposed at

18  least five current and/or former Rite Aid employees, defended each of the named

19  Plaintiffs' depositions, and subpoenaed documents from seven pharmacy benefit

20  managers ("PBMs"), engaged in lengthy, hard-fought discovery meet and confers with

21  each PBM, and deposed certain of them.

22       5.     Plaintiffs responded to 41 interrogatories and served 16 interrogatories on

23  Rite Aid.  Plaintiffs also served at least 13 requests for admission on Rite Aid..

24       6.     Class Counsel reaffirm that they are "committed to expending whatever

25  resources are necessary to achieve a favorable result for the Class."  ECF 105 at 12.

26

27

28

4888-0011-7636.v1

7. Attached are true and correct copies of the following exhibits:

| Exhibit | Description | Page Nos. |
|---|---|---|
| Exhibit 1: | Report of Kenneth W. Schafermeyer, Ph.D., dated October 6, 2023 **[FILED UNDER SEAL]**; | 1-87 |
| Exhibit 2: | Excerpts of August 9, 2022 Deposition Transcript of Daniel Miller in *Envolve Pharm. Sols., Inc. v. Rite Aid Hdqtrs Corp.*, No. N1C-12-214-PRW (CCLD) (Del. Super. Ct.) (RiteAid00274917-RiteAid00275140) **[FILED UNDER SEAL]**; | 88-92 |
| Exhibit 3: | Excerpts of March 17, 2023 Deposition Transcript of Bryon Stafford **[FILED UNDER SEAL]**; | 93-107 |
| Exhibit 4: | Excerpts of August 31, 2023 Deposition Transcript of Elizabeth Davis **[FILED UNDER SEAL]**; | 108-117 |
| Exhibit 5: | Excerpts of June 9, 2022 Deposition Transcript of Alison Farrell in Envolve (RiteAid00273634-RiteAid00273850) **[FILED UNDER SEAL]**; | 118-129 |
| Exhibit 6: | Excerpts of Rite Aid Corporation, Annual Report (Form 10-K) (April 23, 2015); | 130-132 |
| Exhibit 7: | Excerpts of April 25, 2022 Opinion and Final Award in *Humana Health Plan, Inc. v. Rite Aid Hdqtrs. Corp.*, No. 3:22-cv-00226-DJH, slip op. (W.D. Ky. Apr. 25, 2022); | 133-139 |
| Exhibit 8: | Excerpts of July 16, 2020 Deposition Transcript of Alison Farrell **[FILED UNDER SEAL]**; | 140-151 |
| Exhibit 9: | Excerpts of July 8, 2020 30(b)(1) Deposition Transcript of Amy Harvey **[FILED UNDER SEAL]**; | 152-160 |
| Exhibit 10: | Farrell Deposition Exhibit 33: ScriptSave Pharmacy Co-Branding Implementation Checklist (RiteAid00231803-RiteAid00231814) **[FILED UNDER SEAL]**; | 161-173 |
| Exhibit 11: | Lightner Deposition Exhibit 11: Email from Ruth Lightner to William Wolfe FW: NEED YOUR REPONSE: Southern Campaign FREE Script Offer In-Store Brochure (RiteAid00276293-RiteAid00276294) **[FILED UNDER SEAL]**; | 174-176 |
| Exhibit 12: | February 22, 2010 email from Dianne Mason to William Wolfe FW: Humana member complaint (RiteAid00275679-RiteAid00275680) **[FILED UNDER SEAL]**; | 177-179 |
| Exhibit 13: | December 12, 2007 Rite Aid Intra-company Memo (RiteAid00232296-RiteAid00232298) **[FILED UNDER SEAL]**; | 180-183 |
| Exhibit 14: | Excerpts of June 15, 2023 Deposition Transcript of William Wolfe **[FILED UNDER SEAL]**; | 184-188 |

