# EXHIBITS 2-5
# [Filed Under Seal]