# EXHIBITS 8-21
# [Filed Under Seal]