EXHIBIT 22

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryon Stafford and Elizabeth Davis, Individually and on Behalf of All Others Similarly Situated, | Lead Case No.: 3:17-cv-01340-AJB-JLB (Consolidated with No. 3:18-cv-00152-AJB-JLB) |
| Plaintiffs, | |
| v. | |
| Rite Aid Corporation and Rite Aid Hdqtrs. Corp., | |
| Defendants. | |

**EXPERT REPORT OF NICOLE MAESTAS, PH.D.**

**OCTOBER 4, 2023**

**REDACTED**

## I.   QUALIFICATIONS

1.      My name is Nicole Maestas, Ph.D. I am the Margaret T. Morris Professor of Health Care

Policy (Economics) in the Department of Health Care Policy at Harvard Medical School and a

Research Associate at the National Bureau of Economic Research. I am also an Academic

Affiliate of Greylock McKinnon Associates, a consulting and litigation support firm.

2.      I am an economist with broad training in the field of health economics and health policy.

My research concerns the economics of health care utilization, health insurance, and health

outcomes. I have many years of experience analyzing health care data of different types,

including pharmacy claims data[1] and health care utilization data,[2] and in using a wide range of

methodologies.

3.      I publish my research in leading journals in the fields of economics and medicine,

including the *American Economic Review*, the *New England Journal of Medicine*, *Annals of

Internal Medicine*, and the *Quarterly Journal of Economics*.[3] In addition, I have been quoted

---

[1] W. Zhu., et al., *Initial Opioid Prescriptions in Commercial Health Insurance in the United States, 2012-2017*, 380 NEW ENG. J. OF MED., 1043 (2019); N. Maestas & T. Sherry, *Opioid Treatment for Pain and Work and Disability Outcomes: Evidence from Health Care Providers' Prescribing Patterns*, (Nat'l Bureau of Econ. Rsch., Working Paper No. NB19-28-2, 2021); S. Balestra, et al., *Behavioral Responses to Supply-Side Drug Policy During the Opioid Epidemic*, (Nat'l Bureau of Econ. Rsch., Working Paper No. 29596, 2021); L. Cusimano & N. Maestas, *Full practice autonomy for nurse practitioners did not increase risky opioid prescribing among commercially insured*, HARV. MED. SCH. (June 2023); and T. Layton, et al., *Healthcare Rationing in Public Insurance Programs: Evidence from Medicaid*, 14 AM. ECON. J.: ECON. POL'Y 392 (2022).

[2] T. B. Sherry, et al., *Documented Pain Diagnoses in Adults Prescribed Opioids: Results from the National Ambulatory Medical Care Survey, 2006-2015*, 169 ANNALS OF INTERNAL MED. 892 (2018); A. Sabety, et al., *The Impact of Medicare Part D on Opioid Use by Older Adults*, 56 HEALTH SERVS. RSCH. 289 (2021); M. Anderson, et al., *Health Insurance and Access to Care for the Near Elderly*, MIMEO (2022); D. Card., et al., *The Impact of Nearly Universal Insurance Coverage on Health Care Utilization and Health: Evidence from Medicare*, 98 AM. ECON. REV. 2242 (2008); D. Card., et al., *Does Medicare Save Lives?*, 124 Q. J. OF ECON. 597 (2009); N. Maestas, et al., *Opioid Use Among Social Security Disability Insurance Applicants, 2013-2018*, J. OF DISABILITY POL'Y STUD., 2023.

[3] N. Maestas, et al., *The Value of Working Conditions in the United States and the Implications for the Structure of Wages*, 113 AM. ECON. REV. 2007 (2023); N. Maestas, et al., *Does Disability Insurance Receipt Discourage Work? Using Examiner Assignment to Estimate Causal Effects of SSDI Receipt*, 103 AM. ECON. REV. 1797 (2013).

and/or my work has been described in the *New York Times*,[4] the *Wall Street Journal*,[5] the *Washington Post*,[6] *National Public Radio*,[7] and many other media outlets. At Harvard, I teach health economics and health policy to medical students and doctoral students.

4.      I received a B.A. in English and Spanish from Wellesley College in 1991, a M.P.P. in Public Policy from the Goldman School of Public Policy, at the University of California, Berkeley in 1997, and a Ph.D. in Economics from the University of California, Berkeley in 2002. A more complete description of my qualifications, including a list of my publications and a list of the cases in which I have testified during the previous four years, is found in my Curriculum Vitae, included as Attachment A to this report.

5.      Greylock McKinnon Associates is compensated for my time at a rate of $850 per hour. My compensation is not dependent on my opinions or on the outcome of this litigation.

6.      The documents and materials I have considered in preparation of this report are listed in Attachment B. Should additional materials become available, I reserve the right to update my opinions as needed.

---

[4] Jeff Sommer, Women Outlive Men. Why Do They Retire Earlier?, N.Y. TIMES (July 6, 2018), https://www.nytimes.com/2018/07/06/business/women-men-longevity-retirement html (last accessed on Oct. 4, 2023).

[5] Eric Morath, *America's Hidden Workforce Returns*, WALL ST. J. (Jan. 26, 2019), https://www.wsj.com/articles/americas-hidden-workforce-returns-11548478801 (last accessed on Oct. 4, 2023).

[6] Robert J. Samuelson, *Are Aging and the Economic Slowdown Linked?*, WASH. POST (Aug. 21, 2016), https://www.washingtonpost.com/opinions/are-aging-and-the-economic-slowdown-linked/2016/08/21/ffd6b270-6626-11e6-96c0-37533479f3f5_story html (last accessed on Oct. 4, 2023).

[7] National Public Radio, Morning Edition. *What does an older population mean for the economy, society at large?*, NAT'L PUB. RADIO (June 26, 2023), https://www.npr.org/2023/06/26/1184268060/what-does-an-older-population-mean-for-the-economy-society-at-large.

## II.   SUMMARY OF ASSIGNMENT

7.   I have been retained by Plaintiffs' counsel to perform three tasks. First, to provide institutional background about the organization and financing of the U.S. retail pharmaceutical drug market. Second, to provide background on the data I rely upon in this report. Third, to develop a formulaic classwide methodology that can identify and calculate overpayments made by Plaintiffs and Class members as a result of Rite Aid's failure to include Rite Aid's Rx Savings Program ("RSP") prices when determining the usual and customary price ("U&C") reported to pharmacy benefit managers (PBMs). Counsel has instructed me to assume that liability in this case has been established, and that Rite Aid was required to include its RSP prices when determining the U&C price to report for a prescription drug available through the RSP ("RSP Drugs").

8.   I understand from Counsel that the proposed Class is defined as:

> All persons in the state of California who, during the period January 1, 2008 through October 12, 2020, using prescription drug insurance provided by a third-party payer, paid, in full or in part, for a prescription drug available through Rite Aid's Rx Savings Program and the amount paid by the person was inflated because the Rx Savings Program price was not included when determining the usual and customary price to report.
>
> Excluded from the Class are: (1) Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp., their management, employees, subsidiaries, and affiliates; (2) The Court, judicial staff, and members of their immediate families; and (3) Beneficiaries of government-funded prescription drug insurance plans.

9.   The remainder of my report proceeds as follows: In Section III, I provide institutional background on the organization and payment structure of the U.S. retail pharmaceutical industry. In Section IV, I briefly review the allegations of this matter. In Section V, I provide an overview

of the data produced in this matter that I rely upon. In Section VI, I provide details on my formulaic methodology to calculate classwide consumer damages during the relevant time period. Finally, I present my conclusions in Section VII.

### III.   INSTITUTIONAL BACKGROUND ON THE ORGANIZATION AND FINANCING OF THE U.S. RETAIL PHARMACEUTICAL INDUSTRY

10.   The organization and financing of the retail prescription drug market involves many participants. Each participant's role must be understood when assessing the flow of payments and prescription drugs through the retail prescription drug market. **Figure 1** presents an illustration of the retail prescription drug market for insured consumers and **Figure 2** presents an illustration of the retail prescription drug market for cash-paying consumers. **Figures 1 and 2** include arrows between participants to indicate the flows of prescription drugs and payments. A description of each of the participants follows.[8]

*Figure 1 – Flow of prescription drugs and payments for insured consumer transactions*



---

[8] Note that to focus on information relevant to the allegations of this matter, these figures do not include the pharmaceutical manufacturers and wholesale distributors who are also involved in the flow of prescription drugs to retail pharmacies.

*Figure 2 – Flow of prescription drugs and payments for cash-paying consumer transactions*



11.    <u>Consumers</u> – Consumers obtain prescription drugs from retail pharmacies. If a consumer is uninsured or chooses to forgo using their insurance (i.e., "cash-paying"), they must pay the retail list price set by the pharmacy. If the consumer is insured, they only pay an out-of-pocket cost-sharing amount, such as a copay or coinsurance payment.

12.    <u>Retail Pharmacies</u> – Retail pharmacies dispense prescription drugs to consumers on the instruction of prescribers. The total payment received for these prescription drugs depends on whether the consumers utilize insurance or if they pay in cash. If a consumer pays in cash (i.e., they are uninsured or choose to forgo using their insurance), the pharmacy charges the consumer the retail list price set by the pharmacy. If the consumer is insured, the total payment received by the pharmacy is determined by the Pharmacy Benefit Manager ("PBM") that adjudicates the claim on behalf of the consumer's health insurance plan, also called the Third Party Payer ("TPP"). Part of the total payment is received directly from the consumer in the form of a copay or coinsurance payment. The remainder is paid by the TPP.

13.    <u>Third Party Payers</u> – TPPs include commercial insurers (e.g., Blue Shield of California) and public insurers (e.g., Medicare and Medicaid) who provide insurance and reimburse

pharmacies when their members (the consumers) are dispensed a prescription. TPPs make payments that consist of the negotiated price less the consumer out-of-pocket cost-sharing amount plus a dispensing fee.[9] Typically, PBMs negotiate prescription prices on behalf of TPPs[10] based on an agreed upon 'lesser-of' price formula, such that the total prescription price is the lowest of: (1) the U&C price, (2) a discounted amount off the Average Wholesale Price ("AWP – X%"), or (3) a Maximum Allowable Cost ("MAC") list price.[11]

14.    *Pharmacy Benefit Managers* – PBMs, as mentioned above, play a role in the setting of drug prices. They negotiate favorable prices with manufacturers and pharmacies on behalf of TPPs.[12] PBMs also develop drug formularies. Formularies are lists of brand and generic medications covered by each health insurance plan, tiered according to cost-effectiveness.[13] Typically, drugs on lower tiers are cheaper overall and, therefore, have lower cost-sharing (i.e., out-of-pocket costs) for the consumer. With formularies, PBMs incentivize the use of lower-cost drugs. PBMs also electronically adjudicate claims at the point of sale. During this process, the

---

[9] Morgan, Lewis & Bockius LLP, *Chapter 18: Medical Reimbursement for Drugs and Devices*, 2 EMERGING LIFE SCIS. COS. 139, 140, https://www.morganlewis.com/topics/entrepreneurresources/~/media/files/Special-Topics/ERH_pubs/ERH_MedicareReimbursementForDrugsAndDevices_ELSCDeskbook. See also, *Pharmaceutical Payment Methods, 2013 Update*, ACAD. OF MANAGED CARE PHARM. (2013), https://www.amcp.org/sites/default/files/2019-03/Full-Pharmaceutical-Guide-(3.0).pdf.

[10] It is possible that some TPPs negotiate directly with pharmacies or negotiated directly with pharmacies during the time period relevant to this matter. However it is much more common for TPPs to contract with PBMs to negotiate on their behalf. Rite Aid should be able to identify any TPPs and associated beneficiaries that have negotiated directly with Rite Aid.

[11] See Joey Mattingly, *Understanding Drug Pricing*, U.S. PHARMACIST (June 20, 2012), https://www.uspharmacist.com/article/understanding-drug-pricing (last accessed on Oct. 4, 2023).

[12] *Pharmacy Benefit Managers and Their Role in Drug Spending*, THE COMMONWEALTH FUND (April 22, 2019), https://www.commonwealthfund.org/publications/explainer/2019/apr/pharmacy-benefit-managers-and-their-role-drug-spending (last accessed on Oct. 4, 2023).

[13] Ana Gascon Ivey *A Guide to Medication Formularies*, GOODRX (Nov. 22, 2022), https://www.goodrx.com/insurance/health-insurance/medication-formulary (last accessed on Oct. 4, 2023).

PBM determines the pharmacy reimbursement and patient cost-sharing amounts in accordance with the patient's health insurance plan.[14]

## IV.    REVIEW OF ALLEGATIONS

15.    I understand that starting in 2008, Rite Aid ran a program called the "Rx Savings Program" ("RSP"). The RSP was a prescription drug savings program that allows cash-paying customers to purchase hundreds of the most commonly prescribed generic drugs as well as certain brand name drugs at a discounted price.[15] This price was commonly $9.99 for 30-day prescriptions and $15.99 for 90-day prescriptions.[16] Plaintiffs allege that "Rite Aid was required by law to report to third-party payors the RSP Prices as Rite Aid's usual and customary prices" for RSP Drugs, and that "Rite Aid has submitted falsely inflated 'usual and customary' prices for the drugs to third-party payors, and in the process, overcharged customers paying for the drugs with insurance by collecting falsely inflated copayments."[17]  I understand that the RSP was available in California from January 1, 2008 through October 12, 2020 (the "at-issue period").

## V.    OVERVIEW OF RITE AID DATA

16.    To develop my formulaic classwide methodology for calculating damages, I relied upon national pharmacy claims data produced by Rite Aid. Rite Aid produced four types of monthly data for the period of January 2011 through December 2019.[18] These four types of datasets were labeled "█████," "██████," "████," and "███████████████████," and were also

---

[14] PricewaterhouseCoopers LLP, *Study of Pharmaceutical Benefit Management Industry,* 9, Health Care Fin. Admin. (June 2001), https://www.cms.gov/files/document/cms20014pdf.

[15] Fourth Amended Class Action Complaint, *Bryon Stafford, et al. v. Rite Aid Corp., et al.*, No. 3:17-cv-01340-AJBJLB (S.D. Cal. May 2, 2023), ECF No. 304, at ¶ 9.

[16] *Id.*, ¶¶ 9 and 41.

[17] *Id.*, ¶ 11.

[18] For each type, there were 108 datasets, one for each month between January 2011 and December 2019.

labeled by the year and month of the prescription date of service.[19] Each type of data was accompanied by a data dictionary.[20] Across the nine full years of data (108 months), each of these four types of datasets contained approximately 2.3 billion records. Based on my review of these data, I concluded that the data needed to calculate consumer overpayments caused by Rite Aid's failure to include its RSP prices when determining the U&C price to report for RSP Drugs were contained in the Claims and Scripts datasets.

