ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>                    Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF WITHDRAWAL OF DOCUMENTS FILED IN ERROR AT ECFS 342 AND 344 |

4855-2431-3222.v1

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, Plaintiffs Bryon Stafford and Elizabeth Davis ("Plaintiffs"), by and through their undersigned attorneys, hereby withdraw the following documents as filed on October 6, 2023:

1. Plaintiffs' Notice of Motion and Motion for Class Certification (filed in error in place of Joint Motion to File Plaintiffs' Motion for Class Certification Under Seal ("Joint Motion")); and Declaration of Arthur L. Shingler III in Support of Joint Motion to File Plaintiffs' Motion for Class Certification Under Seal (ECF 342); and

2. Plaintiffs' Notice of Motion and Motion for Class Certification; Plaintiffs' Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Class Certification (Redacted); and Declaration of Arthur L. Shingler III in Support of Plaintiffs' Motion for Class Certification; and exhibits 1-24 thereto (exhibits filed in both redacted form and as placeholder slip sheets).  ECF 344.

Plaintiffs will re-submit the following correct documents, replacing ECF 342: Joint Motion; and Declaration of Arthur L. Shingler III in Support of Joint Motion to File Plaintiffs' Motion for Class Certification Under Seal.

The documents subject to the Joint Motion include the sealed lodged proposed documents filed at ECF 343 and Plaintiffs' Notice of Motion and Motion for Class Certification; the Declaration of Arthur L. Shingler III in Support of Plaintiffs' Motion for Class Certification; and exhibits 6-7 and 23-24 to be re-submitted as sealed lodged proposed documents.

WHEREFORE, Plaintiffs hereby withdraw the documents filed on October 6, 2023, at ECFs 342 and 344.

DATED:  October 10, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL
ROBERT R. HENSSLER JR.
ARTHUR L. SHINGLER III

s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
MARK J. DEARMAN (*pro hac vice*)
BRADLEY M. BEALL (*pro hac vice*)
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS LLP
GEORGE C. AGUILAR
GREGORY E. DEL GAIZO
5060 Shoreham Place, Suite 300
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)

HOFFMAN & FORDE
SCHUYLER V.V. HOFFMAN
3033 Fifth Avenue, Suite 400
San Diego, CA  92103
Telephone:  619/546-7880
619/546-7881 (fax)

Attorneys for Plaintiff Bryon Stafford

1             SCOTT+SCOTT ATTORNEYS
              AT LAW LLP
2             JOSEPH P. GUGLIELMO (*pro hac vice*)
3             ERIN GREEN COMITE (*pro hac vice*)
            CAREY ALEXANDER (*pro hac vice*)
4             AMANDA M. ROLON (*pro hac vice*)
            ETHAN BINDER (*pro hac vice*)
5             The Helmsley Building
            230 Park Avenue, 17th Floor
6             New York, NY 10169
            Telephone: 212/233-6444
7             212/233-6334 (fax)

8             SCOTT+SCOTT ATTORNEYS
              AT LAW LLP
9             HAL D. CUNNINGHAM
10            600 West Broadway, Suite 3300
            San Diego, CA 92101
11            Telephone: 619/233-4565
            619/233-0508 (fax)

12

13            LAW OFFICE OF ALFRED G.
              YATES, JR., P.C.
14            ALFRED G. YATES, JR.
            1575 McFarland Road, Suite 305
15            Pittsburgh, PA 15216
            Telephone: 412/391-5164
16            412/471-1033 (fax)

17            Attorneys for Plaintiff Elizabeth Davis

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 10, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  ashingler@rgrdlaw.com

4855-2431-3222.v1

3:17-cv-01340-TWR-AHG

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Bradley M. Beall**
  bbeall@rgrdlaw.com

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,e_file_sd@rgrdlaw.com,jmiller@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Christopher Dufek**
  cdufek@huntonak.com

- **Neil K Gilman**
  ngilman@huntonak.com

- **Courtney Glaser**
  courtneyglaser@huntonak.com,melissagaston@huntonak.com,courtneyglaser@ecf.courtdrive.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,mwaligurski@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kelsey Hope**
  kelseyhope@andrewskurth.com

- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com

- **Brianne Michelle Reese**
  breese@huntonak.com

- **Amanda Marie Rolon**
  arolon@scott-scott.com

- **Sean C. Russell**
  srussell@scott-scott.com

- **Gerald L. Rutledge**
  glr1@aol.com

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com

- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,melissagaston@ecf.courtdrive.com,mgaston@huntonak.com

- **Arthur L Shingler , III**
  AShingler@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Destiny T. Stokes**
  dstokes@hunton.com

- **William T Um**
  wum@jassyvick.com,mrios@jassyvick.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David           Charles Magagna                            , Jr
Levin, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
```