ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID W. MITCHELL (199706)
ROBERT R. HENSSLER JR. (216165)
ARTHUR L. SHINGLER III (181719)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bhenssler@rgrdlaw.com
ashingler@rgrdlaw.com

ROBBINS LLP
GEORGE C. AGUILAR (126535)
GREGORY E. DEL GAIZO (247319)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: 619/525-3990
619/525-3991 (fax)
gaguilar@robbinsllp.com
gdelgaizo@robbinsllp.com

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No. 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>CLASS ACTION<br><br>JOINT MOTION TO FILE MOTION FOR CLASS CERTIFICATION UNDER SEAL |

4871-4612-2117.v1

Pursuant to Electronic Case Filing Administrative Policies and Procedures at §2.j, and the Stipulated Protective Order (ECF 51), the parties jointly move for leave to file certain documents related to Plaintiffs' motion for class certification under seal.

## I. Description of Documents To Be Sealed

The documents the parties wish to file under seal are Plaintiffs' Memorandum of Law, the expert reports of Kenneth W. Schafermeyer, Ph.D., and Nicole Maestas, Ph.D., and certain specified exhibits set forth in the Declaration of Arthur L. Shingler III in Support of Joint Motion to File Motion for Class Certification Under Seal. Documents and information contained in support of Plaintiffs' class-certification motion were designated as Confidential by Defendants or by third parties during discovery in accordance with the Stipulated Protective Order. Plaintiffs' expert reports submitted in support of class certification rely upon, quote from and/or reference information, testimony and documents designated Confidential by Defendants or third parties. Likewise, the Memorandum of Law quotes from or references information taken from these Exhibits.

## II. Basis For Sealing

Inasmuch as the foregoing Exhibits and the information contained therein were designated as Confidential under the Stipulated Protective Order, Plaintiffs are required to file the foregoing documents conditionally under seal. However, since the foregoing information has been designated by others as Confidential, Plaintiffs have insufficient information to make an appropriate "particularized showing" of "good cause" for sealing under *Folz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003).

The Parties met and conferred and agreed to the filing of this Motion. However, due to the volume of the papers sought to be sealed, and the inherent nature of motion practice, it was impractical for Plaintiffs to provide Defendants and third parties with the specific documents and other information designated as Confidential

1  in advance of filing this motion and the motion for class certification.  Filing these
2  papers conditionally under seal will give the parties time to meet and confer as to
3  which of the foregoing papers or portions thereof should appropriately remain under
4  seal and to give Defendants or third parties the opportunity to provide the Court with
5  a "particularized showing" of "good cause" as to why those papers should remain
6  under seal through the filing of a supplemental brief since the facts supporting "good
7  cause" are solely within their possession.  *See* Hon. Todd J. Robinson's Standing
8  Order For Civil Cases, § III.C.4.

9        The parties will submit a proposed schedule for submitting supplemental
10 briefs in support of this motion to seal and, thereafter, a publicly available redacted
11 version of Plaintiffs' class certification motion and supporting papers on October 11,
12 2023, in conjunction with a proposed briefing schedule for plaintiffs' motion for
13 class certification and will be prepared to discuss these schedules at the upcoming
14 Status Conference on October 12, 2023.

15 DATED:  October 6, 2023                    Respectfully submitted,

16                                             ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
17                                            DAVID W. MITCHELL
                                              ROBERT R. HENSSLER JR.
18                                            ARTHUR L. SHINGLER III

19

20                                                   s/ David W. Mitchell
                                                   DAVID W. MITCHELL
21
                                              655 West Broadway, Suite 1900
22                                            San Diego, CA  92101
                                              Telephone:  619/231-1058
23                                            619/231-7423 (fax)

24                                            ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
25                                            STUART A. DAVIDSON (*pro hac vice*)
                                              MARK J. DEARMAN (*pro hac vice*)
26                                            BRADLEY M. BEALL (*pro hac vice*)
                                              225 NE Mizner Boulevard, Suite 720
27                                            Boca Raton, FL  33432
                                              Telephone:  561/750-3000
28                                            561/750-3364 (fax)

```
 1                              ROBBINS LLP
                                GEORGE C. AGUILAR
 2                              GREGORY E. DEL GAIZO
                                5060 Shoreham Place, Suite 300
 3                              San Diego, CA  92122
                                Telephone:  619/525-3990
 4                              619/525-3991 (fax)

 5                              HOFFMAN & FORDE
                                SCHUYLER V.V. HOFFMAN
 6                              3033 Fifth Avenue, Suite 400
                                San Diego, CA  92103
 7                              Telephone:  619/546-7880
                                619/546-7881 (fax)
 8
                                Attorneys for Plaintiff Bryon Stafford
 9

10                              SCOTT+SCOTT ATTORNEYS
                                  AT LAW LLP
11                              JOSEPH P. GUGLIELMO (pro hac vice)
                                ERIN GREEN COMITE (pro hac vice)
12                              CAREY ALEXANDER (pro hac vice)
                                AMANDA M. ROLON (pro hac vice)
13                              ETHAN BINDER (pro hac vice)
                                The Helmsley Building
14                              230 Park Avenue, 17th Floor
                                New York, NY  10169
15                              Telephone:  212/233-6444
                                212/233-6334 (fax)
16

17                              SCOTT+SCOTT ATTORNEYS
                                  AT LAW LLP
18                              HAL D. CUNNINGHAM
                                600 West Broadway, Suite 3300
19                              San Diego, CA 92101
                                Telephone:  619/233-4565
20                              619/233-0508 (fax)

21                              LAW OFFICE OF ALFRED G.
                                  YATES, JR., P.C.
22                              ALFRED G. YATES, JR.
                                1575 McFarland Road, Suite 305
23                              Pittsburgh, PA 15216
                                Telephone:  412/391-5164
24                              412/471-1033 (fax)

25
                                Attorneys for Plaintiff Elizabeth Davis
26

27

28

                                - 3 -              3:17-cv-01340-TWR-AHG
4871-4612-2117.v1
```

