UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID CORPORATION,<br><br>Defendant. | Lead Case No.:  3:17-cv-1340-TWR-AHG<br>Consolidated with: 3:18-cv-152-TWR-AHG<br><br>**AMENDED SCHEDULING ORDER:**<br><br>**(1) SETTING BRIEFING SCHEDULE ON JOINT MOTION TO SEAL;**<br><br>**(2) SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; and**<br><br>**(3) SETTING ADDITIONAL DATES IN THE CASE SCHEDULE**<br><br>**[ECF Nos. 346, 347]** |

In accordance with the Amended Scheduling Order (ECF No. 335), the Court held a Status Conference on October 12, 2023, to discuss the parties' proposed briefing schedule for the class certification motion and other scheduling matters. ECF No. 348. Upon consultation with the parties and the presiding District Judge in this matter, it is **ORDERED** as follows:

1. The deadline for Defendant Rite Aid Corporation ("Rite Aid") to file a supplemental brief in support of the Joint Motion to Seal (ECF No. 346) is **November 6, 2023**. Plaintiffs may file an Opposition, if they deem necessary, by **November 13, 2023**.

2. Rite Aid must complete depositions of Plaintiffs' experts by **December 15, 2023**. To ensure the parties remain on track to meet this deadline, the Court will hold a Status Conference on **November 13, 2023** at **1:30 p.m.** before Magistrate Judge Allison H. Goddard to discuss the status of scheduling Plaintiffs' experts' depositions. The conference shall take place via videoconference, using the Court's official Zoom account. At least one business day prior to the conference, chambers staff will circulate the Zoom invitation via email to **all counsel who attended the October 12 Status Conference**. Although it is not necessary to inform the Court of any change to their participant list, those attorneys who receive the email from chambers shall be responsible for ensuring that any additional expected participants for their side also receive the Zoom invitation.

3. Rite Aid must file its Opposition to Plaintiffs' Motion for Class Certification (currently lodged under seal at ECF No. 347), and any *Daubert* motions challenging Plaintiffs' expert reports, by **February 6, 2024**. All *Daubert* motions shall be limited to no more than ten (10) pages each, not including exhibits.

4. Plaintiffs must complete depositions of Rite Aid's experts by **March 22, 2024**. The Court will hold a Status Conference via Zoom on **February 16, 2024** at **1:30 p.m.** before Judge Goddard to discuss the status of scheduling Rite Aid's experts' depositions. The same protocol set forth in ¶ 2 above shall apply to the Zoom invitations for the February 16 Status Conference.

5. By **May 3, 2024**, Plaintiffs must file their Reply in support of the Motion for Class Certification, Opposition briefs to any of Rite Aid's *Daubert* motions, and any of their own *Daubert* motions challenging Rite Aid's expert reports. All *Daubert* motions and Opposition briefs shall be limited to no more than ten (10) pages each, not including exhibits.

6. By **June 14, 2024**, Rite Aid must file Replies in support of its *Daubert* motions and Oppositions to any *Daubert* motions filed by Plaintiffs. Opposition briefs shall be limited to ten (10) pages each, not including exhibits. The Replies shall be limited to seven (7) pages each.

7. By **July 12, 2024**, Plaintiffs must file Replies in support of their *Daubert* motions. The Replies shall be limited to seven (7) pages each.

8. The hearing date of January 25, 2024 previously set for the Class Certification Motion is hereby **VACATED**. The Honorable Todd W. Robinson **WILL HOLD** a hearing on the Motion for Class Certification as well as on both parties' *Daubert* motions on **August 22, 2024** at **1:30 p.m.**, in **Courtroom 3A**.

9. The Mandatory Settlement Conference previously set for April 26, 2024 is hereby **RESET** for **June 5, 2024** at **9:30 a.m.** before Judge Goddard. In preparation for the MSC, Plaintiffs must serve on Defendant a **written** settlement proposal, which must include a specific demand amount, no later than **May 15, 2024**. The defendant must respond to the plaintiff **in writing** with a specific offer amount prior to the Meet and Confer discussion. The parties should not file or otherwise copy the Court on these exchanges. Rather, the parties must include their written settlement proposals in their respective Settlement Conference Statements to the Court. Counsel for the parties must meet and confer in person or by phone no later than **May 22, 2024**.

Each party must prepare a Settlement Conference Statement, which will be served on opposing counsel and lodged with the Court no later than **May 30, 2024**. The Statement must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). The substance of the Settlement Conference Statement must comply fully with Judge

Goddard's Mandatory Settlement Conference Rules (located at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Mandatory%20Settlement%20Conference%20Rules.pdf). Each party may also prepare an **optional** Confidential Settlement Letter for the Court's review only, to be lodged with the Court no later than **May 30, 2024**. The Letter must be lodged in .pdf format via email to efile_goddard@casd.uscourts.gov (not filed). Should a party choose to prepare a Letter, the substance of the Settlement Conference Letter must comply fully with Judge Goddard's Mandatory Settlement Conference Rules. **All parties are ordered to read and to fully comply with the Chambers Rules and Mandatory Settlement Conference Rules of Magistrate Judge Allison H. Goddard**.[1]

10. As set forth in the Court's Amended Scheduling Order, within **three (3) days** of a ruling on the motion for class certification, the parties must jointly contact the Court via email (at efile_goddard@casd.uscourts.gov) to arrange a further case management conference for the purpose of resetting all remaining pretrial dates.

11. The dates herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

Dated: October 13, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] The Court notes that Judge Goddard's MSC Rules require the personal attendance of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation at the conference. AHG.MSC.R. ¶ 3. Named plaintiffs are included in this requirement and are not excused from attendance. If Plaintiffs' counsel wish to request the excusal of the named plaintiffs from attending the MSC, they may do so by joint motion or by email (with opposing counsel copied) at efile_Goddard@casd.uscourts.gov.