UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER (1) STAYING CONSOLIDATED ACTIONS PENDING BANKRUPTCY PROCEEDINGS, AND**<br>**(2) DENYING WITHOUT PREJUDICE PENDING MOTIONS**<br><br>(ECF Nos. 346, 350) |

Presently before the Court is Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp.'s Suggestion of Bankruptcy for Rite Aid Corporation and Certain of Its Affiliates and Notice of Automatic Stay of Proceedings ("Not.," ECF No. 350), as well as Plaintiffs Bryon Stafford and Elizabeth Davis's Motion for Class Certification and accompanying Joint Motion for File Motion for Class Certification Under Seal ("Joint Mot. to Seal," ECF No. 346). In light of Defendants' Chapter 11 petitions, the Court **STAYS** these consolidated actions pursuant to 11 U.S.C. § 362(a) and **DENIES WITHOUT PREJUDICE** Plaintiffs' Motion for Class Certification and the Joint Motion to Seal. Defendants **SHALL FILE** a status report (1) every six (6) months during the pendency of

1 | the Chapter 11 Cases on April 15, and October 15, of each year; ***and*** (2) within two (2)
2 | weeks of the resolution of the Chapter 11 Cases.
3 |       **IT IS SO ORDERED.**
4 | Dated:  October 19, 2023

_____
Honorable Todd W. Robinson
United States District Judge