1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          SOUTHERN DISTRICT OF CALIFORNIA

10

11   BRYON STAFFORD and ELIZABETH    Lead Case No.: 17-CV-1340 TWR (JLB)
     DAVIS, individually and on behalf of all   (consolidated with No. 18-CV-152 TWR
12   others similarly situated,                (JLB))

13                          Plaintiffs,

14   v.                                   **ORDER FOR STATUS REPORT**

15   RITE AID CORPORATION and RITE    (ECF No. 351)
     AID HDQTRS. CORP.,
16

17                          Defendants.

18

19        On October 19, 2023, the Court stayed these consolidated actions pursuant to 11

20   U.S.C. § 362(a) and ordered Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp.

21   to file a status report "every six (6) months during the pendency of the Chapter 11 Cases

22   on April 15, and October 15, of each year." (*See* ECF No. 351 (emphasis in original).)  As

23   of the date of this Order, no status report has been filed for April 15, 2024.  The Court

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1   therefore **ORDERS** Defendants to file a status report in accordance with the Court's

2   October 19, 2023 Order at their earliest convenience.

3           **IT IS SO ORDERED.**

4   Dated:  April 30, 2024

5                                          _____

6                                          Honorable Todd W. Robinson
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28