1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (Bar No. 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (Bar No. 241708)
khornbeck@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Telephone: (213) 532-2000

Attorneys for Defendants
RITE AID CORPORATION and
RITE AID HDQTRS. CORP.

*[Additional counsel listed on signature page]*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>Defendants. | Lead Case No.: 3:17-cv-01340-TWR-AHG (Consolidated with No. 3:18-cv-00152-TWR-AHG)<br><br>Applicable to *Stafford v. Rite Aid Corp.*, Case No. 3:17-cv-01340-TWR-AHG<br><br>**DEFENDANTS' STATUS REPORT PURSUANT TO COURT ORDER ECF NO. 351** |

Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (collectively, "Rite Aid") respectfully submit this status report regarding the chapter 11 cases (the "Chapter 11 Cases") filed by Rite Aid Corporation and certain of its affiliates (the "Debtors") that are pending before The Honorable Judge Kaplan of the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), and are being jointly administered for procedural purposes only under the caption, *In re Rite Aid Corp., et al.*, Case No. 23-18993 (MBK).

In accordance with Section 341 of the Bankruptcy Code, an initial meeting of the Debtors' creditors ("Section 341 meeting") was held on December 20, 2023. The Bankruptcy Court has continued to schedule "omnibus hearings," with the last such hearing being held on April 17, 2024. The Bankruptcy Court adjourned the previously scheduled confirmation hearing to allow the Debtors to document global settlements with the official committee of unsecured creditors, the official tort claimants' committee, the *ad hoc* secured noteholder group and other key stakeholders, and to work on resolving outstanding objections to the Debtors' proposed plan. Although a new confirmation hearing has not yet been scheduled, the Debtors and their key stakeholders anticipate that a new confirmation hearing will be scheduled in the coming weeks. There is a status conference scheduled for Wednesday, May 1, 2024.

As of this date, the Chapter 11 Cases remain pending, and the automatic stay remains in place.

Dated:  April 30, 2024

**HUNTON ANDREWS KURTH LLP**

By:  ____*/s/ Christopher J Dufek*____
Christopher J. Dufek

Neil K. Gilman (*pro hac vice*)
District of Columbia Bar No. 449226
ngilman@HuntonAK.com
Christopher J. Dufek (*pro hac vice*)
District of Columbia Bar No. 1020954

cdufek@HuntonAK.com
Destiny T. Stokes (Bar No. 343002)
dstokes@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Ave., N.W.
Washington, D.C. 20037
Telephone: (202) 955-1500

John B. Shely (*pro hac vice*)
jshely@HuntonAK.com
Texas Bar No. 18215300
Courtney B. Glaser (*pro hac vice*)
Texas Bar No. 24059824
cglaser@HuntonAK.com
Kelsey J. Hope (*pro hac vice*)
Texas Bar No. 24092538
khope@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
600 Travis Street
Houston, TX 77002
Telephone: (713) 220-42003

Attorneys for Defendants
RITE AID CORPORATION and
RITE AID HDQTRS. CORP.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Southern District of California by using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.


Dated:   April 30, 2024                By:   _/s/ Christopher J Dufek_
                                                     Christopher J. Dufek

---

DEFENDANTS' STATUS REPORT
Case No.  3:17-cv-01340-TWR-AHG