UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON STAFFORD and ELIZABETH DAVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>　　　　　　　　　　　　Defendants. | Lead Case No.: 17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))<br><br>**ORDER CLOSING CONSOLIDATED CASES PURSUANT TO 11 U.S.C. § 524(a)(2)**<br><br>(ECF No. 355) |

Presently before the Court is Defendants Rite Aid Corporation and Rite Aid Hdqtrs. Corp.'s Notice of Permanent Injunction and Discharge ("Not.," ECF No. 355), in which Defendants report that the United States Bankruptcy Court for the District of New Jersey confirmed their plan of reorganization under Chapter 11 of the Bankruptcy Code effective August 30, 2024, and "request that the Court administratively terminate the above-

/ / /

/ / /

/ / /

/ / /

/ / /

1

17-CV-1340 TWR (JLB) (consolidated with No. 18-CV-152 TWR (JLB))

1  captioned case." (*See* Not. at 2–3.)  Pursuant to 11 U.S.C. § 524(a)(2), the Clerk of Court
2  **SHALL CLOSE** these consolidated cases.
3       **IT IS SO ORDERED.**
4  Dated:  September 18, 2024

                                           *[signature: Todd Robinson]*
                                           Honorable Todd W. Robinson
                                           United States District Judge