| Exhibit | Description | Page Nos. |
|---|---|---|
| Exhibit 15: | Excerpts of June 15, 2022 Deposition Transcript of William Wolfe in Envolve (RiteAid00273199-RiteAid00273475) **[FILED UNDER SEAL]**; | 189-197 |
| Exhibit 16: | Farrell Deposition Exhibit 32: December 12, 2007 Rite Aid Intra-company Memo (RiteAid00231297-RiteAid00231299) **[FILED UNDER SEAL]**; | 198-201 |
| Exhibit 17: | August 9, 2023 Declaration of Amy M. Harvey **[FILED UNDER SEAL]**; | 202-218 |
| Exhibit 18: | Farrell Deposition Exhibit 47: October 10, 2011 email from Mary Staples to Christie Boutte re. LA Medicaid AAC – Rite Aid's feedback (NONPARTY_NACDS_0021611-NONPARTY_NACDS_0021614) **[FILED UNDER SEAL]**; | 219-223 |
| Exhibit 19: | Farrell Deposition Exhibit 35: May 3, 2010 email from Daniel Miller to Robert Thompson re: DHCS Medi-Cal Guidance (RiteAid00238972-RiteAid00238979) **[FILED UNDER SEAL]**; | 224-232 |
| Exhibit 20: | Harvey Deposition Exhibit 28: November 10, 2015 email from Brian Murphy to Amy Harvey re. BCBSVT Member Issue (RiteAid00224835-RiteAid00224841) **[FILED UNDER SEAL]**; | 233-240 |
| Exhibit 21: | Excerpts of Harvey Deposition Exhibit 15: Excerpts of May 12, 2009 email from Amy Harvey to Richard D. Stoneking re. Medco_Pharmacy_Services_Manual.pdf (RiteAid00266345-RiteAid00266487) **[FILED UNDER SEAL]**; | 241-242 |
| Exhibit 22: | Expert Report of Nicole Maestas, Ph.D. October 4, 2023 **[FILED UNDER SEAL]**; | 243-295 |
| Exhibit 23: | Robbins Geller Rudman & Dowd LLP Firm Resume; and | 296-342 |
| Exhibit 24: | Scott + Scott Firm Resume. | 343-368 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of October, 2023, at San Diego, California.

_____
ARTHUR L. SHINGLER III

1

## CERTIFICATE OF SERVICE

2      I hereby certify under penalty of perjury that on October 6, 2023, I authorized

3  the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF

4  system which will send notification of such filing to the email addresses on the

5  attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of

6  the foregoing via the United States Postal Service to the non-CM/ECF participants

7  indicated on the attached Manual Notice List.

8                                        s/ David W. Mitchell
                                         DAVID W. MITCHELL
9
                                         ROBBINS GELLER RUDMAN
10                                         & DOWD LLP
                                         655 West Broadway, Suite 1900
11                                       San Diego, CA  92101-8498
                                         Telephone:  619/231-1058
12                                       619/231-7423 (fax)

13                                       Email:  davidm@rgrdlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Bradley M. Beall**
  bbeall@rgrdlaw.com

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,e_file_sd@rgrdlaw.com,jmiller@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Christopher Dufek**
  cdufek@huntonak.com

- **Neil K Gilman**
  ngilman@huntonak.com

- **Courtney Glaser**
  courtneyglaser@huntonak.com,melissagaston@huntonak.com,courtneyglaser@ecf.courtdrive.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,mwaligurski@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kelsey Hope**
  kelseyhope@andrewskurth.com

- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com

- **Brianne Michelle Reese**
  breese@huntonak.com

- **Amanda Marie Rolon**
  arolon@scott-scott.com

- **Sean C. Russell**
  srussell@scott-scott.com

- **Gerald L. Rutledge**
  glr1@aol.com

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com

- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,melissagaston@ecf.courtdrive.com,mgaston@huntonak.com

- **Arthur L Shingler , III**
  AShingler@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Destiny T. Stokes**
  dstokes@hunton.com

- **William T Um**
  wum@jassyvick.com,mrios@jassyvick.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David                Charles Magagna                              , Jr
Levin, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
```