17.      I rely on variables present in the Claims and Scripts datasets along with the definitions provided by Rite Aid in their data dictionaries and correspondence.[21]

18.      Rite Aid also produced a pharmacy store listing which I used to identify Rite Aid's retail locations in California.[22] This dataset included a variable called *Store*, which contained Rite Aid's internal store number (either a three-, four-, or five-digit number), as well as information on the store address. I matched the store numbers in this list to the Rite Aid pharmacy claims data and used the store addresses to limit my analysis to prescriptions filled at Rite Aid's California retail locations.

---

[19] See files: "ra-pharmacy-restricted-claim_20110101_20110131" through "ra-pharmacy-restricted-claim_20191201_20191231," "ra-pharmacy-script_20110101_20110131" through "ra-pharmacy-script_20191201_20191231," "ra-pharmacy-sold_20110101_20110131" through "ra-pharmacy-sold_20191201_20191231," and "ra-pharmacy-restricted-tp_rspd_20110101_20110131" through "ra-pharmacy-restricted-tp_rspd_20191201_20191231."

[20] The data dictionaries are "01. Pharmacy ████," "02. Pharmacy ████," "03. Pharmacy ████," and "04. Pharmacy ████████."

[21] My methodology currently relies upon data present in the following variables in the ████ dataset: ████████████ and ████. From the ████ dataset, my methodology currently relies upon data present in the following variables: ████████ and ████ Definitions for these variables were provided in data dictionary files "01. Pharmacy ████.pdf," "02. Pharmacy ████.pdf" and as attachments in the Declaration of Amy M. Harvey, August 9, 2023.

[22] CONFIDENTIAL - Rite Aid Total Store List 8-22-19[1].xls.

---

## VI.     CLASS-WIDE DAMAGES METHODOLOGY

19.     Rite Aid did not include its RSP prices when determining the U&C price to report to PBMs for RSP Drugs. The PBMs used Rite Aid's reported U&C prices to adjudicate the pharmacy claims of insured consumer class members. As a result, the insured consumer class members suffered injury in the form of an overpayment. The amount of overpayment is the difference between what consumer class members actually paid for RSP Drugs ('at-issue insured claims') and the price they would have paid had Rite Aid included its RSP prices when determining the U&C price to report for RSP Drugs.

### a.   Methodology for the Calculation of Damages

20.     The standard empirical methods I use to develop my formulaic methodology to calculate the insured consumer class damages are described in this section. The data produced by Rite Aid allows me to calculate damages on all insured consumer purchases in California using a formulaic class-wide methodology. My calculations are based on the claims data provided by Rite Aid with respect to payments made for the RSP drugs sold between January 2011 and December 2019, the period for which I have Rite Aid claims data. I understand that the RSP program was also active from 2008 to 2020. Should additional Rite Aid data become available, I reserve the right to update my analysis.

21.     At issue in this matter are insured consumer overpayments resulting from Rite Aid's failure to include its RSP prices when determining the U&C price to report for RSP Drugs. In order to calculate insured consumer overpayments, I use Rite Aid's data to determine the out-of-pocket cost-sharing a consumer paid on a given claim and then calculate what the consumer's out-of-pocket cost-sharing would have been had Rite Aid included its RSP prices when determining the U&C price to report for RSP Drugs. Insured consumers either pay a fixed dollar

amount consisting of a copay and/or deductible, and/or a coinsurance amount, which is a fixed percentage of the drug price.

22.    If a consumer's claim should have been adjudicated at a lower RSP price and they paid a fixed dollar amount that exceeded the RSP price, I assume that the consumer should have paid the RSP price instead of their fixed dollar amount and they were overcharged. If a consumer's claim should have been adjudicated at a lower RSP price and they paid a coinsurance amount, I assume they should have paid the same fixed coinsurance percentage on that claim. Therefore, I calculate a *RSP Priced Consumer Due Amount* according to Formula 1:

**Formula 1:**    *RSP Priced Consumer Due Amount* = the Minimum of *RSP Price* or [*(RSP Price * Coinsurance Percentage) + Fixed Consumer Payment*], where:

- *RSP Price* is the average RSP Price for prescriptions of the same drug, same quantity, and in the same month.

- *Coinsurance Percentage* is equal to the consumer's coinsurance paid amount[23] divided by the total drug price.[24]

- *Fixed Consumer Payment* is calculated as the total consumer paid amount minus the consumers coinsurance paid amount.[25] Note that if the coinsurance amount is zero, then the total consumer paid amount reflects the consumer's fixed copay or deductible.

---

[23] The consumer's coinsurance paid amount is included in the ███████ dataset as a dollar variable called ███████████ ███████████.

[24] The total drug price is calculated using the ███████ datasets as the sum of dollar variables ███████████████ and ███████ and ██████████████████████████████████████. See March 29, 2022 email from Rite Aid's counsel.

[25] Note that sometimes, because of deductibles, a consumer may pay both a coinsurance amount and an additional fixed payment amount. If the consumer does not pay any coinsurance amount, the *Fixed Consumer Payment* is the full value of ████████████████, else the *Fixed Consumer Payment* is equal to ██████████████ minus ███████ ███████.

23.     *Consumer Allocated Damages* are then calculated as the difference between the actual consumer paid amount (████ ██████████████ in the Rite Aid ████ data) and the *RSP Priced Consumer Due Amount* (from Formula 1), as presented in Formula 2.

**Formula 2:**     *Consumer Allocated Damages = Agency Consumer Pay – RSP Priced Consumer Due Amount.*

24.     My methodology for calculating damages is flexible. The method may accommodate adjustments entailed by legal findings by the Court, changes in the RSP drug lists, RSP drug prices, time periods, and/or additional data made available by Rite Aid, PBMs, or TPPs.

**b.  Implementation of the Damages Methodology**

***i.  Identification of Rite Aid Savings Plan Claims and Rite Aid Savings Plan Prices***

25.     The first step in my damage methodology is to identify the RSP prescriptions and prices. As described above, I use the monthly ████ and ████ datasets produced by Rite Aid. For each month of data, I start by identifying RSP prescriptions by limiting the ████ dataset to where the ████████ equals "██████████." I then join this set of RSP prescriptions from the ████ data with payment information in the ████ data by merging the two datasets on ██ ████████████████.[26] Next, I filter this merged data to exclude all observations where ██████████ equals $0,[27] and all observations where the ██████████ equals "██" "██" or blank to limit the data to claims with paid final adjudication status.[28]

26.     Using this filtered RSP prescription data, I then calculate the RSP Price (*RSP_Price*) to use in the damage calculations described below. *RSP_Price* is calculated by taking the average

---

[26] See March 29, 2022 email from Rite Aid's counsel.

[27] These are claims that appear to have no consumer payment information, so they are excluded from my analysis.

[28] Per NCPDP, "ECL Excerpt – 112-AN," January 2017, the descriptions for these Adjudication Indicators are D = "Duplicate of Paid - Code indicating that the transaction was paid in a previously submitted transaction," R = "Rejected - Code indicating that the transaction has been denied/rejected," and Blank = "Initialized at Source."

total prescription price of all RSP prescriptions for each month by ▮▮ and ▮▮▮▮

▮▮▮▮.[29]

27.     I received data produced by EnvisionRx for RSP formularies used between September 19, 2016 and September 30, 2019.[30] EnvisionRx, which has rebranded as Elixir, is a PBM purchased by Rite Aid in 2015.[31] I understand that EnvisionRx was one of the PBMs responsible for adjudicating RSP claims and maintaining the RSP drug formulary lists for Rite Aid during part of the at-issue period. The EnvisionRx formulary data shows that RSP prices were calculated at the NDC level as a set dispensing fee plus a price per unit (typically a pill or mL). The EnvisionRx formulary data also shows that RSP prices had 30-day supply quantity minimum prices; based on my review of the Rite Aid claims data and EnvisionRx formulary data, prescriptions filled for less than the 30-day quantity amount were still priced at the 30-day quantity price.

28.     Using the EnvisionRx RSP formulary data, I verified that RSP prices could be accurately identified in the Rite Aid Claims and Scripts data. To do so, I merged the EnvisionRx formulary price information with RSP claims in the Rite Aid Claims and Scripts data by ▮▮ and ▮▮▮

---

[29] The total prescription price reported in the Rite Aid data is the sum of payment variables ▮▮▮▮▮▮▮ (which represents the consumer paid amount) and ▮▮▮▮▮▮▮▮▮▮▮▮▮. See March 29, 2022 email from Rite Aid's counsel.

[30] Envision00000001-Envision00000320. These datasets included lists of NDCs and drug names, costs per unit (typically a pill or mL), and both 30-day and 90-day prices and 30-day and 90-day quantity limits. Some of the datasets also included the fixed dispensing fee. When this was not included, I calculated the dispensing fee by subtracting from the 30-day supply price the quantity of units supplied multiplied by the unit cost (i.e., dispensing fee = 30-day supply price – (30-day supply quantity * unit cost)). See also Declaration of Holly Rickard July 17, 2023.

[31] *Rite Aid to Acquire Leading Independent Pharmacy Benefit Manager EnvisionRx for $2 Billion*, BusinessWire (Feb. 11, 2015), https://www.businesswire.com/news/home/20150211005383/en/Rite-Aid-to-Acquire-Leading-Independent-Pharmacy-Benefit-Manager-EnvisionRx-for-2-Billion (last accessed on Oct. 4, 2023); Bruce Japsen, *Rite Aid to Rebrand PBM and Consider Acquisitions*, FORBES (Mar. 17, 2020), https://www.forbes.com/sites/brucejapsen/2020/03/17/rite-aid-to-rebrand-pbm-and-consider-acquisitions/?sh=7ea6e60b76c5 (last accessed on Oct. 4, 2023).

████.[32] I then confirmed that the prices included in the Rite Aid Claims and Scripts datasets matched those calculated using the EnvisionRx formulary data. Taking into account the dispensing fees and the minimum-quantity prices, I was able to verify that the RSP prices listed in the Rite Aid ████ and ████ datasets were the same as those listed in the EnvisionRx formulary data on 99.7% of the claims.[33]

### ii. *Identification of At-Issue Insured Claims*

29.    To identify the insured claims for drugs that were included in the RSP program, I again use the monthly ████ and ████ datasets. For each month, I limit the ████ data to claims that were actually paid (deleting where ████████████ equal "███ " or blank, keeping where ████████████ equal "███ and I exclude all ████ records where the ███ equals "████████" in order to filter out non-RSP paid prescriptions. I also exclude all ████ data where the ████████ equals "███ in order to filter out uninsured prescriptions which are not at issue in this matter. I then add in the *RSP_Price* data (described above) to this filtered ████ data by merging on ███ and ██████████. Any claims that do not merge with the *RSP_Price* data are excluded from my analysis. Once the ████ data is limited to the relevant prescriptions, I merge it with the payment and insurer information in the ████ data using ██████████, and ██████████.

30.    This set of merged ████ and ████ data are then split into two groups: claims with only one line of data and claims with multiple lines of data. Some claims had multiple lines of data because the claim was paid for by multiple payers. ██████████████████████████

---

[32] The EnvisionRx files included the formulary active dates in the raw data titles. I used this list to limit to the national formulary lists (none of the state specific formularies included California), and assumed that the formulary lists were active starting on the title date until the day before the next title date.

[33] 2,936,973 out of 2,946,400.



███████████████████████████████ I identify distinct claims using ███████

███████████████.[34] For single-line claims, I excluded observations where the ███████

variable was '██ (for ██████████ or ████████████████ *icator* variable was '███

(for █████████████), '██ (for █████████████), or '██ (for ████████), or if the ████████

variable equaled '█████████ '█████████ or '█████████.[35]

31.    For multiple-line claims, I identify the correct ████████████████████████████

███████████████████ using the last claim line identified by the █████████ variable.[36] I also

identify each █████████████████████████████████████████████

█████████████, and calculate the sum of the █████████████████ in each claim line.[37] The data

is then transposed and merged with █████████████ such that all payment amounts  for each

claim are now contained on a single line. As above, I exclude claims where the primary payer

██████████████ variable was '██ (for █████████ or ██████████████████████

variable was '██ (for █████████████), '██ (for █████████████), or '██ (for █████████ or if

the primary payer █████████████ variable equaled █████████ '█████████ or '█████████.[38]

<hr />

[34] See March 29, 2022 email from Rite Aid's counsel.

[35] Note that █████████████ is only available in the ████████ data and only identifies th █████████████████████████

[36] See March 29, 2022 email from Rite Aid's counsel █████████████████████████████████████████ and █████████████████████████

[37] Some consumers may have the same primary and secondary insurer. See March 29, 2022 email from Rite Aid's counsel. When this occurs, █████████████████████████████████████████████████.

[38] See footnote 35 above.

### iii.   Calculation of Damages for At-Issue Insured Claims

32.     To calculate damages, I first use Formula 1, as described in Section VI.a, to calculate the amount the insured consumer would have paid absent Rite Aid's alleged misconduct. Then, I use Formula 2, as described in Section VI.a, to calculate the overpayment incurred by the insured consumers. Any prescriptions where the insured consumer's overpayment equals $0, are excluded from my analysis because they did not result in an insured consumer overpayment.

33.     Based on my analyses, total class-wide consumer damages and a count of distinct consumer class members and claims with non-zero consumer damages by year are set forth below in Table 1.

### Table 1 – Total Consumer Damages by Year

| Year | Consumer Damages | Number of Claims | Number of Class Members |
|------|------------------|------------------|--------------------------|
| 2011 | $5,182,121 | 1,777,083 | 479,245 |
| 2012 | $4,177,893 | 1,484,852 | 431,164 |
| 2013 | $3,639,291 | 1,294,290 | 370,488 |
| 2014 | $4,212,931 | 1,274,502 | 362,082 |
| 2015 | $3,454,286 | 1,075,286 | 305,016 |
| 2016 | $3,437,126 | 968,418 | 286,075 |
| 2017 | $3,682,880 | 927,931 | 265,294 |
| 2018 | $3,147,848 | 815,175 | 250,601 |
| 2019 | $3,284,419 | 829,129 | 276,261 |
| Total | $34,218,795 | 10,446,666 | 1,741,519 |

34.     Should statutory penalties need to be applied these can be calculated by multiplying the claim counts in Table 1 by the per-claim penalty amounts.

35.     I have confirmed that my methodology identifies overcharges associated with Plaintiffs Bryon Stafford and Elizabeth Davis in California during the at-issue period.