| | | |
|---|---|---|
| 1 | DATED:  October 6, 2023 | HUNTON ANDREWS KURTH LLP |
| 2 | | NEIL K. GILMAN (*pro hac vice*) |
| 3 | | CHRISTOPHER J. DUFEK (*pro hac vice*) |

s/ Neil K. Gilman
NEIL K. GILMAN

2200 Pennsylvania Ave., N.W.
Washington, DC  20037
Telephone:  202/955-1500

HUNTON ANDREWS KURTH LLP
ANN MARIE MORTIMER
  (Bar No. 169077)
KIRK A. HORNBECK (Bar No. 241708)
550 South Hope Street, Suite 2000
Los Angeles, CA  90071
Telephone: 213/532-2000

HUNTON ANDREWS KURTH LLP
JOHN B. SHELY (*pro hac vice*)
COURTNEY B. GLASER (*pro hac vice*)
KELSEY J. HOPE (*pro hac vice*)
600 Travis Street
Houston, TX  77002
Telephone:  713/220-4200

Attorneys for Rite Aid Corporation and Rite Aid HDQTRS. Corp.

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the above signatories, and that I have obtained each of the foregoing person's authorization to affix his or her electronic signatures to this document.

s/ David W. Mitchell
DAVID W. MITCHELL

- 4 -     3:17-cv-01340-TWR-AHG

4871-4612-2117.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 6, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

4871-4612-2117.v1

3:17-cv-01340-TWR-AHG

# Mailing Information for a Case 3:17-cv-01340-TWR-AHG Stafford v. Rite Aid Corporation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  gaguilar@robbinsllp.com,noticerobbinsllp@ecf.courtdrive.com,notice@robbinsllp.com,rsalazar@robbinsllp.com

- **Carey Alexander**
  calexander@scott-scott.com,carey@recap.email,kjager@scott-scott.com,efile@scott-scott.com

- **Bradley M. Beall**
  bbeall@rgrdlaw.com

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Erin Green Comite**
  ecomite@scott-scott.com,kjager@scott-scott.com

- **Hal D. Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,e_file_sd@rgrdlaw.com,jmiller@rgrdlaw.com,e_file_fl@rgrdlaw.com,sdavidson@ecf.courtdrive.com

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com,e_file_sd@rgrdlaw.com,MDearman@ecf.courtdrive.com,e_file_fl@rgrdlaw.com,AShingler@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsllp.com,notice@robbinsllp.com

- **Christopher Dufek**
  cdufek@huntonak.com

- **Neil K Gilman**
  ngilman@huntonak.com

- **Courtney Glaser**
  courtneyglaser@huntonak.com,melissagaston@huntonak.com,courtneyglaser@ecf.courtdrive.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,scott-scott@ecf.courtdrive.com,tharo@scott-scott.com,mwaligurski@scott-scott.com

- **Robert R Henssler , Jr**
  BHENSSLER@RGRDLAW.COM,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kelsey Hope**
  kelseyhope@andrewskurth.com

- **Kirk Hornbeck**
  khornbeck@HuntonAK.com,andersonb@huntonak.com

- **David William Mitchell**
  DavidM@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com,bomara@rgrdlaw.com,dwatts@rgrdlaw.com,ckopko@rgrdlaw.com

- **Ann Marie Mortimer**
  amortimer@huntonAK.com,johnsonm@huntonak.com

- **Brianne Michelle Reese**
  breese@huntonak.com

- **Amanda Marie Rolon**
  arolon@scott-scott.com

- **Sean C. Russell**
  srussell@scott-scott.com

- **Gerald L. Rutledge**
  glr1@aol.com

- **Charles E. Schaffer**
  cschaffer@lfsblaw.com,vjennings@lfsblaw.com

- **John Bruce Shely**
  jshely@huntonak.com,rstjulian@huntonak.com,melissagaston@ecf.courtdrive.com,mgaston@huntonak.com

- **Arthur L Shingler , III**
  AShingler@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Destiny T. Stokes**
  dstokes@hunton.com

- **William T Um**
  wum@jassyvick.com,mrios@jassyvick.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David               Charles Magagna                              , Jr
Levin, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
```