## VII.   CONCLUSION

36.     I have presented a class-wide methodology for calculating consumer overpayment caused by the alleged misconduct. My methodology is flexible and can accommodate adjustments in response to legal findings by the Court, changes in the RSP drug lists, RSP drug prices, time periods, and/or additional data made available by Rite Aid, PBMs, or TPPs. Based on my calculations using Rite Aid's Claims and Scripts dataset, I find there were consumer overcharges totaling $34,218,795 across 10,446,666 claims associated with 1,741,519 insured consumers in California between January 2011 and December 2019.

_____

Nicole Maestas, Ph.D.
October 4, 2023

# ATTACHMENT A

**Curriculum Vitae**

**Date Prepared:**   **September 29, 2023**

**Name:**   **Nicole A. Maestas**

**Office Address:**   **Department of Health Care Policy, Harvard Medical School**
**180 Longwood Avenue, Boston, MA 02115**

**Work Phone:**   **(617) 432-3455**

**Work Email:**   **maestas@hcp.med.harvard.edu**

**Education:**

| | | | |
|---|---|---|---|
| 1991 | B.A. | English and Spanish | Wellesley College |
| 1997 | M.P.P. | Public Policy | Goldman School of Public Policy, University of California, Berkeley |
| 2002 | Ph.D. | Economics (Advisor: David Card) | University of California, Berkeley |

**Predoctoral Training:**

| | | | |
|---|---|---|---|
| 1995-1996 | Virginia McCrossin Fellowship | University of California, Berkeley | Berkeley, California |
| 1997-2001 | Pre-Doctoral Traineeship | National Institute on Aging | Berkeley, California |
| 2001-2002 | Phi Beta Kappa Graduate Fellowship | Alpha Chapter, University of California, Berkeley | Berkeley, California |
| 2001-2002 | Burch Center Dissertation Fellowship | Department of Economics, University of California, Berkeley | Berkeley, California |

**Faculty Academic Appointments:**

| | | | |
|---|---|---|---|
| 2006-2015 | Core Faculty | Economics | Pardee RAND Graduate School |
| 2015- | Associate Professor of Health Care Policy | Department of Health Care Policy | Harvard Medical School |
| 2017-2017 | Lecturer | Economics | University of St. Gallen, Switzerland (non-voting) |
| 2017- | Affiliated Faculty Member | Harvard Center for Population and Development Studies | Harvard University |
| 2023-2023 | Professor of Health Care Policy | Department of Health Care Policy | Harvard Medical School |
| 2023- | Margaret T. Morris Professor of Health Care Policy | Department of Health Care Policy | Harvard Medical School |

**Professional Positions:**

| | | | |
|---|---|---|---|
| 2002-2007 | Associate Economist | Economics & Statistics | RAND |
| 2002-2020 | Affiliated Researcher | Michigan Retirement and Disability Research Center | University of Michigan |
| 2003-2004 | Visiting Associate Researcher | Institute of Business and Economic Research | University of California, Berkeley |
| 2007-2011 | Economist | Economics & Statistics | RAND |
| 2011-2015 | Senior Economist | Economics, Sociology & Statistics | RAND |
| 2015-2019 | Adjunct Senior Economist | Economics, Sociology & Statistics | RAND |

**Major Administrative Leadership Positions**

**Local**

| | | |
|---|---|---|
| 2009-2010 | Associate Director, Health Economics, Finance and Organization | RAND Health |
| 2009-2015 | Director, Summer Institute Mini-Medical School Workshop | RAND Labor and Population |
| 2010-2013 | Acting Director, Bing Center for Health Economics | RAND |
| 2010-2015 | Director, Center for Disability Research | RAND Labor and Population |
| 2010-2012 | Manager, Economics and Statistics Research Group | RAND |
| 2011-2015 | Director, Post-Doctoral Training Program in the Study of Aging | RAND Labor and Population |
| 2012-2014 | Director, Economics, Sociology and Statistics Research Department | RAND |

**National**

| | | |
|---|---|---|
| 2016-2017 | Associate Director, NBER Disability Research Center (1 of 2 national centers funded by Social Security Administration) | National Bureau of Economic Research (NBER) |
| 2017- | Director, Postdoctoral Fellowship Program on the Economics of an Aging Workforce | National Bureau of Economic Research |
| 2017-2018 | Director, NBER Disability Research Center (1 of 2 national centers funded by Social Security Administration) | National Bureau of Economic Research (NBER) |
| 2018- | Director, NBER Retirement and Disability Research Center (1 of 6 national centers funded by Social Security Administration) | National Bureau of Economic Research (NBER) |

**Committee Service**

**Local**

| | | |
|---|---|---|
| 2010-2014 | Qualifying Exam Committee | Pardee RAND Graduate School Chair of Exam |
| 2016- | Standing Committee on Health Policy | Faculty of Arts and Sciences, Harvard University |

2

| | | Member |
|---|---|---|
| 2018-2018 | University-wide New Ladder Faculty Institute | Office of the Senior Vice Provost for Faculty Development and Diversity, Harvard University |
| | | Panelist |
| 2018-2018 | Dean's Innovation Grants in the Basic and Social Sciences | Harvard Medical School |
| | | Reviewer |
| 2021-2022 | Faculty Search Committee—Asst./Assoc. Prof. of Economics in HCP | Harvard Medical School |
| | | Member |
| 2022- | Steering Committee | Harvard Center for Population and Development Studies |
| | | Member |
| 2022- | Executive Committee, Health Policy PhD Program | Faculty of Arts and Sciences, Harvard University |
| | | Placement Director |

**National**

| 2014-2014 | Disability Policy Panel | Social Security Advisory Board |
|---|---|---|
| | | Member |
| 2015-2020 | Steering Committee, Mini-Medical for Social Scientists | RAND/National Institute on Aging |
| | | Member |
| 2016-2016 | Technical Advisory Panel, Promoting Opportunity Demonstration | Social Security Administration |
| | | Member |
| 2016-2024 | Data Monitoring Committee—Health and Retirement Study | NIH/National Institute of Aging |
| | | Member |
| 2016-2018 | Committee on Health Care Utilization and Adults with Disabilities | National Academies of Sciences, Engineering and Medicine |
| | | Member |
| 2019-2019 | Technical Expert Panel, Claimant Representative Demonstration | Social Security Administration |
| | | Member |
| 2019- | Technical Review Committee—National Longitudinal Surveys Program | Bureau of Labor Statistics |
| | | Member |
| 2020-2020 | Roundtable on Testing and Evaluating Proposed Improvements to Disability Determinations | Social Security Advisory Board |
| | | Roundtable Expert |
| 2020-2025 | Advisory Committee to the NBER Center for Aging and Health Research | National Bureau of Economic Research |
| | | Member |
| 2021-2022 | COVID-19 Task Force, Policy Translation Working Group (Health Security) | National Academy of Social Insurance |
| | | Member |

**Professional Societies**

| 2001- | Population Association of America | Member |
|---|---|---|
| 2016 | | Session Organizer |
| 2001- | American Economic Association | Member |
| 2017 | | Mentor, 8th CeMENT Mentoring Workshop for Faculty in Doctoral Programs |
| 2009- | American Society of Health Economists | Member |
| 2018, 2019 | | Program Area Chair, Health, Labor Markets and the Economy |

| | | |
|---|---|---|
| 2023 | | Mentor, Successfully Navigating Your Ph.D.: A Mentoring Workshop for Women & Non-Binary Ph.D. Students in Health Economics & Health Policy |
| 2002-2019 | Society of Labor Economists | Member Program Committee |

## Grant Review Activities

| | | |
|---|---|---|
| 2008-2008 | United Kingdom Economic and Social Research Council Grant Proposal Review | Economic and Social Research Council, U.K. Ad hoc Reviewer |
| 2010-2010 | NIA Social Science and Population Studies Study Section ZRG1-PSE-H80 | NIH Ad hoc Member |
| 2011-2019 | Working Longer Program | Alfred P. Sloan Foundation Periodic Reviewer |
| 2012-2012 | NIA Datasets in Aging Review Panel ZAG1 ZIJ-9 (M2) | NIH Ad hoc Member |
| 2013-2013 | NIH Social Sciences and Population Studies Study Section (SSPS-B) | NIH Ad hoc Member |
| 2014-2018 | NIA Behavior and Social Science of Aging Review Committee (NIA-S) | NIH Permanent Member |
| 2018-2020 | NIA Behavior and Social Science of Aging Review Committee (NIA-S) | NIH Chair |
| 2020-2020 | NIA Special Emphasis Panel, MD-PhD Training Program in Alzheimer's Disease and Related Dementias (T32) ZAG1 ZIJ-9 (M3) | NIH Chair |
| 2020-2020 | NIA Special Emphasis Panel, Research Education on Alzheimers' Disease and Related Dementias (R25) ZAG1 ZIJ-4 (A1) | NIH Chair |
| 2022-2022 | NIA Special Emphasis Panel, Behavioral and Social Sciences Research on Aging (R25) ZAG1ZIJ-9 (M1) | NIH Member |

## Editorial Activities:

### Ad hoc Reviewer
American Economic Review
American Economic Review: Insights
Quarterly Journal of Economics
Journal of the European Economic Association
Review of Economic Studies
Review of Economics and Statistics
New England Journal of Medicine
Science
American Economic Journal: Economic Policy
American Economic Journal: Applied Economics
Journal of Policy Analysis and Management
Journal of Human Resources

Journal of Labor Economics
Journal of Public Economics
Journal of Health Economics
American Journal of Health Economics
Journal of Applied Econometrics
Industrial & Labor Relations Review
Economic Journal
Labour Economics
Journal of Economic Literature
Work, Aging & Retirement
Journal of the Economics of Ageing

**Other Editorial Roles**

| | | |
|---|---|---|
| 2012- | Editorial Board Member | Industrial Relations |
| 2013- | Editorial Board Member | Journal of Pension Economics and Finance |
| 2014- | Editorial Board Member | Journal of Policy Analysis and Management |
| 2018-2018 | Selection Committee, Vernon Prize | Journal of Policy Analysis and Management |
| 2019- | Associate Editor | Journal of the Economics of Ageing |

**Honors and Prizes**

| | | |
|---|---|---|
| 1991 | Phi Beta Kappa | Wellesley College |
| 2010 | Finalist, Research Award | National Institute for Health Care Management Foundation |
| 2011 | Best Paper Award | Annual Paris Conference on Money, Economy, and Management |
| 2011 | Bronze Medal Award | RAND Corporation |
| 2012 | Bronze Medal Award | RAND Corporation |
| 2015-2016 | Faculty Research Fellow | National Bureau of Economic Research, Aging Program, Labor Studies Program |
| 2016- | Research Associate | National Bureau of Economic Research, Aging Program, Labor Studies Program |
| 2018 | Finalist, TIAA Paul A. Samuelson Award | TIAA Institute |
| 2018 | Elected Member | National Academy of Social Insurance |

# **Report of Funded and Unfunded Projects**

## **Funding Information:**

**Past**

| | |
|---|---|
| 2002-2003 | Back to Work: Trends in Post-Retirement Employment |
| | UM03-15/Social Security Administration/Michigan Retirement Research Center (Laitner) |
| | Project Leader ($50,000) |
| | The goal of this research is to analyze trends in labor market re-entry after retirement |
| 2003-2006 | The Economic Cost of Joint Retirement |
| | NIA/R03AG023108 |

|  | PI ($154,776) |
|--|--|

PI ($154,776)
The goal of this research is to explore the retirement ages of married and single women and simulate the costs of foregone earnings, pension accruals, and savings of married women who tend to retire at a younger age than their husbands.

2004-2009  Economic and Health Determinants of Retirement Behavior
NIA/P01AG022481 (Kapteyn)
Co-Investigator ($1,037,558)
The major goals of this P01 are to analyze economic and health determinants of retirement behavior, such as wealth accumulation, disability application, and joint retirement.

2005-2008  Delayed Health Care Among the Near-Elderly
NIA/R03AG025155
PI ($122,199)
The goal of this research is to examine the measured increases in health care utilization at age 65 and whether this increase represents strategic delay in the timing of health care services.

2005-2009  Self-Employment at Older Ages
NIA/R01AG025552 (Karoly)
Co-Investigator ($152,051)
The major goal of this project is to analyze transitions by older individuals to and from self-employment.

2005-2006  Rising Economic Risk and the Labor Supply of Older Workers
UM06-21/Social Security Administration/Michigan Retirement Research Center (Laitner)
Project Leader ($50,000)
The major goal of this project is to study whether returning to work is a viable option for retired individuals who experience consumption shocks.

2006-2009  Impact of Medicare on Utilization and Health Disparities
NIA/R01AG026290 (Card)
Co-Investigator ($675,000)
The goal of this research is to analyze whether the Medicare program mitigates or exacerbates disparities in health care utilization, treatment intensity, and health outcomes.

2006-2007  A Model of Unretirement
UM07-03/Social Security Administration/Michigan Retirement Research Center (Laitner)
Project Leader ($75,000)
This project develops a theoretical model of retirement and re-entry decisions and uses this framework to guide analyses of reduced form relationships.

2006-2007  A Cross-National Comparison of Self-Employment Dynamics at Older Ages
UM07-18/ Social Security Administration/Michigan Retirement Research Center (Laitner)
Project Leader with Zissimopoulos ($100,000)
The major goal of the project is to compare the retirement patterns of self-employed older workers in the U.S. and U.K., focusing on institutional difference in retirement incentives.

2007-2009  Stated Preferences for Collective Household Labor Supply Models
NIA/Competing Supplement to 1 P01 AG022481-01 (Kapteyn)
Co-Investigator ($455,878)
The purpose of this project is to expand the scope for identification in collective household models of retirement by collecting innovation survey data on stated preferences (SP) for different retirement scenarios.

2007-2010  The Effect of Peer Groups on the Employment Outcomes of Young Adults
NICHD/R03HD054417

6

PI ($187,744)

The goal of this research is to study how the race and gender composition of peers and superiors affects performance outcomes. We use personnel data from the U.S. Army, where individuals are randomly assigned to groups conditional upon a defined set of observable characteristics.

2007-2008    Labor Supply Effects of the Interaction between Social Security Disability and Retirement Benefits

UM08-13/ Social Security Administration/Michigan Retirement Research Center (Laitner)

Project Leader ($75,000)

The goal of this research is to examine how an abrupt relaxation in the implicit tax on work affects the labor force participation of individuals on DI.

2007-2008    Are Early Retirees Less Healthy? The Role of Health in Social Security Claiming Decisions

UM08-21/Social Security Administration/Michigan Retirement Research Center (Laitner)

Project Leader ($50,000)

The goal of this research is to examine how the probability of claiming early retirement benefits at age 62 varies with different pre-retirement health trajectories, and to investigate spillover effects of the increase in the Social Security full retirement age on SSDI applications.

2009-2010    Research Design to Estimate Induced Entry into the SSDI Program Resulting from a Proposed Program Policy Change (Benefit Offset)

SS00-09-31428/Social Security Administration

PI ($393,885)

This task order contract develops a set of research design options for evaluating the effect of a change in the Social Security Disability Insurance program's implicit tax on earnings on program entry.

2009-2010    The Labor Supply Effects of Disability Insurance Work Disincentives: Evidence from Administrative Data

UM10-01/Social Security Administration/Michigan Retirement Research Center (Laitner)

Project Leader ($50,000)

This project examines whether the SSDI work disincentives are binding using a quasi-experimental research design and SSA Administrative Data.

2009-2010    Consistency of the Disability Determination Process and Labor Supply Outcomes

UM10-04/Social Security Administration/Michigan Retirement Research Center (Laitner)

Project Leader with Mullen ($100,000)

In this project, we examine variation in the SSDI award rate and subsequent labor supply outcomes of applicants.

2010-2011    What Are the Real Application Costs of SSDI? The Effect of Waiting Time on Labor Force Participation and Earnings

UM11-01/Social Security Administration/Michigan Retirement Research Center (Laitner)

Co-Investigator ($75,000)

Using a unique administrative workload database, we evaluate how the substantial time spent out of the labor market during the application and appeals process affects subsequent employment opportunities and earnings of disability applicants.

2010-2011    Induced Entry into the SSDI Program: Using SGA Changes as a Natural Experiment

UM11-Q1/Michigan Retirement Research Center

Co-Investigator ($75,000)

This project examines the effect of changes in the threshold for substantial gainful activity

7

(SGA) on SSDI applications over time and across states.

2010-2013   Labor Market Shocks and the Timing of Social Security Benefit claims
UM11-14/ Social Security Administration/Michigan Retirement Research Center (Laitner)
Project Leader with Card ($100,000)
The project analyzes the effect of recent labor market shocks on the decision to claim Social Security retirement and disability benefits.

2011-2012   SSDI and Healthcare Reform: Evidence from Massachusetts
UM12-17/ Social Security Administration/Michigan Retirement Research Center (Laitner)
Project Leader ($100,000)
This study examines the effect of the health care reform in Massachusetts in 2006 on applications for disability benefits.

2011-2012   Does Disability Insurance Save Lives?
UM12-18/ Social Security Administration/Michigan Retirement Research Center (Laitner)
Co-Investigator ($75,000)
Using a unique administrative workload database, we evaluate the effect of Social Security Disability Insurance benefit receipt on mortality outcomes using exogenous variation in benefit receipt.

2011-2013   Pathways from Disability Onset to Retirement: The Roles of Employer Accommodation and Health Insurance
2011-3-17/Alfred P. Sloan Foundation
PI ($609,511)
Using data from the Health and Retirement Study (HRS), this project examines how employer accommodation of work disabilities and provision of health insurance affect labor force participation of older disabled workers.

2011-2018   Universal Health Insurance and the Adequacy and Efficiency of Health Care
NIA/ R01AG026290 (Card)
Co-Investigator ($1,200,000)
This project will measure how the availability of nearly universal health insurance for those over 65 affects the use of primary care versus Emergency Department services; the quality of health care services provided outside the hospital, and the treatment intensity and health outcomes of people admitted to the hospital for acute myocardial infarction.

2012-2014   The Effect of Labor Demand on Work and Retirement Outcomes
2012-3-18/Alfred P. Sloan Foundation
PI ($544,638)
This project examines the effect of labor demand on work and retirement outcomes using the Health and Retirement Study linked to local labor marker data.

2013-2014   Effects of SSDI Application Processing Times and Receipt on Labor Supply and Earnings
NB14-10/Social Security Administration/NBER Disability Research Center (Wise)
Project Leader with Autor and Mullen ($100,974)
This project will test whether long SSDI application processing times cause disability applicants to lose workforce-related human capital.

2013-2021   Human Capital of Disabled Workers
NIA/R01AG046290
PI ($2,806,341)
This project will produce the best estimates to date of the latent work capacity of disabled workers overall, and of older workers specifically.

2014-2015   How Effective is Workplace Accommodation in Keeping Disabled Workers on the Job?
NB15-07/Social Security Administration/NBER Disability Research Center (Wise)

|           | Co-Investigator (~$75,000) |
|           | This project will analyze new data about the need for and provision of workplace accommodation to workers experiencing health problems. |
| 2014-2015 | Working Conditions over the Life Course |
|           | UM15-03/Social Security Administration/Michigan Retirement Research Center (Laitner) |
|           | Project Leader with Mullen ($119,800) |
|           | This grant funds data collection on working conditions using the RAND American Life Panel. |
| 2014-2018 | Sustainable Work Conditions and Employment of Older Workers |
|           | 2013-10-21/Alfred P. Sloan Foundation |
|           | PI with von Wachter ($1,120,309) |
|           | The overarching goal of this project is to advance knowledge about actual and desired job characteristics and how these characteristics affect the likelihood of employment at older ages. |
| 2015-2019 | Technological Change, Training and Employment of Older Workers |
|           | 2015-13870 |
|           | PI ($441,606) |
|           | The goal of this project is to advance knowledge on how technological change affects older works and on the role of training in modifying those effects. |
| 2015-2017 | The Effect of the Great Recession on the Flow of SSDI Claims to ALJ's |
|           | NB16-16/Social Security Administration/NBER Disability Research Center (Wise) |
|           | Project Leader with Mullen (~$120,000) |
|           | This project will estimate the effect of the Great Recession on the rate of appeal to the hearings level and subsequent case outcomes. |
| 2016-2018 | Geographic Variation in SSDI Receipt: The Role of Claimants' Representatives, Part II |
|           | NB17-18/Social Security Administration/NBER Disability Research Center (Autor/Maestas) |
|           | Project Leader with Hoynes ($37,763) |
|           | This project will analyze spatial patterns of legal representation in SSDI claims and the effect of representation on case outcomes. |
| 2016-2018 | Disability Insurance and Treatment for Pain |
|           | NB17-15/Social Security Administration/NBER Disability Research Center (Autor/Maestas) |
|           | Project Leader ($55,158) |
|           | This project aims to estimate the fraction of disability insurance recipients who initiated opioid therapy to treat chronic prior to applying for disability benefits. |
| 2017-2019 | The Effects of Medicaid Policy on the Health Care Utilization and Health of SSI Beneficiaries |
|           | NB18-13/Social Security Administration/NBER Disability Research Center (Maestas) |
|           | Project Leader with Layton (~$50,000) |
|           | This project examines whether the shift to Medicaid Managed Care for SSI beneficiaries led to beneficial changes in utilization, health, and health care spending. |
| 2017-2019 | NBER Disability Research Center |
|           | Social Security Administration (SSA)/DRC12000002 (Maestas) |
|           | PI ($1,737,486 Year 5) |
|           | The Center conducts research that can inform disability policy evaluation and reform. As PI of the Center, I oversee approximately 15 research projects per year conducted by researchers at universities in the US and Europe. The Center also provides training |

fellowships to predoctoral and postdoctoral scholars.

| 2017-2020 | Preferences for Working Conditions and Employment at Older Ages
G-2017-9694
Alfred P. Sloan Foundation
PI ($657,748)
The goal of this project is to understand how preferences for working conditions at older ages influence the length of working lives. |
|---|---|
| 2018-2019 | Employer Incentives in Disability Insurance: Evidence from Social Security Administration Data
NB18-Q10/Social Security Administration/NBER Disability Research Center (Maestas)
Project Leader (~$50,000)
The purpose of this project is to examine variation across firms in disability claiming by former employees. |
| 2018-2020 | Causes and Consequences of Geographic Variation in Healthcare Spending for Individuals with Disabilities
NB19-24/Social Security Administration/NBER Retirement and Disability Research Center (Maestas)
Project Leader with Layton/Shepard (~$50,000)
This project will investigate the sources of difference in Medicaid generosity across states and how these differences affect the health outcomes of people with disabilities. |
| 2019-2021 | Estimating Work-Related Functional Capacity among Older Americans
Harvard Medical School, Dean's Initiative Grants Program, Innovation Pilot Award in Healthy Aging (Maestas)
PI ($230,000)
This project will collect new survey data from a nationally representative sample of Americans that measures their functional capacity to work across eight functional domains. |
| 2019-2021 | Exploration of an Alternative Disclosure Approach for SSA Statistics
SSA-NBER Retirement and Disability Research Center/NB20-12 (Maestas)
Project Leader with John Friedman (~$80,000 Total)
This project seeks to understand how a new method for reducing privacy loss when disclosing statistics based on small numbers of observations would work in the SSA setting. |
| 2019-2022 | Opioid Prescribing Practices in Adolescents and State Policies
NIA-RAND/P50 DA046351 (Sherry)
Co-Investigator ($40,529 Total)
The goals of this project are to examine what share of opioid prescriptions among adolescents and young adults lack a documented medical indication for pain, and examine how this practice varies by patient, provider, and practice setting, and state policies. |

| 2020-2021 | Applying Disability Determination Methods from the Netherlands in the US |
|---|---|
| | SSA-NBER Retirement and Disability Research Center/ NB21-08 (Maestas) |
| | Project Leader with Mullen/Ravesteijn ($40,968 Total) |
| | This project aims to provide a detailed review of the disability determination procedure used in the Netherlands to identify specific jobs applicants have the functional ability to perform. |

2016-2022   Health and Disability over the Life Course
NIA/R01AG056238
PI ($440,001)
This project will investigate the health and work capacity of individuals with moderate and severe health problems, examining how work capacity varies with characteristics of the disability and in relation to economic conditions over time, using administrative and survey data.

2016-2022   Disability Among Older Low-Skilled Workers
NIA/R01AG056239
PI ($395,000)
This project will investigate the health and work abilities of low-skilled, older individuals with moderate health problems, by education and work history, and in relation to economic conditions over time, using administrative and survey data.

2018-2023   NBER Retirement and Disability Research Center (RDRC)
Social Security Administration (SSA)/1-RDR18000003 (Maestas)
PI ($3,317,253 Year 1)
The Center conducts research that contributes to the scientific basis for retirement and disability policy design. As PI of the Center, I oversee approximately 25 research projects per year conducted by researchers at universities in the US and Europe. The Center also provides training fellowships to predoctoral and postdoctoral scholars.

2020-2022   The Effect of Health Insurance Affordability on the Employment of People with Disabilities
SSA-NBER Retirement and Disability Research Center/NB21-13 (Maestas)
Project Leader with Ari Ne'eman (~$80,382 Total)
This project will investigate the role of health insurance affordability as a potential explanation for the increase in labor supply among people with disabilities (pre-pandemic).

2020-2023   Understanding Variation in Occupational Requirements
SSA-NBER Retirement and Disability Research Center/ NB21-07 (Maestas)
Project Leader with Mullen/Sherry ($40,968 Total)
The goal of this project is to characterize the variation in functional requirements within occupations.

2020-2023   Measuring Geographic Variation in Utilization of Long-term Services and Supports Among Supplemental Security Income Recipients
SSA-NBER Retirement and Disability Research Center/NB21-12 (Maestas)
Project Leader with Layton/Shepard (~$50,000 Total)
This project will construct a novel dataset tracking LTSS utilization by SSI recipients, and document geographic variation in health, use of LTSS services, and functional status.

2022-2023    Reform of the Disability Determination Process at the Hearing Level and Employment After Application
SSA-NBER Retirement and Disability Research Center/NB23-19 (Maestas)
Project Leader w/ Hoynes ($151,860 Total)
This project will investigate the impacts of the several policy initiatives launched by the Social Security Administration to improve the quality and consistency of disability case reviews performed by Administrative Law Judges.

2022-2023    Expanding Research Capacity at Historically Black Colleges and Universities (HBCUs)
SSA-NBER Retirement and Disability Research Center/NB23-1 (Maestas)
Project Leader w/ Viceisza ($62,824 Total)
This project will seek to strengthen, expand, and build the capacity for conducting research on retirement and disability policy at HBCUs.

**Current**

2018-2024    Improving Health Outcomes for an Aging Population (P01)/Opioid Treatment for Pain: Causes and Consequences (Project 2)
NIA/P01AG005842 (Baicker)
Project Leader, Project 2 (~$360,000)
This project seeks to understand the causes of rising opioid treatment for pain and its effect on the health and functional outcomes of middle-aged and older Americans.

2020-2025    Improving Medicare in an Era of Change (P01)/ Lessons for Medicare from State Medicaid Programs: The Laboratory of Democracy (Project 3)
NIA/P01AG032952 (Landon and McWilliams)
Co-Investigator, Project 3 ($171,839)
This project estimates causal differences in care quality and health outcomes between Medicaid and Medicare, then leverages heterogeneity in Medicare-Medicaid differences across states to determine which Medicaid policies are responsible for beneficial outcomes.

2020-2023    HealthCare Markets and Regulation Lab
Arnold Foundation 20-04402 (Chernew)
Co-Investigator ($2,665,646)
The objective of this project is to provide the critical evidence, analyses, and tools necessary to support private and public sector innovations that promote high quality health care at a sustainable cost.

2020-2025    Disability-Inclusive Employment Policy Research and Resource Training Center (RRTC)
NIDILRR/ACL-Syracuse University (Blanck)
Co-PI ($909,157 Total)
This center grant encompasses an array of projects designed to test the effect of various employment policies on the employment of people with disabilities.

2022-2027    Assessment of Health-Related Work Capacity to Improve Independence of Older Adults
NIA/2R01AG046290
M-PI ($3,142,170 Total)
This project develops a new way of measuring functional abilities that enables direct
comparison with occupational requirements. We use the new measures to identify whether it
is possible to design interventions to restore lost work capacity to individuals whose
functional abilities have declined.

2023-2028    Identifying Targets for Interventions to Improve Functional Ability to Work over the Life
Course NIA/1R01AG078301
M-PI ($4,106,404 Total)
The goal of this project is to adapt international methods for measuring functional ability to
work to the U.S. context and use this information to identify targets for interventions that
would restore or prevent loss of specific functional abilities among Americans.

2023-2028    NBER Retirement and Disability Research Center (RDRC)
Social Security Administration (SSA)/1-RDR23000006-01-00 (Maestas)
PI ($1,989,509 Direct Year 1)
The Center conducts research that contributes to the scientific basis for retirement and
disability policy design. As PI of the Center, I oversee approximately 25 research projects
per year conducted by researchers at universities in the US and Europe. The Center also
provides training fellowships to predoctoral and postdoctoral scholars (also listed below).

**Training Grants and Mentored Trainee Grants**

2010-2015    RAND Postdoctoral Training Program in the Study of Aging Years 18-22
NIA/T32 AG000244
PI/Faculty
This program provided research training in aging to postdoctoral fellows.

2013-2018    RAND Mini-Medical School for Social Scientists for Years 13-17
NIA/R13 AG018327 (13-17)
PI/Conference Organizer
This conference grant provided funding for the Mini-Medical School for Social Scientists,
a two-day summer workshop that was part of the RAND Summer Institute. The workshop
consisted of master lectures delivered by leading biomedical scientists to approximately 40
competitively selected, promising junior scholars in the field of aging.

2018-2021    National Bureau of Economic Research Post-Doctoral Fellowship Program on the
Economics of an Aging Workforce
Alfred P. Sloan Foundation
PI/Faculty
This program provides postdoctoral fellowships to junior faculty studying the labor market
consequences of an aging population.  I am program director and faculty mentor.

2019-2023    Health Policy Training Program: Promoting Outcomes, Quality, and Diffusion of Medical
Advances
NIA/5T32MH019733-27
Faculty
This program provides training in mental health policy to pre- and postdoctoral scholars.

2021-2025    National Bureau of Economic Research Training Program in Aging and Health Economics
NIA/T32AG000186

13

| | | |
|---|---|---|
| | Faculty | |
| | This program provides training in aging and health economics to pre- and postdoctoral scholars. I serve as a faculty director and mentor. | |
| 2022-2026 | Harvard Medical School MD-PhD Program in Aging and Social/Behavioral Sciences NIA/2T32AG051108-06A1 | |
| | Faculty | |
| | This program provides training in social/behavioral aspects of aging for MD-PhD students. | |
| 2023-2028 | NBER Retirement and Disability Research Center (RDRC) Fellowship Program | |
| | Social Security Administration 1-RDR23000006-01-00/Center Grant with Training Program | |
| | PI/Faculty | |
| | This program provides training fellowships to pre- and postdoctoral scholars studying retirement and disability policy. I serve as program director and faculty mentor. | |

# Report of Local Teaching and Training

## Teaching of Students in Courses

| | | |
|---|---|---|
| 2016-2019, 2022-2023 | PWY 120 Essentials of the Profession I<br>*Required for first-year M.D. students* | Harvard Medical School<br>Small Group Leader<br>20 hours (4 weeks, 5 hours/week) |
| 2016 | Econ 970 Social Insurance: Connecting Theory to Data<br>*Undergraduate course* | Harvard University, Department of Economics: 2 hours |
| 2016- | Economics 2465 Health Economics<br>*Field Course in Economics Ph.D. Program* | Harvard University, Department of Economics: 2 hours |
| 2016- | Health Policy 2000B/SUP958/HPM246-01<br>*Core Course in Health Policy Ph.D. Program* | Harvard University, Interfaculty Initiative in Health Policy: 2 hours |
| 2017 | Econ 985 Senior Thesis Research Seminar in Public Economics, Education, and Health<br>*Undergraduate course* | Harvard University, Department of Economics: 2 hours |
| 2019-2020 | PWY 120 Essentials of the Profession I<br>*Required for first-year M.D. students* | Harvard Medical School<br>Course Co-Leader, Health Policy<br>20 hours (4 weeks, 5 hours/week) |
| 2020-2021 | PWY 120 Essentials of the Profession I<br>*Required for first-year M.D. students* | Harvard Medical School<br>Course Leader, Health Policy<br>20 hours (4 weeks, 5 hours/week) |
| 2021- | HPM 509 Disability Policy in the US<br>*Elective course in MPH program* | Harvard University, Chan School of Public Health: 1 hour |
| 2021 | Economics 50 Using Big Data to Solve Economic and Social Problems<br>*Undergraduate course* | Harvard University, Department of Economics: 1.5 hours |
| 2021, 2023 | Mental Health Policy<br>*Seminar for Postdoctoral and PhD students* | Harvard University, Interfaculty Initiative in Health Policy: 1.5 hours |

## Research Supervisory and Training Responsibilities:

| | | |
|---|---|---|
| 2016-2022 | Supervision of postdoctoral research fellows (average 1 fellow per year) | Harvard Center for Population and Development Studies |

14

| | | 1:1 supervision 2.0 hours per month per fellow; 1.0 lab meeting per month |
|---|---|---|
| 2016- | Supervision of postdoctoral research fellows (average 1 fellow per year) | Harvard Medical School 1:1 supervision 2.0 hours per month per fellow; 1.0 hour lab meeting per month |
| 2016- | Supervision of postdoctoral research fellows (average 3 fellows per year) | National Bureau of Economic Research 1:1 supervision 0.75 hours per month per fellow; 1.0 hour lab meeting per month |

**Formally Mentored Harvard Medical, Dental, and Graduate Students:**

2016-2021   Daniel Prinz, Ph.D. in Health Policy (Economics) 2021, Harvard University
Dissertation Committee Chair "Essays on Social Insurance"– *Honorable Mention Winner, National Tax Association; Honorable Mention Winner, National Academy of Social Insurance Heinz Dissertation Award*

2017-2018   Gregory Vanderhorst, Harvard College Class of 2018
Supervisor of Senior Thesis "Perverse Incentives or Pre-existing Trends: Has the Expansion of Medicaid Exacerbated the Opioid Crisis?"– *Awarded 2018 Thomas Temple Hoopes Prize, Harvard University*

2019-2020   Thomas Micajah "Cage" Reeder, Harvard College Class of 2019
Supervisor of Senior Thesis "Overextended and Overprescribing? Labor Force, Health, and Opioid Prescribing Propensity Implications of Expanded Physician Extender Autonomy"

2019-   Alexandra Mitukiewicz, Ph.D. Candidate in Sociology, Harvard University
Dissertation Committee Member

2019-   Marai Hayes, Ph.D. Candidate in Health Policy (Economics), Harvard University
Faculty Advisor; Dissertation Committee Chair

2020-   Ari Ne'eman Ph.D. Candidate in Health Policy (Management), Harvard University
Dissertation Committee Chair

2021-   Travis Donahoe, Ph.D. Candidate in Health Policy (Economics), Harvard University
Dissertation Committee Member—*Winner, ASHEcon Best Student Paper Award 2023*

2022-   Reigne Dadey, Ph.D. Candidate in Health Policy (Economics), Harvard University
Faculty Advisor

2023-   Ilana Salant, Ph.D. Candidate in Health Policy (Economics), Harvard University
Dissertation Committee Member

**Other Mentored Trainees and Faculty:**
**\*Denotes Harvard Affiliate**

2005-2006   Mathis Schroeder, Ph.D. / Head, Scientific Information Department, Max Planck Institute for Social Law and Social Policy
*Career stage:* Ph.D. candidate at Cornell University, Economics. *Mentoring role:* dissertation committee member (external).

2007-2010   Xiaoyan Li, Ph.D. / Senior Scientist, CS PharmSciences
*Career stage*: Ph.D. candidate at Pardee RAND Graduate School. *Mentoring role*: dissertation committee chair.

2009-2010    Johanna Lahey, Ph.D. / Associate Professor, The Bush School of Government & Public Service, Texas A&M University
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship grant-writing mentor. *Accomplishments*: submitted grant proposal.

2011-2012    Adam Gailey, Ph.D. / Principal, Charles River Associates
*Career stage*: Ph.D. candidate at Pardee RAND Graduate School. *Mentoring role*: dissertation committee chair.

2011-2012    Christopher Marcum, Ph.D. / Staff Scientist, National Human Genome Research Institute
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor. *Accomplishments*: submitted dissertation papers.

2012-2013    Matthew Hill, Ph.D. / Clinical Assistant Professor, Department of Economics, Loyola Marymount University
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor. *Accomplishments*: co-authored two papers.

2013-2014    Alma Vega, Ph.D. / Senior Data Consultant, Kaiser Permanente
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor. *Accomplishments*: submitted dissertation papers.

2013-2015    Jeffrey B. Wenger, Ph.D. / Senior Policy Researcher, RAND
*Career stage*: mid-career postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor. *Accomplishments*: co-authored two papers, submitted grant proposal.

2016-2021    *Tisamarie Sherry, M.D., Ph.D. / Deputy Assistant Secretary for Planning and Evaluation, Office of Behavioral Health, Disability, and Aging Policy, U.S. Dept. of Health and Human Services
*Career stage*: internal medicine residency at Brigham and Women's Hospital; junior faculty at RAND. *Mentoring role*: research mentor. *Accomplishments*: co-authored multiple papers, national conference presentations, submitted grant proposals.

2016-        *Yulya Truskinovsky, Ph.D. / Assistant Professor, Department of Economics, Wayne State University
*Career stage*: postdoctoral fellow; junior faculty. *Mentoring role*: fellowship mentor, research and career advisor. *Accomplishments*: co-authored paper, national conference presentations, submitted grant proposal.

2017-2018    *Brian McGarry, Ph.D. / Assistant Professor, Division of Geriatrics and Aging, University of Rochester
*Career stage*: postdoctoral fellow. *Mentoring role*: research advisor. *Accomplishments*: co-authored papers, submitted career development application.

2017-2019    *Wenjia Zhu, Ph.D. / Health Researcher, Mathematica Policy Research
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor.

16

*Accomplishments*: co-authored three papers.

2017-2018      *Brian Asquith, Ph.D. / Economist, W.E. Upjohn Institute for Employment Research
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor
*Accomplishments*: completed fellowship paper, submitted dissertation paper.

2018-2019      *Andrew Garin, Ph.D. / Assistant Professor, Department of Economics, University of Illinois, Urbana-Champagne
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor
*Accomplishments*: completed fellowship paper.

2018-2019      Keith Meyers, Ph.D. /Assistant Professor, University of Southern Denmark
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor
*Accomplishments*: completed fellowship paper.

2019-2020      *Helge Liebert, Ph.D. / Fellow, Department of Economics, University of Zurich
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor
*Accomplishments*: co-authored two papers, presented at NBER conference

2019-2020      Molly Hawkins, Ph.D. / Assistant Professor, Department of Economics, Brandeis University
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor
*Accomplishments*: completed fellowship paper.

2019-2020      Michael Stepner, Ph.D. / Assistant Professor, Department of Economics, University of Toronto
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor. *Accomplishments*: completed fellowship paper.

2019-2020      Taha Choukhmane, Ph.D. / Assistant Professor of Finance, MIT Sloan School of Management
*Career stage*: postdoctoral fellow; junior faculty. *Mentoring role*: fellowship mentor.
*Accomplishments*: completed fellowship paper.

2020-2021      *Adelina Yanyue Wang, Ph.D. / Associate, McKinsey & Company
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor. *Accomplishments*: completed fellowship paper.

2020-2023      *Adrienne Sabety, Ph.D. / Assistant Professor Health Policy, Stanford University
*Career stage*: postdoctoral fellow; junior faculty. *Mentoring role*: fellowship mentor, research and career advisor. *Accomplishments*: co-authored multiple papers, national conference presentation, submitted grant proposal.

2020-2023      *Leah Abrams, Ph.D. / Sloan Fellow at the Center for Population and Development Studies at Harvard University
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor, research advisor
*Accomplishments*: co-authoring paper.

2021-2022    Kuan-Ming Chen, Ph.D. / Postdoctoral Fellow in Disability Research, National Bureau of Economic Research
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor. *Accomplishments*: preparing fellowship paper.

2021-2022    Max Kellogg, Ph.D./ Postdoctoral Fellow in Disability Research, National Bureau of Economic Research
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor. *Accomplishments*: preparing fellowship paper.

2022         Tobias Lehmann, Ph.D. Candidate in Economics, University of Lausanne, Switzerland
*Career stage:* Ph.D. candidate at University of Lausanne, Department of Economics, Switzerland. *Mentoring role:* external dissertation committee member.

2022-2023    *Zhixiu Yu, Ph.D./ Postdoctoral Fellow in Disability Research, National Bureau of Economic Research
*Career stage*: postdoctoral fellow. *Mentoring role*: fellowship mentor.

**Local Invited Presentations**
*No presentations below were sponsored by 3rd parties/outside entities.*

2003    Effect of Medical Expense Risk on Portfolio Choices
UC Berkeley Department of Economics Labor Lunch Seminar, Berkeley, California
2003    Effect of Medical Expense Risk on Portfolio Choices
UC Berkeley Department of Demography Brown Bag Seminar, Berkeley, California
2004    The Impact of Nearly Universal Insurance Coverage on Health Care Utilization and Health: Evidence from Medicare
UCLA Department of Economics, Applied Microeconomics Seminar, Los Angeles, California
2005    Medical Expenditure Risk and Household Portfolio Choice
UC Irvine School of Business, Irvine, California
2008    Peer Groups and Employment Outcomes: Evidence from Conditional Random Assignment in the U.S. Army
UCLA Department of Economics, Applied Microeconomics Seminar, Los Angeles, California
2011    Constructing Successful NIH Proposals by Thinking Like a Reviewer
UCLA-California Health Interview Survey Workshop on Aging Research (Webinar), Los Angeles, California
2012    Disability Insurance Reform: What do we know? What do we need to know?
RAND Summer Institute Workshop on Aging, Santa Monica, California
2015    The Effect of Population Aging on Economic Growth, the Labor Force, and Productivity
Harvard University Labor Economics Workshop, Cambridge, MA
2016    Effect of Medicare Coverage on Treatment of Pain
Boston University/Harvard/MIT Health Economics Workshop, Cambridge, MA
2016    Opioids Without Pain? Medical Indications for Opioid Prescriptions in Ambulatory Care
Mongan Institute for Health Policy, Massachusetts General Hospital

| | |
|---|---|
| 2017 | Living Longer, Working Longer?<br>Harvard Medical School Media Fellowship on *The Quest for Immortality: Re-thinking an Age-Old Question* |
| 2018 | Medicaid and the Disability Programs Intertwined Reforms<br>30th Anniversary Health Care Policy Symposium, Harvard Medical School, Boston, MA |
| 2019 | Improving Functional Capacity to Work<br>Harvard Symposium on Healthy Aging: From Molecules to Meaning, Harvard Medical School, Boston, MA |
| 2019 | The Link between Health and Working Longer<br>*Can't Work, Can't Retire: America's Aging Workforce*, Author's Conference, Harvard Center for Population and Development Studies, Cambridge MA |
| 2021 | The NBER Retirement and Disability Research Center: Update<br>Board of Directors Meeting, National Bureau of Economic Research (NBER), Cambridge MA |
| 2023 | Legal Representation in Disability Claims<br>Harvard Kennedy School of Government, Economics and Social Policy Seminar |

## Report of Regional, National and International Invited Teaching and Presentations

### Invited Presentations and Courses

**Regional**
*No presentations below were sponsored by 3rd parties/outside entities.*

| | |
|---|---|
| 2013 | The Effect of Local Labor Demand Conditions on the Labor Supply Outcomes of Older Americans<br>SIEPR/SCL/Sloan Foundation Working Longer and Retirement Conference, Stanford University, California |
| 2013 | Does Delay Cause Decay? Administrative Decision Time and the Employment and Earnings of Social Security Disability Applicants<br>UC Berkeley, Institute for Research on Labor and Employment (IRLE) Seminar, Berkeley, California |
| 2013 | The Effect of Local Labor Demand Conditions on the Labor Supply Outcomes of Older Americans<br>SIEPR/SCL/Sloan Foundation Working Longer and Retirement Conference, Stanford University, Palo Alto, California |
| 2014 | The Effect of Population Aging on Economic Growth<br>SIEPR/Sloan Foundation Working Longer Conference, Stanford University, Palo Alto, California |
| 2016 | American Working Conditions and Preferences for Job Attributes<br>Boston College, Center for Retirement Research, Boston, MA |
| 2017 | The Value of Working Conditions in the U.S.<br>Wellesley College, Department of Economics, Wellesley, MA |
| 2018 | The Effect of Economic Conditions on the Disability Insurance Program: Evidence from the Great Recession<br>University of Connecticut Economics Department Seminar |
| 2018 | The Effect of Economic Conditions on the Disability Insurance Program: Evidence from the Great Recession<br>Dartmouth College Economics Department Microeconomics Seminar |

| | |
|---|---|
| 2018 | Privatization of Social Insurance: Evidence from Medicaid |
| | Yale University, School of Public Health |
| 2020 | The Link between Health and Work: Differences in Work Capacity |
| | Tufts University, Department of Economics Seminar, Boston, Massachusetts |
| 2022 | Legal Representation in Disability Claims |
| | Brandeis University, Department of Economics Seminar, Waltham, Massachusetts |
| 2023 | Opioid Treatment for Pain and Work and Disability Outcomes: Evidence from Healthcare Providers' Prescribing Patterns |
| | Federal Reserve Bank of Boston's New England Public Policy Center Applied Micro Study Group Seminar |

**National**

*No presentations below were sponsored by 3rd parties/outside entities*

| | |
|---|---|
| 2001 | Labor, Love and Leisure: Complementarity and the Timing of Retirement by Working Couples |
| | Population Association of America Annual Meeting, Washington, DC |
| 2001 | Labor, Love and Leisure: Complementarity and the Timing of Retirement by Working Couples |
| | Princeton University Labor Lunch Seminar, New Jersey |
| 2002 | Labor, Love and Leisure: Complementarity and the Timing of Retirement by Working Couples |
| | Society of Labor Economists Annual Meetings, Baltimore, MD |
| 2004 | The Impact of Nearly Universal Insurance Coverage on Health Care Utilization and Health: Evidence from Medicare |
| | Southern Economic Association Meetings, New Orleans, LA |
| 2004 | The Impact of Nearly Universal Insurance Coverage on Health Care Utilization and Health: Evidence from Medicare |
| | NBER Summer Institute, Health Economics Workshop, Cambridge, Massachusetts |
| 2004 | Medical Expenditure Risk and Household Portfolio Choice |
| | NBER Fall Health Care Meetings, Cambridge, Massachusetts |
| 2005 | Back to Work: Expectations and Realizations of Work after Retirement |
| | Population Association of America Annual Meeting, Economic Demography Workshop, New York |
| 2005 | Post-Retirement Labor Supply: Future Research |
| | Michigan Retirement Research Center Research Conference, Ann Arbor, Michigan |
| 2005 | Back to Work: Expectations and Realizations of Work after Retirement |
| | NBER Summer Institute, Aging Workshop, Cambridge, Massachusetts |
| 2005 | Back to Work: Expectations and Realizations of Work after Retirement |
| | Society of Labor Economists Annual Meetings, San Francisco, California |
| 2006 | Medical Expenditure Risk and Household Portfolio Choice |
| | NBER Universities Research Conference, Cambridge, Massachusetts |
| 2006 | Cohort Differences in Retirement Expectations and Realizations |
| | Wharton Pension Research Council Symposium, Philadelphia, Pennsylvania |
| 2007 | Retirement Transitions of the Self-Employed in the United States and England |
| | Michigan Retirement Research Center Research Conference, Ann Arbor, Michigan |
| 2008 | Burnout and the Retirement Decision |
| | Society of Labor Economists Annual Meetings, New York |
| 2008 | Price Variation in Markets with Homogeneous Goods: The Case of Medigap |

|      | Duke/UNC Triangle Health Economics Workshop, Durham, North Carolina |
|------|---------------------------------------------------------------------|
| 2009 | The Labor Supply Effects of Disability Insurance Work Disincentives: Evidence from the Automatic Conversion to Retirement Benefits at Full Retirement Age |
|      | Michigan Retirement Research Center Research Conference, Ann Arbor, Michigan |
| 2009 | Peer Groups and Employment Outcomes: Evidence from Conditional Random Assignment in the U.S. Army |
|      | ASSA/American Economic Association Annual Meeting, San Francisco, California |
| 2010 | The Labor Supply Effects of Disability Insurance Work Disincentives: Evidence from Administrative Data |
|      | 12th Annual Conference of the Retirement Research Consortium (Social Security Administration), Washington, DC |
| 2010 | The Labor Supply Effects of Disability Insurance Work Disincentives: Evidence from the Automatic Conversion to Retirement Benefits at Full Retirement Age |
|      | NBER Summer Institute, Aging Workshop, Cambridge, Massachusetts |
| 2010 | Consistency of the Disability Determination Process and Labor Supply Outcomes |
|      | University of Illinois, Urbana-Champaign Center for Business and Public Policy,  Urbana-Champaign, Illinois |
| 2010 | Consistency of the SSDI Disability Determination Process and Labor Supply Outcomes |
|      | Michigan Retirement Research Center Research Conference, Ann Arbor, Michigan |
| 2010 | The Labor Supply Effects of Disability Insurance Work Disincentives: Evidence from the Automatic Conversion to Retirement Benefits at Full Retirement Age |
|      | American Society of Health Economists (ASHEcon) Conference, Ithaca, New York |
| 2010 | Burnout and the Retirement Decision |
|      | American Society of Health Economists (ASHEcon) Conference, Ithaca, New York |
| 2011 | Evaluating Proposals to Slow SSDI Inflows: Evidence Needed |
|      | Michigan Retirement Research Center Research Conference – Invited Lunch Panel, Ann Arbor, Michigan |
| 2011 | Does Disability Insurance Receipt Discourage Work? Using Examiner Assignment to Estimate Causal Effects of SSDI Receipt |
|      | 13th Annual Joint Conference of the Retirement Research Consortium (Social Security Administration) Washington, DC |
| 2012 | Disability Insurance and Healthcare Reform: Evidence from Massachusetts |
|      | University of Pennsylvania, Leonard Davis Institute of Health Economics, Philadelphia, Pennsylvania |
| 2012 | Does Delay Cause Decay? The Effect of Administrative Decision Time on the Labor Force Participation of Disability Applicants |
|      | 14th Annual Joint Conference of the Retirement Research Consortium (Social Security Administration), Washington, DC |
| 2012 | Does Disability Insurance Receipt Discourage Work? Using Examiner Assignment to Estimate Causal Effects of SSDI Receipt |
|      | National Academy of Social Insurance, Washington, DC |
| 2013 | Disability Insurance and Healthcare Reform: Evidence from Massachusetts |
|      | Smith Group/Munich Reinsurance Group Maine Event, Portland, Maine |
| 2013 | The Effect of SSDI on Employment |
|      | Social Security Advisory Board Forum on Social Security Disability Insurance: The Time for Reform, Washington, DC |
| 2013 | The Effect of SSDI on Employment and Earnings |
|      | Cornell University, Department of Policy Analysis and Management, Ithaca, New York |

| | |
|---|---|
| 2013 | Does Delay Cause Decay? Administrative Decision time and the Employment and Earnings of Social Security Disability Applicants<br>Princeton University, Industrial Relations Section/Health and Well-Being Center Joint Seminar, Princeton, New Jersey |
| 2013 | Are Older Workers in Greater Demand?<br>TIAA-CREF Institute/Alfred P. Sloan Foundation Colloquium "Towards a Policy Agenda for an Aging America," U.S. Capitol Visitors Center, Washington, D.C. |
| 2014 | Does Delay Cause Decay? Administrative Decision Time and the Employment and Earnings of Social Security Disability Applicants<br>University of Texas, Austin, Economics Department, Austin, Texas |
| 2014 | Disability Insurance and Healthcare Reform: Evidence from Massachusetts<br>Harvard Medical School, Department of Health Care Policy, Boston, Massachusetts |
| 2014 | American Working Conditions<br>NYU/Sloan Foundation Workshop on Measuring, Modeling, and Modifying Late in Life Workplace Dynamics, New York |
| 2015 | Disability Insurance and the Great Recession<br>ASSA/American Economic Association Annual Meeting, Boston, Massachusetts |
| 2015 | Labor Market Shocks and Early Social Security Benefit Claiming<br>Michigan Retirement Research Center Research Conference, Ann Arbor, Michigan |
| 2015 | American Working Conditions<br>SIEPR/Sloan Foundation Working Longer Conference, Stanford University, Palo Alto, California |
| 2016 | Factors Influencing Working Longer<br>Age Boom Academy, Columbia University, New York |
| 2016 | Disability Insurance and the Great Recession<br>American Society of Health Economists (ASHEcon) Conference, Philadelphia, Pennsylvania |
| 2016 | Work and Retirement (Master Lecture)<br>RAND Summer Institute, Workshop on Aging (NIH/NIA-Sponsored), RAND, Santa Monica, CA |
| 2016 | American Working Conditions and Preferences for Job Attributes<br>University of Illinois, Champagne-Urbana, Center for Business and Public Policy Champaign, Illinois |
| 2016 | American Working Conditions and Preferences for Job Attributes<br>National Bureau of Economic Research Summer Institute, Aging Program, Cambridge, MA |
| 2016 | The Return to Work and Women's Employment Decisions<br>National Bureau of Economic Research (NBER) Women Working Longer Conference, Cambridge, MA |
| 2016 | The Role of Attorneys in the Disability Determination Process<br>Social Security Administration, Washington, D.C. |
| 2017 | Disability Insurance and the Great Recession<br>Vanderbilt University, Nashville, Tennessee |
| 2017 | Expanding Access to Paid Time Off to Support Caregiving<br>Brookings Institution Hamilton Project Author's Conference, Washington DC |
| 2017 | Preferences for Work at Older Ages<br>Stanford University Center on Longevity, Conference on Working Longer and Retirement: Applying Research to Help Manage an Aging Workforce, Stanford, California |

| 2017 | Opioid Treatment for Pain |
| | Blue Cross Blue Shield Association Alliance Meeting, Chicago Illinois |
| 2017 | The Value of Working Conditions |
| | SIEPR/Sloan Foundation Working Longer Conference, Stanford University, Palo Alto, California |
| 2018 | The Return to Work and Women's Employment Decisions |
| | ASSA/American Economic Association Annual Meeting, Philadelphia, PA |
| 2018 | The Effect of Economic Conditions on the Disability Insurance Program: Evidence from the Great Recession |
| | Tulane University Economics Department Seminar |
| 2018 | Initial Opioid Prescriptions in Commercial Health Insurance |
| | Blue Cross Blue Shield Association Alliance Meeting, Chicago, IL |
| 2018 | The Decline in SSDI Awards: Reasons, Implications and Future Outlook |
| | NBER Summer Institute Symposium on Disability Insurance, Cambridge, MA |
| 2018 | The Consequences of (Partial) Privatization of Health Insurance for Individuals with Disabilities: Evidence from Medicaid |
| | Disability Research Consortium Meeting, National Press Club, Washington, DC |
| 2018 | Privatization of Social Insurance: Evidence from Medicaid |
| | Cornell University, Institute on Health Economics, Health Behaviors, and Disparities |
| 2018 | The Return to Work and Women's Employment Decisions |
| | SIEPR/Sloan Foundation Working Longer Conference, Stanford University, Palo Alto, California |
| 2019 | Opioid Treatment for Pain and Work Outcomes: Evidence from Physicians' Prescribing Patterns |
| | National Bureau of Economic Research, Workshop on Pain: Measurement, Causes, and Consequences, Cambridge, MA |
| 2019 | Tap the Work Capacity: A Strategy for Modernizing the SSDI Program |
| | *The ANNALS of the American Academy of Political and Social Science*, Author's Conference; Annenberg Public Policy Center, University of Pennsylvania |
| 2019 | Working Conditions and Work Capacity among Older Workers |
| | National Academy of Sciences, Planning Meeting on Work, The Workplace, and Aging, Washington, D.C. |
| 2019 | Latent Work Capacity and Retirement Expectations |
| | SIEPR/Sloan Foundation Working Longer Conference, Stanford University, Palo Alto, California |
| 2019 | Identifying Work Capacity and Promoting Work: A Strategy for Modernizing the SSDI Program, Pihl Lecture, Wayne State University Department of Economics, Detroit, Michigan |
| 2020 | Economic Impacts of Covid-19 on the SSDI Program |
| | National Academies of Sciences, Engineering and Medicine, Standing Committee of Medical and Vocational Experts for the Social Security Administration's Disability Program, Washington, DC (Virtual) |
| 2020 | The Link between Health and Work: Differences in Work Capacity |
| | SIEPR/Sloan Foundation Working Longer and Retirement Conference, Stanford University, Palo Alto, California (Virtual) |
| 2020 | Webinar: RRTC Disability Inclusive Employment Policy Center, Southeast ADA Center (Syracuse University) |

| | |
|---|---|
| 2021 | The Link between Health and Work: Disparities in Work Capacity, Michigan State University, Lansing, Michigan (Virtual) |
| 2021 | Legal Representation in Disability Claims NBER Summer Institute, Social Security Program, Cambridge, MA (Virtual) |
| 2021 | Disability status and Health Equity Economics of Health Equity Interest Group: 1st Workshop American Society of Health Economists (ASHEcon) (Virtual) |
| 2021 | The Changing Nature of Work and Work Capacity SIEPR/Sloan Foundation Working Longer and Retirement Conference, Stanford University, Palo Alto, CA (Virtual) |
| 2021 | Behavioral Responses to Supply-Side Drug Policy During the Opioid Epidemic Improving Health Outcomes for an Aging Population, NBER (Virtual) |
| 2022 | Caregiving and Labor Force Participation Changing Labor Market for Older Workers: Short and Long-Term Trends Conference, NBER, Cambridge, MA |
| 2022 | Caregiving and Labor Supply: New Evidence from Administrative Data Dave Fest 2022: A Conference in Honor of David Card UC Berkeley, Berkeley, California |
| 2022 | Legal Representation in Disability Claims Clemson University, Department of Economics Seminar, Clemson, South Carolina |
| 2022 | Legal Representation in Disability Claims University of Pennsylvania Leonard David Institute of Health Economics Seminar, Philadelphia, Pennsylvania |
| 2023 | Strengthening Social Security for Older Adults, People with Disabilities, and Their Families, Panel with Acting Commissioner Kilolo Kiljakazi and Sarah Rosen Wartell Urban Institute (virtual) |
| 2023 | Reform of the Disability Determination Process at the Hearing Level and Employment After Application Social Security Administration, Work-in-Progress Seminar |
| 2023 | Legal Representation in Disability Claims 14th Annual Empirical Health-Law Conference Boston University School of Law, Questrom School of Business, Boston, MA |
| 2023 | Long-term Dynamics of the Employment-to-Population Ratio: Panel Discussion NBER Summer Institute, Social Security Program, Cambridge, MA |
| 2023 | Legal Representation in Disability Claims University of Georgia, Department of Economics Seminar, Athens, GA |

**International**

*No presentations below were sponsored by 3rd parties/outside entities.*

| | |
|---|---|
| 2001 | Labor, Love and Leisure: Complementarity and the Timing of Retirement by Working Couples International Atlantic Economics Society Conference, Athens, Greece |
| 2004 | The Impact of Nearly Universal Insurance Coverage on Health Care Utilization and Health: Evidence from Medicare Human Mortality Database Symposium, Max Plank Institute, Rostock, Germany |
| 2013 | The Effect of SSDI on Employment and Earnings University College London, Economics Department, London, U.K. |
| 2014 | American Working Conditions |

|      |                                                                                                                                                                                  |
|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | Institute of Fiscal Studies Workshop, London, U.K.                                                                                                                               |
| 2015 | American Working Conditions Survey                                                                                                                                               |
|      | Institute of Fiscal Studies Workshop, London, U.K.                                                                                                                               |
| 2015 | Does Delay Cause Decay? Administrative Decision Time and the Employment and Earnings of Social Security Disability Applicants                                                     |
|      | Conference on Evaluation and Design of Retirement and Savings Programs, CIRANO, Université Laval, ESG-UQAM, Montreal, Canada                                                      |
| 2016 | Working Conditions and Preferences for Work of Older Workers in the US                                                                                                           |
|      | Institute of Fiscal Studies Workshop, London, U.K.                                                                                                                               |
| 2016 | The Role of Attorneys in the Disability Determination Process,                                                                                                                   |
|      | Pompeu Fabra University, Barcelona, Spain                                                                                                                                         |
| 2017 | The Effect of Population Aging on Economic Growth, the Labor Force and Productivity                                                                                              |
|      | CEPRA/NBER Workshop on Ageing and Health, Universita Svizzera Italiana, Lugano, Center for Economic and Political Research on Aging, Lugano, Switzerland                          |
| 2017 | Topics in Empirical Health and Labor Economics,                                                                                                                                  |
|      | Universität St.Gallen, St. Gallen Switzerland                                                                                                                                     |
| 2018 | The Value of Working Conditions in the United States and Implications for the Structure of Wages                                                                                 |
|      | Tinbergen Institute (Economics), Amsterdam, The Netherlands                                                                                                                      |
| 2018 | The Value of Working Conditions in the United States and Implications for the Structure of Wages                                                                                 |
|      | Department of Economics, University of Lausanne, Lausanne, Switzerland                                                                                                           |
| 2018 | The Value of Working Conditions in the United States and Implications for the Structure of Wages                                                                                 |
|      | Department of Economics (GATE), University of Lyon-Etienne, France                                                                                                               |
| 2018 | The Decline in Disability Awards in the U.S.                                                                                                                                      |
|      | 20th Neemrana Conference, Neemrana, India                                                                                                                                       |
| 2020 | The Link between Health and Work: Differences in Work Capacity                                                                                                                   |
|      | Keynote Presentation at 1st Stockholm Workshop on Diversity and Workplace Inclusion, Swedish Institute for Social Research, Stockholm University, Sweden (Virtual)              |
| 2022 | Legal Representation in Disability Claims                                                                                                                                         |
|      | Nuremberg Research Seminar in Economics, University of Nuremberg (Virtual)                                                                                                        |
| 2022 | Legal Representation in Disability Claims                                                                                                                                         |
|      | Department of Economics, Erasmus University Rotterdam, Netherlands                                                                                                               |
| 2023 | Keynote Lecture                                                                                                                                                                   |
|      | UWV, Amsterdam, Netherlands                                                                                                                                                       |
| 2023 | Keynote Lecture                                                                                                                                                                   |
|      | Workshop on Disability Economics, Facultat D'Economia – Universitat de Barcelona, Barcelona, Spain                                                                               |
| 2023 | Legal Representation in Disability Claims                                                                                                                                         |
|      | University of Lausanne, Department of Economics Seminar (Cancelled)                                                                                                              |
| 2023 | Keynote Lecture                                                                                                                                                                   |
|      | Swiss Health Economics Association, Bern, Switzerland                                                                                                                             |

# __Report of Education of Patients and Service to the Community__

*__No activities or materials below were sponsored by 3rd parties/outside entities.__*

**Educational Materials for Patients and the Lay Community:**

**Books, Monographs, Articles, and Presentations in Other Media:**

1. Maestas N, Zissimopoulos J, Rohwedder S, Martin LG. "When I'm 64" How Aging U.S. Baby Boomers Have Begun to Carry That Weight." RAND Review, CP22-2010-08, 2010.
2. **Maestas N**. Economy Needs Unretired. The RAND Blog, 2012.
3. **Maestas N,** Mullen KJ. The SSDI Program's Impact on Human Capital. The RAND Blog, 2013.
4. **Maestas N,** Armour P. Addressing SSDI's Looming Insolvency. The RAND Blog, 2014.
5. Hill M, **Maestas N**, Mullen KJ. Effects of Employer Health Insurance on Disability Insurance Claiming. RAND Corporation, 2014.
6. **Maestas N**, Mullen KJ, Powell D, Wachter TV, Wenger JB. How Americans Perceive the Workplace: Results from the American Working Conditions Survey. RAND Corporation, 2017.
7. McGarry B, **Maestas N**, Grabowski DC. Placing a Premium on Premiums: Assessing the Redesigned Medicare Plan Finder Tool, Health Affairs Blog, 2019.
8. Layton TJ, **Maestas N,** Prinz D, Vabson B. The Bitter(sweet) Pill: The Impacts of Private Provision of Medicaid. VoxEU, 2019.
9. **Maestas N**, Mullen KJ, Powell D, Wachter TV, Wenger JB. The American Working Conditions Survey Finds That Nearly Half of Retirees Would Return to Work. RAND Corporation, 2019.
10. **Maestas N.** The NBER Retirement and Disability Research Center. NBER Reporter, 2020.
11. Layton TJ, **Maestas N,** Prinz D, Vabson B. Private versus Public Provision of Social Insurance: Evidence from Medicaid. CATO Institute, 2020.
12. Balestra S, Liebert H, **Maestas N**. Behavioral Responses to Supply-Side Drug Policy During the Opioid Epidemic. Forthcoming CATO Institute, 2022.

# Report of Scholarship

## Peer-Reviewed Scholarship in Print or Other Media

1. Card D, Dobkin C, **Maestas N**. The Impact of Nearly Universal Insurance Coverage on Health Care Utilization and Health: Evidence from Medicare. Am Econ Rev. 2008 98(5): 2242-58.
2. Card D, Dobkin C, **Maestas N**. Does Medicare Save Lives? Quarterly Journal of Economics 2009 124(2): 597-636.
3. **Maestas N**. Back to Work: Expectations and Realizations of Work after Retirement. Journal of Human Resources 2010. 45(3), p. 718-748
4. **Maestas N**, Zissimopoulos J. How Longer Work Lives Ease the Crunch of Population Aging. Journal of Economic Perspectives 2010. 24(1): p.139-160.
5. Atella V, Brunetti M, **Maestas N**. Household Portfolio Choices, Health Status and Health Care Systems: A Cross Country Analysis Based on SHARE. Journal of Banking and Finance 2012. 36(5): p. 1320-1335.
6. Goldman D, **Maestas N**. Medical Expenditure Risk and Household Portfolio Choice. Journal of Applied Econometrics 2013 28(4): 527-550.

7. **Maestas N**, Mullen KJ, Strand A. Does Disability Insurance Receipt Discourage Work? Using Examiner Assignment to Estimate Causal Effects of SSDI Receipt. Am Econ Rev. 2013 103(5): 1797-1829.

8. **Maestas N**, Mullen KJ, Strand A. Disability Insurance and Health Insurance Reform: Evidence from Massachusetts. Am Econ Rev. 2014 104(5): 329-335.

9. **Maestas N**, Mullen KJ, Strand A. Disability Insurance and the Great Recession. Am Econ Rev. 2015 105(5):177-82.

10. Hill M, **Maestas N,** Mullen KJ.  Employer Accommodation and Labor Supply of Disabled Workers. Labour Econ. 2016 Aug; 41: 291-303.

11. Coile CC. and **Maestas N**.  The Value of the Health and Retirement Study for Health Economics Research. Forum Health Econ Policy. 2017 Oct 31: 21(1).

12. McGarry B, **Maestas N**, Grabowski D. Simplifying the Medicare Plan Finder Tool Could Help Older Adults Choose Lower Cost Part D Plans. Health Aff. 2018 37(8): 1290-1297.

13. Sherry TB, Sabety A, **Maestas N**. Documented Pain Diagnoses in Adults Prescribed Opioids: Results from the National Ambulatory Medical Care Survey, 2006-2015. Annals of Internal Medicine. 2018 Sept.; 169(12): 892-894.

14. Zhu W, Chernew ME, Sherry TB, **Maestas N.** Initial Opioid Prescriptions in Commercial Health Insurance in the United States, 2012-2017. N Engl J Med. 2019 Mar 14;380(11):1043-1052

15. **Maestas N**, Mullen KJ. Unmet Need for Workplace Accommodation. J Policy Anal Manage. 2019 Fall; 38(4):1004-1027.

16. **Maestas N.** Identifying Work Capacity and Promoting Work: A Strategy for Modernizing the SSDI Program. Ann Am Acad Pol Soc Sci. 2019 Nov; 686(1):93-120.

17. Autor D., **Maestas N**, Woodbury R.  Disability Policy, Program Enrollment, Work, and Wellbeing among People with Disabilities. Social Security Bulletin 2020-02-01, Vol.80, p. 57-VI

18. **Maestas N**. America in Pain, the Nation's Wellbeing at Stake. Proceedings of the National Academy of Sciences. 19 October 2020 117 (43) 26559-26561

19. **Maestas N**, Mullen KJ, Rennane S. Absenteeism and Presenteeism among American Workers. Journal of Disability Policy Studies, 2021;32(1):13-23.

20. Sabety A, Sherry TB, **Maestas N**. The Impact of Medicare Part D on Opioid Use by Older Adults. Health Services Research, 2021; Apr; 56(2): 289–298.

21. **Maestas N**, Mullen KJ, Strand A. The Effect of Economic Conditions on the Disability Insurance Program: Evidence from the Great Recession. Journal of Public Economics, Volume 199, July 2021, 104410.

22. Layton T, Prinz D, **Maestas N**, Vabson B. Healthcare Rationing in Public Insurance Programs: Evidence from Medicaid. American Economic Journal: Economic Policy 2022; 14(4):397-431.

23. **Maestas N**, Mullen KJ, Powell D. The Effect of Population Aging on Economic Growth, the Labor Force and Productivity. American Economic Journal: Macroeconomics, 15 (2): 306-32.

24. Ne'eman A, **Maestas, N**. How Has COVID-19 Impacted Disability Employment? Disability and Health Journal, 2022,101429.

25. **Maestas N,** Sherry T, Strand A. Opioid Use Among Social Security Disability Insurance Applicants, 2013-2018. Journal of Disability Policy Studies, 2021: 10442073221150613.

26. **Maestas N**, Mullen KJ, Powell D, Wachter TV, Wenger J. The Value of Working Conditions in the United States. American Economic Review 2023, 113.7 (2023): 2007-2047.

27. Abrams L, Friedman K, **Maestas, N**. The role of physical and cognitive/emotional functioning in the association between common health conditions and working. Social Science and Medicine 2023, 322 (2023): 115816.

28. **Maestas N**, Messel M, Truskinovsky Y. Caregiving and Labor Supply: New Evidence from Administrative Data. Journal of Labor Economics, Accepted.

## Other Peer-Reviewed Scholarship

29. **Maestas N,** Gaillot SJ. An Outcome Evaluation of the Success for Kids Program. RAND Corporation, TR-575-1-SFK. 2010.
30. **Maestas N**, Mullen KJ, Zamarro G. Research Designs for Estimating Induced Entry into the SSDI Program Resulting from a Benefit Offset. Report prepared for the Social Security Administration. RAND Corporation, TR908, 2010.
31. **Maestas N**, Mullen KJ, Powell D, Wachter TV, Wenger J. Working Conditions in the United States: Results of the 2015 American Working Conditions Survey. RAND Corporation, RR-2014-APSF. 2017.
32. Bazarian J, Blazer DG, Bogner J, Fitzpatrick AL, Harrison TC, Harvey PD, Hernan M, Hsia RY, **Maestas N**, McKenzie J, Mullen KJ, Nguyen LA, Osbahr AJ, Schulman KA, Seabury S, Taylor DH. Health Care Utilization as a Proxy in Disability Determination. Committee on Health Care Utilization and Adults with Disabilities, Board of Health Care Services, Health and Medical Division, The National Academies of Sciences, Engineering and Medicine. Washington, DC: National Academies Press. 2018.

## Non-peer reviewed scholarship in print or other media

### Working Papers:

1. **Maestas, N,** Mullen, KJ, Powell D. The Effect of Local Labor Demand Conditions on the Labor Supply Outcomes of Older Americans. RAND Working Paper #WR-1019. 2013.
2. Card D, **Maestas N,** Purcell PJ. Labor Market Shocks and Early Social Security Benefit Claiming. University of Michigan Retirement Research Center, MRRC WP 2014-317. 2014.
3. Hill M, **Maestas N**, Mullen KJ. Source of Health Insurance Coverage and Employment Survival Among Newly Disabled Workers: Evidence from the Health and Retirement Study. RAND Working Paper #WR-1040. 2014.
4. Autor D, **Maestas N**, Mullen KJ, Strand A. Does Delay Cause Decay? The Effect of Administrative Decision Time on the Labor Force Participation and Earnings of Disability Applicants. NBER Working Paper #20840. 2015.
5. Lopez-Garcia I, **Maestas N,** Mullen KJ. Latent Work Capacity and Retirement Expectations. University of Michigan Retirement and Disability Research Center, MRDRC Working Paper 2019-400. 2019.
6. Lopez-Garcia I, **Maestas N,** Mullen K. The Changing Nature of Work. University of Michigan Retirement and Disability Research Center, MRDRC WP 2020-415. 2020.
7. **Maestas N,** Sherry T. Opioid Treatment for Pain and Work and Disability Outcomes: Evidence from Health Care Providers' Prescribing Patterns. NBER RDRC Working Paper NB19-28-2. 2021.
8. Balestra S, Liebert H, **Maestas N**, Sherry TB. Behavioral Responses to Supply-Side Drug Policy During the Opioid Epidemic. NBER Working Paper #w29596. 2021.
9. Hoynes HW, **Maestas N**, Strand A. Legal Representation in Disability Claims. NBER Working Paper #w29871. 2022.
10. **Maestas N**, Mullen KJ. Economic Conditions, the COVID-19 Pandemic Recession, and Implications for Disability Insurance in the United States. Wharton Pension Research Council

Working Papers 733, University of Pennsylvania.
11. Anderson M, Dobkin C, **Maestas N**, Rose, L. Health Insurance and Access to Care for the Near Elderly. Mimeo 2022.
12. Ne'eman A, **Maestas, N**. Disability Heterogeneity in the Impact of the ACA's Medicaid Expansions on Disability Employment. Mimeo 2022.

## Book Chapters:

1. **Maestas N.** "Cohort Differences in Retirement Expectations and Realizations" in Madrian, Brigitte, Olivia S. Mitchell, and Beth J. Soldo, eds. *Redefining retirement: How will boomers fare?* Oxford, UK: Oxford University Press. 2007.
2. **Maestas N**. "Comment on 'Nudged, Pushed, or Mugged: Policies to Encourage Older Workers to Retire Later in Burtless, Gary T., and Henry J. Aaron, Eds. *Closing the Deficit : How Much Can Later Retirement Help?* Washington, D.C. : Brookings Institution Press. 2013.
3. **Maestas N. "**Expanding Access to Earned Sick Leave to Support Caregiving" in Schanzenbach, Diane and Ryan Nunn, Eds. *The 51%: Driving Growth through Women's Economic Participation.* Washington, DC.: Brookings Institution, The Hamilton Project. 2017.
4. **Maestas N**. "The Return to Work and Women's Employment Decisions" in Claudia Goldin and Lawrence F. Katz, Eds. Women Working Longer: Facts and Some Explanations. Chicago, IL: Chicago University Press. 2018.
5. **Maestas, N,** Jetsupphasuk M. "What Do Older Workers Want?" in Bloom, David, Ed. *Live Long and Prosper? The Economics of Ageing Populations*, CEPR Press. 2019.
6. Berger, B, Lopez-Garcia, I, **Maestas N**, Mullen KJ. "The Link between Health and Working Longer: Differences in Work Capacity." In *Can't Work, Can't Retire: America's Aging Workforce.* Eds. Lisa Berkman and Beth C. Truesdale. Oxford University Press. 2022

## Letters to the Editor and Book Reviews:

1. **Maestas, N**. Review of *Perspectives on the Economics of Aging* by D.A. Wise. Journal of Economic Literature, 44 (1):163-164. 2006.
2. **Maestas, N**.  Review of *Medicare and Medicaid at 50: America's Entitlement Programs in the Age of Affordable Care* by Alan B. Cohen, et al. eds. Journal of Economic Literature, 53(4): 1026-1027.
3. Zhu W, Sherry TB, **Maestas N**. Initial Opioid Prescriptions among U.S. Patients, 2012-2017. Reply. *N Engl J Med*. 2019;380(26):2588
4. Sherry TB, Sabety A, **Maestas N**.  Documented Pain Diagnoses in Adults Prescribed Opioids (Reply). *Annals of Internal Medicine*. 2019 Aug 20;171(4):307-308. doi: 10.7326/L19-0215.

## Congressional Testimony:

1. **Maestas N**. "Choosing to Work During Retirement and the Impact on Social Security," U.S. Senate Finance Committee Hearing, July 15, 2010.
   Written Testimony: http://www.rand.org/pubs/testimonies/CT350.html
   Oral Testimony: https://www.c-span.org/video/?294563-1/work-retirement#
2. **Maestas N**. U.S. House Ways and Means Committee, Subcommittee on Social Security, "Securing the Future of the Disability Insurance Program," March 20, 2012.
   Written Testimony:http://waysandmeans.house.gov/Calendar/EventSingle.aspx?EventID=284802.
   Oral Testimony: http://waysandmeans.granicus.com/MediaPlayer.php?view_id=2&clip_id=195.

29

**Professional Educational Materials or Reports in Print or Other Media:**

1. **Maestas N**, Mullen KJ, Powell D, Wachter TV, Wenger JB. The American Working Conditions Survey [2015] Data: Codebook and Data Description 2015. Santa Monica, CA: RAND Corporation,
2. **Maestas N**, Mullen KJ, Powell D, Wachter TV, Wenger JB. The American Working Conditions Survey [2018] Data: Codebook and Data Description 2017. Santa Monica, CA: RAND Corporation.
3. Lopez-Garcia I, **Maestas N**, Mullen KJ. 2018. American Work Capacity and Abilities Survey. Santa Monica, CA. RAND American Life Panel (ALP).
4. **Maestas N**, Mullen KJ, Ravesteijn B, Sherry TB. 2019. Health and Functional Capacity Survey. Santa Monica, CA. RAND American Life Panel (ALP).

**Thesis**

1. **Maestas N**. Labor, Love & Leisure: Complementarity and the Timing of Retirement by Working Couples. Mimeo, University of California, Berkeley, Department of Economics. 2001
2. **Maestas N**. The Impact of Annuity Selection on the Income of Elderly Widows. Mimeo University of California, Berkeley, Department of Economics. 2002.

**NICOLE MAESTAS: LISTING OF TESTIMONY**

*In re State of Hawai'i, ex rel. Russell A. Suzuki, Attorney General v. Bristol Myers Squibb Company, et al.,* Civil No. 14-1-0708-03.

*In re State of New Hampshire, v. Johnson & Johnson; et al.,* State of New Hampshire, Merrimack, SS Superior Court, Docket No. 217-2018CV-00678.

*In re State of New Mexico, ex rel. Hector Balderas, Attorney General v. Bristol-Myers Squibb Company, et al.,* State of New Mexico, County of Stanta Fe, First Judicial District Court, No. D-101-CV-2016-02176.

*In re State of New Mexico ex rel. Hector Balderas v. Solvay America, Inc. et al.,* Case No. D-101-CV-2019-01897.

# ATTACHMENT B

## MATERIALS RELIED UPON

### Legal Documents

Fourth Amended Class Action Complaint, *Bryon Stafford, et al. v. Rite Aid Corp., et al.*, No. 3:17-cv-01340-AJB-JLB (S.D. Cal. May 2, 2023), ECF No. 304.

Declaration of Amy M. Harvey, *Bryon Stafford, et al. v. Rite Aid Corp., et al.*, No. 3:17-cv-01340-AJB-JLB (S.D. Cal. Aug. 9, 2023).

Declaration of Holly Rickard, *Bryon Stafford, et al. v. Rite Aid Corp., et al.*, No. 3:17-cv-01340-AJB-JLB (S.D. Cal. July 17, 2023).

March 29, 2022 email from Rite Aid's counsel.

### Other Documents

*Pharmaceutical Payment Methods, 2013 Update*, ACAD. OF MANAGED CARE PHARM. (2013), https://www.amcp.org/sites/default/files/2019-03/Full-Pharmaceutical-Guide-(3.0).pdf.

M. Anderson, et al., *Health Insurance and Access to Care for the Near Elderly*, MIMEO (2022).

S. Balestra, et al., *Behavioral Responses to Supply-Side Drug Policy During the Opioid Epidemic*, (Nat'l Bureau of Econ. Rsch., Working Paper No. 29596, 2021).

*Rite Aid to Acquire Leading Independent Pharmacy Benefit Manager EnvisionRx for $2 Billion*, BusinessWire (Feb. 11, 2015), https://www.businesswire.com/news/home/20150211005383/en/Rite-Aid-to-Acquire-Leading-Independent-Pharmacy-Benefit-Manager-EnvisionRx-for-2-Billion (last accessed on Oct. 4, 2023).

D. Card., et al., *Does Medicare Save Lives?*, 124 Q. J. OF ECON. 597 (2009).

D. Card., et al., *The Impact of Nearly Universal Insurance Coverage on Health Care Utilization and Health: Evidence from Medicare*, 98 AM. ECON. REV. 2242 (2008).

L. Cusimano & N. Maestas, *Full practice autonomy for nurse practitioners did not increase risky opioid prescribing among commercially insured*, HARV. MED. SCH. (June 2023).

Bruce Japsen, *Rite Aid to Rebrand PBM and Consider Acquisitions*, FORBES (Mar. 17, 2020), https://www.forbes.com/sites/brucejapsen/2020/03/17/rite-aid-to-rebrand-pbm-and-consider-acquisitions/?sh=7ea6e60b76c5 (last accessed on Oct. 4, 2023).

Ana Gascon Ivey *A Guide to Medication Formularies*, GOODRX (Nov. 22, 2022), https://www.goodrx.com/insurance/health-insurance/medication-formulary (last accessed on Oct. 4, 2023).

T. Layton, et al., *Healthcare Rationing in Public Insurance Programs: Evidence from Medicaid*, 14 AM. ECON. J.: ECON. POL'Y 392 (2022).

N. Maestas, et al., *The Value of Working Conditions in the United States and the Implications for the Structure of Wages*, 113 AM. ECON. REV. 2007 (2023).

N. Maestas, et al., *Does Disability Insurance Receipt Discourage Work? Using Examiner Assignment to Estimate Causal Effects of SSDI Receipt*, 103 AM. ECON. REV. 1797 (2013).

N. Maestas & T. Sherry, *Opioid Treatment for Pain and Work and Disability Outcomes: Evidence from Health Care Providers' Prescribing Patterns*, (Nat'l Bureau of Econ. Rsch., Working Paper No. NB19-28-2, 2021).

N. Maestas, et al., *Opioid Use Among Social Security Disability Insurance Applicants, 2013-2018*, J. OF DISABILITY POL'Y STUD., 2023.

Joey Mattingly, *Understanding Drug Pricing*, U.S. PHARMACIST (June 20, 2012), https://www.uspharmacist.com/article/understanding-drug-pricing (last accessed on Oct. 4, 2023).

Eric Morath, *America's Hidden Workforce Returns*, WALL ST. J. (Jan. 26, 2019), https://www.wsj.com/articles/americas-hidden-workforce-returns-11548478801 (last accessed on Oct. 4, 2023).

Morgan, Lewis & Bockius LLP, *Chapter 18: Medical Reimbursement for Drugs and Devices*, 2 EMERGING LIFE SCIS. COS. 139, 140,https://www morganlewis.com/topics/entrepreneurresources/~/media/files/Special-Topics/ERH_pubs/ERH_MedicareReimbursementForDrugsAndDevices_ELSCDeskbook.

National Public Radio, Morning Edition. *What does an older population mean for the economy, society at large?*, NAT'L PUB. RADIO (June 26, 2023), https://www npr.org/2023/06/26/1184268060/what-does-an-older-population-mean-for-the-economy-society-at-large.

NCPDP, "ECL Excerpt – 112-AN," January 2017.

PricewaterhouseCoopers LLP, *Study of Pharmaceutical Benefit Management Industry,* 9 Health Care Fin. Admin. (June 2001), https://www.cms.gov/files/document/cms20014pdf.

A. Sabety, et al., *The Impact of Medicare Part D on Opioid Use by Older Adults*, 56 HEALTH SERVS. RSCH. 289(2021).

Robert J. Samuelson, *Are Aging and the Economic Slowdown Linked?*, WASH. POST (Aug. 21, 2016), https://www.washingtonpost.com/opinions/are-aging-and-the-economic-slowdown-linked/2016/08/21/ffd6b270-6626-11e6-96c0-37533479f3f5_story html (last accessed on Oct. 4, 2023).

T. B. Sherry, et al., *Documented Pain Diagnoses in Adults Prescribed Opioids: Results from the National Ambulatory Medical Care Survey, 2006-2015*, 169 ANNALS OF INTERNAL MED. 892 (2018).

Jeff Sommer, Women Outlive Men. Why Do They Retire Earlier?, N.Y. TIMES (July 6, 2018), https://www nytimes.com/2018/07/06/business/women-men-longevity-retirement html (last accessed on Oct. 4, 2023).

*Pharmacy Benefit Managers and Their Role in Drug Spending*, THE COMMONWEALTH FUND (April 22, 2019), https://www.commonwealthfund.org/publications/explainer/2019/apr/pharmacy-benefit-managers-and-their-role-drug-spending (last accessed on Oct. 4, 2023).

W. Zhu., et al., *Initial Opioid Prescriptions in Commercial Health Insurance in the United States, 2012-2017*, 380 NEW ENG. J. OF MED., 1043 (2019).

**Electronic Data**

CONFIDENTIAL - Rite Aid Total Store List 8-22-19[1].xls

Envision00000001-Envision00000320

ra-pharmacy-restricted-claim_20110101_20110131 through ra-pharmacy-restricted-claim_20191201_20191231

ra-pharmacy-restricted-tp_rspd_20110101_20110131 through ra-pharmacy-restricted-tp_rspd_20191201_20191231

ra-pharmacy-script_20110101_20110131 through ra-pharmacy-script_20191201_20191231

ra-pharmacy-sold_20110101_20110131 through ra-pharmacy-sold_20191201_20191231